Ford Elsaesser, ISB #2205
Bruce A. Anderson, ISB #3392
ELSAESSER JARZABEK ANDERSON
ELLIOTT & MACDONALD, CHTD.
320 East Neider Avenue, Suite 102
Coeur d'Alene, ID  83815
Tel:     (208) 667-2900
Fax:    (208) 667-2150
E-mail  ford@ejame.com
            brucea@ejame.com

*Attorneys for Debtor-in-Possession*

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| In re:<br><br>Roman Catholic Bishop of Great Falls, Montana,<br>a Montana Religious Corporate Sole<br>(Diocese of Great Falls-Billings),<br><br>           Debtor-in-Possession. | Case No. 17-60271<br><br>Chapter 11 |

**CERTIFICATE OF SERVICE**

I, the undersigned, Bruce A. Anderson, do hereby certify under penalty of perjury that on April 21, 2017, a copy of Motion for Authorization to Sell Real Property (Holy Rosary Church and School), and Notice [Docket #47] Motion to Shorten Notice [Docket #48], Stipulation Among U.S. Bank National Association, Certain Abuse Claimants and Debtor for Order Waiving Certain Claims and Stipulating to Actions, with Notice and Right to Object [Docket #49], and Memorandum in Support of Stipulation Among U.S. Bank National Association, Certain Abuse Claimants and Debtor for Order Waiving Certain Claims and Stipulating to Actions [Docket #50], were served by the Electronic Case Filing System for the United States Bankruptcy Court for the District of Montana, pursuant to LBR 7005-1, 9013-1(c) on the parties noted in the Court's ECF transmission facilities.

CERTIFICATE OF SERVICE- 1

Additionally, on April 21, 2017, I mailed a copy of the same by first class mail, postage prepaid, on the attached MML Non-ECF parties.

DATED this 21st day of April, 2017.

/s/ Bruce A. Anderson
Bruce A. Anderson
Attorneys for Debtor-In-Possession

CERTIFICATE OF SERVICE- 2

```
Label Matrix for local noticing          PACHULSKI STANG ZIEHL & JONES LLP          ROMAN CATHOLIC BISHOP OF GREAT FALLS, MONTAN
0977-2                                    10100 Santa Monica Blvd.                   P.O. BOX 1399
Case 17-60271-BPH                         #1300                                      GREAT FALLS, MT 59403-1399
U.S. Bankruptcy Court, District of Montana  Los Angeles, CA 90067-4114
Butte
Fri Apr 21 16:23:39 MDT 2017

U.S. Bankruptcy Court, District of MT    34 Abuse Claimants 'Doe Group'              38 Abuse Claimants 'Becker Group'
Room 263 Federal Building                 Bryan Smith and Vito de la Cruz             Timothy Kosnoff, Kosnoff Law
400 North Main                            Tamaki Law Offices                          Metro Office Park, Metro Park 7
Butte, MT 59701-8866                      1340 N. 16th Avenue, Suite C                Street 1, Suite 204 Guyanabo
                                          Yakima, WA 98902-7106                       San Juan, PR 00968

Blessed Sacrament Parish                  Bruce A. Anderson                           Catholic Foundation of Eastern MT
630 Cheyenne Ave                          Elsaesser Jarzabek Anderson Elliott & Ma    P.O. Box 1345
Lame Deer, MT 59043                       320 East Neider Avenue                      Great Falls, MT 59403-1345
                                          Suite 102
                                          Coeur D Alene, ID 83815-6007

Christ the King                           Corpus Christi Parish                       Daniel Fasy
13268 S 5TH St                            410 22nd Ave NE                             Fasy Law
Busby, MT 59016                           Great Falls, MT 59404-1513                  1752 NW Market St, #1502
                                                                                      Seattle, WA 98107-5264

First Lease, Inc.                         General Unsecured Creditors                 (c)HOLY FAMILY
1 Walnut Grove Dr                         All in Care-Diocese of Great Falls          112 1ST AVE
Suite 300                                 121 23rd St S                               GLENTANA MT   59240-9709
Horsham, PA 19044-2201                    Great Falls, MT 59401-3997

Holy Family                               Holy Spirit Church                          Holy Trinity Church
530 Main St                               201 44th St S                               692 Stockett Rd
Winifred, MT 59489                        Great Falls, MT 59405-3498                  Centerville, MT 59480

Immaculate Conception Parish              Immaculate Conception Parish                Immaculate Conception Parish
1223 16th St                              509 N 12th Ave                              513 Dawson St
Fort Benton, MT 59442                     Forsyth, MT 59327                           Wolf Point, MT 59201-1631

Internal Revenue Service                  Joseph Blumel III                           Lee James and Craig Vernon
Centralized Insolvency Op.                Law Offices of Joseph Blumel III            James, Vernon and Weeks
P.O. Box 7346                             4407 N Division Street, Ste 900             1626 Lincoln Way
Philadelphia, PA 19101-7346               Spokane, WA 99207-1660                      Coeur D Alene, ID 83814-2459

Marlin Leasing Corporation                Mary Queen of Peace                         Milt Datsopoulos and Molly Howard
300 Fellowship Rd                         3411 S 34th St                              Datsopoulos, MacDonald & Lind
Mount Laurel, NJ 08054-1727               Billings, MT 59101                          201 W Main ST STE 201
                                                                                      Missoula MT 59802-4326

Montana Dept. of Revenue                  OFFICE OF THE U.S. TRUSTEE                  Our Lady Of Mercy Mission
PO Box 7701                               U.S. TRUSTEE'S OFFICE                       121 6th Ave W
Helena, MT 59604-7701                     LIBERTY CENTER SUITE 204                    Melstone, MT 59054
                                          301 CENTRAL AVE
                                          GREAT FALLS, MT 59401-3113
```

| | | |
|---|---|---|
| Our Lady of Loretto Parish<br>11723 E Helen St<br>Lodge Grass, MT 59050 | Our Lady of Lourdes<br>409 13th St S<br>Great Falls, MT 59405-2398 | Our Lady of Lourdes Parish<br>105 F St W<br>Poplar, MT 59255 |
| Our Lady of Ransom<br>201 2nd St<br>Hingham, MT 59528 | Queen of the Angels<br>206 Hobart<br>Nashua, MT 59248 | SS Cyril and Methodius<br>C/O ST BERNARD<br>226 WICKS LANE<br>BILLINGS MT 59105-3725 |
| Sacred Heart<br>P.O. Box 236<br>Fort Belknap, MT 59526-0236 | Sacred Heart Mission<br>100 2nd Ave E<br>Hobson, MT 59452 | Sacred Heart Mission<br>201 44th St S<br>Great Falls, MT 59405-1653 |
| Sacred Heart Mission<br>225 2nd Ave E<br>Dodson, MT 59524 | Sacred Heart Mission<br>314 Clinton St<br>Bainville, MT 59212 | Sacred Heart Mission<br>630 Main Ave<br>Inverness, MT 59530 |
| Sacred Heart Parish<br>120 N Montana Ave<br>Miles City, MT 59301-3510 | Sacred Heart Parish<br>209 S 4th St<br>Bridger, MT 59014-7747 | Sacred Heart Parish<br>302 S McDonald Ave<br>Terry, MT 59349 |
| Sacred Heart Parish<br>316 W Benham St<br>Glendive, MT 59330-1705 | Saint Kateri Tekakwitha<br>41546 Mondel Ave<br>Wyola, MT 59089 | Schiff Harden<br>Everett Cygal<br>233 South Wacker, Ste. 6600<br>Chicago, IL 60606-6360 |
| St Aloysius Parish<br>112 W Main St<br>Winnett, MT 59087 | St David Parish<br>225 N Wilber St<br>Broadus, MT 59317 | St Francis De Sales Mission<br>301 S Main St<br>Richey, MT 59259 |
| St Francis Of Assisi Parish<br>500 Wilson Ave<br>Saco, MT 59261 | St John The Evangelist Parish<br>210 W Center Ave<br>Baker, MT 59313-9137 | St Margaret Parish<br>623 Brewster St<br>Geraldine, MT 59446 |
| St Mary Parish<br>101 S 7th St W<br>Malta, MT 59538 | St Mathias Parish<br>310 2nd St NE<br>Moore, MT 59464 | St Philip Bonitus Parish<br>404 Timmons St<br>Scobey, MT 59263 |
| St. Agnes Parish<br>1 N Word Ave<br>Red Lodge, MT 59068-9009 | St. Albert<br>304 Minnesota<br>Hinsdale, MT 59241 | St. Ann Cathedral<br>715 3rd Ave N<br>Great Falls, MT 59401-1501 |

| | | |
|---|---|---|
| St. Ann Mission<br>102 Shell St<br>Vida, MT 59274 | St. Ann Mission<br>13327 Mt Highway 200<br>Fort Shaw, MT 59443-9409 | St. Anthony Catholic Church<br>235 Main St E<br>Box Elder, MT 59521 |
| St. Anthony Mission<br>1100 Main St<br>Denton, MT 59430 | St. Anthony Parish<br>317 West 7th St<br>Laurel, MT 59044-2054 | St. Anthony Parish<br>413 3rd Ave W<br>Culbertson, MT 59218 |
| St. Benedict Parish<br>503 Main St<br>Roundup, MT 59072-2497 | St. Bernard Mission<br>301 Road 148<br>Charlie Creek, MT 59270 | St. Bernard's Parish<br>226 Wicks Lane<br>Billings, MT 59105-3799 |
| St. Catherine Mission<br>317 7th St W<br>Fairview, MT 59221 | St. Charles Borromeo Mission<br>21228 S Pryor Gap Road<br>Pryor, MT 59066 | St. Cyril Parish<br>100 Hill Ave<br>Geyser, MT 59447 |
| St. Dennis Parish<br>76 Highway 1<br>Crow Agency, MT 59022 | St. Francis Xavier Parish<br>1100 C Ave<br>Circle, MT 59215 | St. Gabriel Parish<br>404 8th St W<br>Chinook, MT 59523 |
| St. Honorata Mission<br>22 3rd Ave<br>Musselshell, MT 59059 | St. Joan of Arc Parish<br>100 Church Ave<br>Ekalaka, MT 59324 | St. John Church<br>404 W Central St<br>Joliet, MT 59041 |
| St. John the Baptist<br>412 Leavitt Ave<br>Jordan, MT 59337 | St. Joseph<br>206 Orchard Ave<br>Hysham, MT 59038 | St. Joseph<br>P.O. Box 789<br>Wolf Point, MT 59201-0789 |
| St. Joseph Mission<br>202 N Montana St<br>Fromberg, MT 59029 | St. Joseph Parish<br>301 N Main St<br>Plentywood, MT 59254-1649 | St. Joseph Parish<br>716 N Custer Ave<br>Hardin, MT 59034 |
| St. Joseph Parish<br>910 McLeod St<br>Big Timber, MT 59011-8097 | St. Jude Thaddeus Parish<br>624 4th St<br>Havre, MT 59501 | St. Labre Parish<br>Tongue River Road<br>Ashland, MT 59003 |
| St. Leo the Great Parish<br>102 W Broadway St<br>Lewistown, MT 59457-1735 | St. Margaret Mary Parish<br>320 Water Ave<br>Colstrip, MT 59323-9685 | St. Margaret Mary Parish<br>400 Johannes<br>Big Sandy, MT 59520 |

| | | |
|---|---|---|
| St. Margaret Parish<br>206 1st Ave N<br>Clyde Park, MT 59018 | St. Mark Parish<br>128 Castner St<br>Belt, MT 59412 | St. Mary<br>212 4th Ave<br>Custer, MT 59024 |
| St. Mary Catholic Church<br>11 W Quincy Ave<br>Chester, MT 59522 | St. Mary Mission<br>100 Main St<br>Raynesford, MT 59469 | St. Mary Parish<br>511 S F St<br>Livingston, MT 59047-3539 |
| St. Mary Parish<br>P.O. Box 956<br>Columbus, MT 59019-0956 | St. Mathias<br>305 Kemp St<br>Ryegate, MT 59074 | St. Matthew Parish<br>219 7th St SE<br>Sidney, MT 59270-5034 |
| St. Michael<br>307 S Woodard St<br>Absarokee, MT 59001 | St. Michael Mission<br>120 2nd Ave<br>Savage, MT 59262 | St. Patrick<br>401 Main St<br>Medicine Lake, MT 59247 |
| St. Patrick Co Cathedral<br>215 N 31st<br>Billings, MT 59101-1908 | St. Paul Indian Mission<br>#1 Mission Dr<br>Hays, MT 59527 | St. Peter<br>312 W 1st Ave S<br>Wibaux, MT 59353 |
| St. Philip<br>P.O. Box 217<br>Wibaux, MT 59353-0217 | St. Pius X Catholic Church<br>717 18th St W<br>Billings, MT 59102-4099 | St. Raphael Parish<br>412 3rd Ave N<br>Glasgow, MT 59230-1825 |
| St. Rose of Lima Church<br>101 4th St W<br>Stanford, MT 59479 | St. Theresa Mission<br>212 N Main St<br>Lambert, MT 59243 | St. Theresa of the Little Flower<br>16638 Iowa<br>Broadview, MT 59015 |
| St. Thomas Aquinas<br>10610 Wing Rd<br>Hogeland, MT 59529 | St. Thomas Mission<br>201 W Conser Ave<br>Plevna, MT 59344 | St. Thomas Mission<br>3022 BIA Road 173<br>Brockton, MT 59213 |
| St. Thomas The Apostle<br>2055 Woody Dr<br>Billings, MT 59102-2803 | St. Thomas the Apostle<br>210 1st Ave SE<br>Harlem, MT 59526-9024 | St. William Mission<br>P.O. Box 646<br>Livingston, MT 59047-0646 |
| US SECURITIES AND EXCHANGE COMMISSION<br>LOS ANGELES REGIONAL OFFICE<br>ATTN SANDRA LAVIGNA<br>444 S FLOWER ST STE 900<br>LOS ANGELES CA 90071-2934 | AARON YORK<br>OFFICE OF THE US TRUSTEE<br>ATTN: LESLIE<br>301 CENTRAL AVENUE STE 204<br>GREAT FALLS, MT 59401-3113 | BONNIE SHUSTER<br>US DEPT OF JUSTICE<br>OFFICE OF THE US TRUSTEE<br>720 EAST PARK BLVD, SUITE 220<br>BOISE, ID 83712-7785 |

BRUCE A ANDERSON
ELSAESSER JARZABEK ANDERSON ELLIOT & MAC
320 E NEIDER AVE STE 102
COEUR D'ALENE, ID 83815-6007

BRUCE ALAN ANDERSON
ELSAESSER, JARZABEK, et al.
320 East Neider Avenue
Suite 102
COEUR D'ALENE, ID 83815-6007

FORD ELSAESSER
PO BOX 2220
SANDPOINT, ID 83864-0909

FORD ELSAESSER
ELSAESSER, JARZABEK, et al.
PO BOX 1049
SANDPOINT, ID 83864-0855

GREGORY J HATLEY
DAVIS HATLEY HAFFEMAN & TIGHE PC
101 RIVER DRIVE NORTH
GREAT FALLS, MT 59401-2599

Gary Dyer W.
U.S. Department of Justice
Office of the United States Trustee
920 W. Riverside Ave,
Suite 593
Spokane, WA 99201-1012

MAXON R. DAVIS
DAVIS, HATLEY, HAFFEMAN & TIGHE, P.C.
101 RIVER DRIVE NORTH
GREAT FALLS, MT 59401-2599

Vito Ray de la Cruz
Tamaki Law
1340 N. 16th Ave.
Ste. C
YAKIMA, WA 98902-7106


            Addresses marked (c) above for the following entity/entities were corrected
                as required by the USPS Locatable Address Conversion System (LACS).


Holy Family
102 1st Ave N
Glentana, MT 59240




             The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Abuse Survivors
Datsopoulos, MacDonald & Lind, PC
201 West Main Street, Suite 201
Missoula

(u)Catholic Mutual Relief Society

(u)HEAD START, INC.


(u)SS. CYRIL & METHODIUS CHURCH

(d)Roman Catholic Bishop of Great Falls, Mont
P.O. Box 1399
Great Falls, MT 59403-1399

(u)MATT ROBERTSON
NAI BUSINESS PROPERTIES


End of Label Matrix
Mailable recipients   127
Bypassed recipients     6
Total                 133