Gary W. Dyer
Assistant United States Trustee
Office of United States Trustee
301 Central Avenue, Suite 204
Great Falls, MT   59401
Phone:   (406) 761-8777
Fax:   (406) 761-8895
gary.w.dyer@usdoj.gov
California State Bar No. 106701
(Attorney for United States Trustee)

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| ROMAN CATHOLIC BISHOP OF GREAT, | ) | Case No. 17-60271-11 |
| FALLS, MONTANA, a Montana Religious | ) | |
| Corporate Sole, | ) | |
| Debtor. | ) | |

## AMENDED APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS

Pursuant to 11 U.S.C. §1102, the following creditors of the above-named Debtor, being among those holding the largest unsecured claims and who are willing to serve, are appointed to the committee of unsecured creditors:

**Deric Sherman**
1908 Wilson Avenue
Butte, MT   59701
(406) 491-2712

**James Fox**
P.O. Box 761
Harlem, MT   59526
(406) 399-0352

**Mary Ann Still Smoking**
P.O. Box 663
Ashland, MT   59003
(406) 984-6451

**Holly Chiotti**
1926 Highway 89
Fort Shaw, MT   59443
(406) 467-2028

**Ynacio "Nash" Jose Morales**
237 Maverick Road
Hardin, MT   59034
(406) 638-1488

**Steve Diekhans**
4410 239th Place Southeast
Bothell, WA   98021
(425) 381-0527

**Tara A. Kostelecky**
3461 Barley Circle
Billings, MT   59102
(406) 850-8630

**Kristal H. Fox**
P.O. Box 761
Harlem, MT   59526
(406) 390-3908

DATED this 2nd day of May, 2017.

GAIL BREHM GEIGER
ACTING UNITED STATES TRUSTEE
REGION 18


By:   /s/ Gary W. Dyer
      Gary W. Dyer
      Attorney for United States Trustee
      Great Falls, Montana

## CERTIFICATE OF MAILING

I, the undersigned, Paralegal for the Office of United States Trustee, do hereby certify under penalty of perjury that a copy of the within and foregoing Appointment of Committee of Unsecured Creditors was mailed on the 2nd day of May, 2017, at Great Falls, Montana, and directed to those on the attached mailing matrix.

/s/ Leslie L. Dronen
Leslie L. Dronen

Label Matrix for local noticing
0977-2
Case 17-60271-JDP
U.S. Bankruptcy Court, District of Montana
Butte
Tue May  2 08:48:39 MDT 2017

PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd.
#1300
Los Angeles, CA 90067-4114

ROMAN CATHOLIC BISHOP OF GREAT FALLS, MONTAN
P.O. BOX 1399
GREAT FALLS, MT 59403-1399

U.S. Bankruptcy Court, District of MT
Room 263 Federal Building
400 North Main
Butte, MT 59701-8866

34 Abuse Claimants 'Doe Group'
Bryan Smith and Vito de la Cruz
Tamaki Law Offices
1340 N. 16th Avenue, Suite C
Yakima, WA 98902-7106

38 Abuse Claimants 'Becker Group'
Timothy Kosnoff, Kosnoff Law
Metro Office Park, Metro Park 7
Street 1, Suite 204 Guyanabo
San Juan, PR 00968

Blessed Kateri Tekakwitha
PO Box 509
Lodge Grass, MT 59050-0509

Blessed Sacrament Parish
630 Cheyenne Ave
Lame Deer, MT 59043

Bruce A. Anderson
Elsaesser Jarzabek Anderson Elliott & Ma
320 East Neider Avenue
Suite 102
Coeur D Alene, ID 83815-6007

Catholic Foundation of Eastern MT
P.O. Box 1345
Great Falls, MT 59403-1345

Christ the King
13268 S 5TH St
Busby, MT 59016

Corpus Christi Parish
410 22nd Ave NE
Great Falls, MT 59404-1513

Daniel Fasy
Fasy Law
1752 NW Market St, #1502
Seattle, WA 98107-5264

First Lease, Inc.
1 Walnut Grove Dr
Suite 300
Horsham, PA 19044-2201

General Unsecured Creditors
All in Care-Diocese of Great Falls
121 23rd St S
Great Falls, MT 59401-3997

(c)HOLY FAMILY
112 1ST AVE
GLENTANA MT  59240-9709

Holy Family
530 Main St
Winifred, MT 59489

Holy Spirit Church
201 44th St S
Great Falls, MT 59405-3498

Holy Trinity Church
692 Stockett Rd
Centerville, MT 59480

Immaculate Conception Parish
1223 16th St
Fort Benton, MT 59442

Immaculate Conception Parish
509 N 12th Ave
Forsyth, MT 59327

Immaculate Conception Parish
513 Dawson St
Wolf Point, MT 59201-1631

Internal Revenue Service
Centralized Insolvency Op.
P.O. Box 7346
Philadelphia, PA 19101-7346

Joseph Blumel III
Law Offices of Joseph Blumel III
4407 N Division Street, Ste 900
Spokane, WA 99207-1660

Lee James and Craig Vernon
James, Vernon and Weeks
1626 Lincoln Way
Coeur D Alene, ID 83814-2459

Marlin Leasing Corporation
300 Fellowship Rd
Mount Laurel, NJ 08054-1727

Mary Queen of Peace
3411 S 34th St
Billings, MT 59101

Milt Datsopoulos and Molly Howard
Datsopoulos, MacDonald & Lind
201 W Main ST STE 201
Missoula MT 59802-4326

Montana Dept. of Revenue
PO Box 7701
Helena, MT 59604-7701

OFFICE OF THE U.S. TRUSTEE
U.S. TRUSTEE'S OFFICE
LIBERTY CENTER SUITE 204
301 CENTRAL AVE
GREAT FALLS, MT 59401-3113

Our Lady Of Mercy Mission
121 6th Ave W
Melstone, MT 59054

Our Lady of Loretto Parish
11723 E Helen St
Lodge Grass, MT 59050

Our Lady of Lourdes
409 13th St S
Great Falls, MT 59405-2398

Our Lady of Lourdes Parish
105 F St W
Poplar, MT 59255

Our Lady of Ransom
201 2nd St
Hingham, MT 59528

Queen of the Angels
PO Box 471
Glasgow, MT 59230-0471

SS Cyril and Methodius
C/O ST BERNARD
226 WICKS LANE
BILLINGS MT 59105-3725

Sacred Heart
P.O. Box 236
Fort Belknap, MT 59526-0236

Sacred Heart Mission
100 2nd Ave E
Hobson, MT 59452

Sacred Heart Mission
201 44th St S
Great Falls, MT 59405-1653

Sacred Heart Mission
225 2nd Ave E
Dodson, MT 59524

Sacred Heart Mission
314 Clinton St
Bainville, MT 59212

Sacred Heart Mission
630 Main Ave
Inverness, MT 59530

Sacred Heart Parish
120 N Montana Ave
Miles City, MT 59301-3510

Sacred Heart Parish
209 S 4th St
Bridger, MT 59014-7747

Sacred Heart Parish
302 S McDonald Ave
Terry, MT 59349

Sacred Heart Parish
316 W Benham St
Glendive, MT 59330-1705

Schiff Harden
Everett Cygal
233 South Wacker, Ste. 6600
Chicago, IL 60606-6360

St Aloysius Parish
112 W Main St
Winnett, MT 59087

St David Parish
225 N Wilber St
Broadus, MT 59317

St Francis De Sales Mission
301 S Main St
Richey, MT 59259

St Francis Of Assisi Parish
500 Wilson Ave
Saco, MT 59261

St John The Evangelist Parish
210 W Center Ave
Baker, MT 59313-9137

St Margaret Parish
623 Brewster St
Geraldine, MT 59446

St Mary Parish
101 S 7th St W
Malta, MT 59538

St Mathias Parish
310 2nd St NE
Moore, MT 59464

St Philip Bonitus Parish
404 Timmons St
Scobey, MT 59263

St. Agnes Parish
1 N Word Ave
Red Lodge, MT 59068-9009

St. Albert
304 Minnesota
Hinsdale, MT 59241

St. Ann Cathedral
715 3rd Ave N
Great Falls, MT 59401-1501

St. Ann Mission
102 Shell St
Vida, MT 59274

St. Ann Mission
13327 Mt Highway 200
Fort Shaw, MT 59443-9409

St. Anthony Catholic Church
235 Main St E
Box Elder, MT 59521

St. Anthony Mission
1100 Main St
Denton, MT 59430

St. Anthony Parish
317 West 7th St
Laurel, MT 59044-2054

St. Anthony Parish
413 3rd Ave W
Culbertson, MT 59218

St. Benedict Parish
503 Main St
Roundup, MT 59072-2497

St. Bernard Mission
301 Road 148
Charlie Creek, MT 59270

St. Bernard's Parish
226 Wicks Lane
Billings, MT 59105-3799

St. Catherine Mission
317 7th St W
Fairview, MT 59221

St. Charles Borromeo Mission
21228 S Pryor Gap Road
Pryor, MT 59066

St. Cyril Parish
100 Hill Ave
Geyser, MT 59447

St. Dennis Parish
76 Highway 1
Crow Agency, MT 59022

St. Francis Xavier Parish
1100 C Ave
Circle, MT 59215

St. Gabriel Parish
404 8th St W
Chinook, MT 59523

St. Honorata Mission
22 3rd Ave
Musselshell, MT 59059

St. Joan of Arc Parish
100 Church Ave
Ekalaka, MT 59324

St. John Church
404 W Central St
Joliet, MT 59041

St. John the Baptist
412 Leavitt Ave
Jordan, MT 59337

St. Joseph
206 Orchard Ave
Hysham, MT 59038

St. Joseph
P.O. Box 789
Wolf Point, MT 59201-0789

St. Joseph Mission
202 N Montana St
Fromberg, MT 59029

St. Joseph Parish
301 N Main St
Plentywood, MT 59254-1649

St. Joseph Parish
716 N Custer Ave
Hardin, MT 59034

St. Joseph Parish
910 McLeod St
Big Timber, MT 59011-8097

St. Jude Thaddeus Parish
624 4th St
Havre, MT 59501

St. Labre Parish
Tongue River Road
Ashland, MT 59003

St. Leo the Great Parish
102 W Broadway St
Lewistown, MT 59457-1735

St. Margaret Mary Parish
320 Water Ave
Colstrip, MT 59323-9685

St. Margaret Mary Parish
400 Johannes
Big Sandy, MT 59520

St. Margaret Parish
206 1st Ave N
Clyde Park, MT 59018

St. Mark Parish
128 Castner St
Belt, MT 59412

St. Mary
212 4th Ave
Custer, MT 59024

St. Mary Catholic Church
11 W Quincy Ave
Chester, MT 59522

St. Mary Mission
100 Main St
Raynesford, MT 59469

St. Mary Parish
511 S F St
Livingston, MT 59047-3539

St. Mary Parish
P.O. Box 956
Columbus, MT 59019-0956

St. Mathias
305 Kemp St
Ryegate, MT 59074

St. Matthew Parish
219 7th St SE
Sidney, MT 59270-5034

St. Michael
307 S Woodard St
Absarokee, MT 59001

St. Michael Mission
120 2nd Ave
Savage, MT 59262

St. Patrick
401 Main St
Medicine Lake, MT 59247

St. Patrick Co Cathedral
215 N 31st
Billings, MT 59101-1908

St. Paul Indian Mission
#1 Mission Dr
Hays, MT 59527

St. Peter
312 W 1st Ave S
Wibaux, MT 59353

St. Philip
P.O. Box 217
Wibaux, MT 59353-0217

St. Pius X Catholic Church
717 18th St W
Billings, MT 59102-4099

St. Raphael Parish
412 3rd Ave N
Glasgow, MT 59230-1825

St. Rose of Lima Church
101 4th St W
Stanford, MT 59479

St. Theresa Mission
212 N Main St
Lambert, MT 59243

St. Theresa of the Little Flower
16638 Iowa
Broadview, MT 59015

St. Thomas Aquinas
10610 Wing Rd
Hogeland, MT 59529

St. Thomas Mission
201 W Conser Ave
Plevna, MT 59344

St. Thomas Mission
PO Box 187
Popular, MT 59255-0187

St. Thomas The Apostle
2055 Woody Dr
Billings, MT 59102-2803

St. Thomas the Apostle
210 1st Ave SE
Harlem, MT 59526-9024

St. William Mission
P.O. Box 646
Livingston, MT 59047-0646

US SECURITIES AND EXCHANGE COMMISSION
LOS ANGELES REGIONAL OFFICE
ATTN SANDRA LAVIGNA
444 S FLOWER ST STE 900
LOS ANGELES CA 90071-2934

AARON YORK
OFFICE OF THE US TRUSTEE
ATTN: LESLIE
301 CENTRAL AVENUE STE 204
GREAT FALLS, MT 59401-3113

BONNIE SHUSTER
US DEPT OF JUSTICE
OFFICE OF THE US TRUSTEE
720 EAST PARK BLVD, SUITE 220
BOISE, ID 83712-7785

BRUCE A ANDERSON
ELSAESSER JARZABEK ANDERSON ELLIOT & MAC
320 E NEIDER AVE STE 102
COEUR D'ALENE, ID 83815-6007

BRUCE ALAN ANDERSON
ELSAESSER, JARZABEK, et al.
320 East Neider Avenue
Suite 102
COEUR D'ALENE, ID 83815-6007

FORD ELSAESSER
PO BOX 2220
SANDPOINT, ID 83864-0909

FORD ELSAESSER
ELSAESSER, JARZABEK, et al.
PO BOX 1049
SANDPOINT, ID 83864-0855

GREGORY J HATLEY
DAVIS HATLEY HAFFEMAN & TIGHE PC
101 RIVER DRIVE NORTH
GREAT FALLS, MT 59401-2599

Gary Dyer W.
U.S. Department of Justice
Office of the United States Trustee
920 W. Riverside Ave,
Suite 593
Spokane, WA 99201-1012

MAXON R. DAVIS
DAVIS, HATLEY, HAFFEMAN & TIGHE, P.C.
101 RIVER DRIVE NORTH
GREAT FALLS, MT 59401-2599

Vito Ray de la Cruz
Tamaki Law
1340 N. 16th Ave.
Ste. C
YAKIMA, WA 98902-7106

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

Holy Family
102 1st Ave N
Glentana, MT 59240

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Abuse Survivors
Datsopoulos, MacDonald & Lind, PC
201 West Main Street, Suite 201
Missoula

(u)Catholic Mutual Relief Society

(u)HEAD START, INC.

(u)SS. CYRIL & METHODIUS CHURCH

(d)Roman Catholic Bishop of Great Falls, Mont
P.O. Box 1399
Great Falls, MT 59403-1399

(u)MATT ROBERTSON
NAI BUSINESS PROPERTIES

End of Label Matrix
Mailable recipients   127
Bypassed recipients     6
Total                 133