Ford Elsaesser, ISB #2205
Bruce A. Anderson, ISB #3392
ELSAESSER JARZABEK ANDERSON
ELLIOTT & MACDONALD, CHTD.
320 East Neider Avenue, Suite 102
Coeur d'Alene, ID 83815
Tel:  (208) 667-2900
Fax:  (208) 667-2150
E-mail  ford@ejame.com
        brucea@ejame.com

*Attorneys for Debtor-in-Possession*

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| In re:<br><br>Roman Catholic Bishop of Great Falls, Montana,<br>a Montana Religious Corporate Sole<br>(Diocese of Great Falls),<br><br>　　　　　Debtor-in-Possession. | Case No. 17-60271<br><br>Chapter 11 |

## CERTIFICATE OF SERVICE

I certify that on June 12, 2017, by regular first class mail, I mailed a copy of Notice of Bar Dates for Filing of General Proofs of Claim [Docket No. 121-1] , with the Official Form 410 Proof of Claim form, to the non-ECF parties on the attached MML.

DATED this 12th day of June, 2017.

　　　　　　　　　　　　　　　　　　　*/s/ Bruce A. Anderson*
　　　　　　　　　　　　　　　　　　　Bruce A. Anderson
　　　　　　　　　　　　　　　　　　　Attorneys for Debtor-In-Possession

CERTIFICATE OF SERVICE- 1

Label Matrix for local noticing
0977-2
Case 17-60271-JDP
U.S. Bankruptcy Court, District of Montana
Butte
Mon Jun 12 09:23:19 MDT 2017

PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd.
#1300
Los Angeles, CA 90067-4114

ROMAN CATHOLIC BISHOP OF GREAT FALLS, MONTAN
P.O. BOX 1399
GREAT FALLS, MT 59403-1399

U.S. Bankruptcy Court, District of MT
Room 263 Federal Building
400 North Main
Butte, MT 59701-8866

34 Abuse Claimants 'Doe Group'
Bryan Smith and Vito de la Cruz
Tamaki Law Offices
1340 N. 16th Avenue, Suite C
Yakima, WA 98902-7106

38 Abuse Claimants 'Becker Group'
Timothy Kosnoff, Kosnoff Law
Metro Office Park, Metro Park 7
Street 1, Suite 204 Guyanabo
San Juan, PR 00968

Anderson Family Pharmacy
2828 10th Ave S
Great Falls, MT 59405-3241

Arkadin, Inc.
PO Box 392490
Pittsburgh, PA 15251-9490

Billings Construction Supply
5514 King Ave E
Billings, AZ 59101-4641

Billings Gazette Communications
PO Box 31238
Billings, MT 59107-1238

Blessed Kateri Tekakwitha
PO Box 509
Lodge Grass, MT 59050-0509

Blessed Sacrament Parish
630 Cheyenne Ave
Lame Deer, MT 59043

Bruce A. Anderson
Elsaesser Jarzabek Anderson Elliott & Ma
320 East Neider Avenue
Suite 102
Coeur D Alene, ID 83815-6007

CENTURYLINK COMMUNICATIONS LLC
931 14TH ST STE 900
DENVER CO 80202-2994

Career Quest
724 1st Ave S
Great Falls, MT 59401-3702

Carquest Auto Parts
PO Box 404875
Atlanta, GA 30384-4875

Catholic Foundation of Eastern MT
P.O. Box 1345
Great Falls, MT 59403-1345

Catholic Management Services
4457 Willow Road
Suite 100
Pleasanton, CA 94588-8554

Century Link
PO Box 91155
Seattle, WA 98111-9255

Christ the King
13268 S 5TH St
Busby, MT 59016

Christian Brothers Retirement Savings
1205 Windham Parkway
Romeoville, IL 60446-1672

Christina Cowick
4432 6th Ave S
Great Falls, MT 59405-3736

City of Great Falls
Utility Billing Department
PO Box 5021
Great Falls, MT 59403-5021

Corpus Christi Church
Rev. Ryan Erlenbush
410 22nd Ave NE
Great Falls, MT 59404-1513

Culligan
401 Huffman Ave
Great Falls, MT 59404-3298

Daniel Fasy
Fasy Law
1752 NW Market St, #1502
Seattle, WA 98107-5264

Dex Media
PO Box 79167
Phoenix, AZ 85062-9167

Diocese of Helena
PO Box 1729
Helena, MT 59624-1729

Energy West
PO Box 2229
Great Falls, MT 59403-2229

First Lease, Inc.
1 Walnut Grove Dr
Suite 300
Horsham, PA 19044-2201

| | | |
|---|---|---|
| Fr. Marcel Vogel<br>1701 26th St S<br>Apt #3<br>Great Falls, MT 59405-5173 | Gagnon's<br>308 9th Ave S<br>Great Falls, MT 59405-4083 | General Unsecured Creditors<br>All in Care-Diocese of Great Falls<br>121 23rd St S<br>Great Falls, MT 59401-3997 |
| Giulia Marie Arcuri<br>224 Diamond Avenue<br>Newport Beach, CA 92662-1116 | Great Falls Tribune<br>PO Box 677334<br>Dallas, TX 75267-7334 | (c)HOLY FAMILY<br>112 1ST AVE<br>GLENTANA MT 59240-9709 |
| Holy Family<br>530 Main St<br>Winifred, MT 59489 | Holy Spirit Catholic School<br>2820 Central Ave<br>Great Falls, MT 59401-3412 | Holy Spirit Parish<br>Rev. Schlosser and Rev. Wilkins<br>201 44th St S<br>Great Falls, MT 59405-1653 |
| Holy Trinity Church<br>692 Stockett Rd<br>Centerville, MT 59480 | Immaculate Conception Church<br>Rev. William D'Souza<br>1223 16th St<br>Fort Benton, MT 59442 | Immaculate Conception Parish<br>509 N 12th Ave<br>Forsyth, MT 59327 |
| Immaculate Conception Parish<br>PO Box 789<br>Wolf Point, MT 59201-0789 | Innovative Postal Services<br>PO Box 2565<br>Great Falls, MT 59403-2565 | Instrumentalist Awards<br>200 Northfield Road<br>Northfield, IL 60093-3312 |
| Internal Revenue Service<br>Centralized Insolvency Op.<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Joseph Blumel III<br>Law Offices of Joseph Blumel III<br>4407 N Division Street, Ste 900<br>Spokane, WA 99207-1660 | Jostens<br>21336 Network Place<br>Chicago, IL 60673-1213 |
| KRTV-TV<br>PO Box 2557<br>Billings, MT 59103-2557 | Kay Walters<br>4142 5th Ave S<br>Great Falls, MT 59405-3724 | Knife River<br>PO Box 80066<br>Billings, MT 59108-0066 |
| Lee James and Craig Vernon<br>James, Vernon and Weeks<br>1626 Lincoln Way<br>Coeur D Alene, ID 83814-2459 | Lone Pony Web and Management<br>Tia Renee Buzzard<br>2932B Highway 153<br>Twisp, WA 98856-9725 | Marlin Leasing Corporation<br>300 Fellowship Rd<br>Mount Laurel, NJ 08054-1727 |
| Mary Queen of Peace<br>3411 S 34th St<br>Billings, MT 59101 | Meadow Gold Dairies<br>PO Box 710966<br>Denver, CO 80271-0966 | Memorial Monuments and Vaults<br>598 West Franklin<br>Meridian, ID 83642-2825 |
| MetLife<br>PO Box 803323<br>Kansas City, MO 64180-3323 | Metropolitan Utilities District<br>PO Box 3600<br>Omaha, NE 68103-0600 | Milt Datsopoulos and Molly Howard<br>Datsopoulos, MacDonald & Lind<br>201 W Main ST STE 201<br>Missoula MT 59802-4326 |

| | | |
|---|---|---|
| Montana Department of Labor<br>Unemployment Division<br>PO Box 6339<br>Helena, MT 59604-6339 | Montana Dept. of Public Health<br>Laboratory Services Bureau<br>PO Box 4369<br>Helena, MT 59604-4369 | Montana Dept. of Revenue<br>PO Box 7701<br>Helena, MT 59604-7701 |
| Montana State Fund<br>PO Box 31477<br>Billings, MT 59107-1477 | Montana Waste Systems<br>PO Box 2645<br>Great Falls, MT 59403-2645 | Montana-Dakota Utilities<br>PO Box 5600<br>Bismark, ND 58506-5600 |
| Most Rev. Anthony M. Milone<br>c/o St. Bernadette Church<br>7600 S 42nd St<br>Bellevue, NE 68147-1773 | Mountain View Co-Op<br>PO Box 1299<br>Great Falls, MT 59403-1299 | National Laundry<br>700 Crescent Dr<br>Great Falls, MT 59404-3210 |
| NorthWestern Energy<br>40 E Broadway<br>Butte, MT 59707-9394 | OFFICE OF THE U.S. TRUSTEE<br>U.S. TRUSTEE'S OFFICE<br>LIBERTY CENTER SUITE 204<br>301 CENTRAL AVE<br>GREAT FALLS, MT 59401-3113 | Omaha Public Power Dist.<br>PO Box 3995<br>Omaha, NE 68103-0995 |
| One License.net<br>7343 South Mason Ave<br>Chicago, IL 60638-6274 | Our Lady Of Mercy Mission<br>121 6th Ave W<br>Melstone, MT 59054 | Our Lady of Loretto Parish<br>11723 E Helen St<br>Lodge Grass, MT 59050 |
| Our Lady of Lourdes<br>409 13th St S<br>Great Falls, MT 59405-2398 | Our Lady of Lourdes Parish<br>105 F St W<br>Poplar, MT 59255 | Our Lady of Ransom<br>201 2nd St<br>Hingham, MT 59528 |
| Pharmacy 1<br>2900 12th Ave N<br>Billings, MT 59101-7503 | Public Works Utilities<br>PO Box 30958<br>Billings, MT 59107-0958 | QWEST CORPORATION DBA CENTURYLINK<br>931 14ST ST STE 900<br>DENVER CO 80202-2994 |
| Queen of the Angels<br>PO Box 471<br>Glasgow, MT 59230-0471 | Quill Corporation<br>PO Box 37600<br>Philadelphia, PA 19101-0600 | Red's Fixit Shop<br>PO Box 20782<br>Billings, MT 59104-0782 |
| Republic Service<br>PO Box 78829<br>Phoenix, AZ 85062-8829 | Rev. Anthony J. Schuster<br>c/o Joe and Stevi Schuster<br>2002 Wyndham Park Dr<br>Billings, MT 59102-8116 | Rev. Charles Gorman<br>2351 Solomon Ave, Apt 157<br>Billings, MT 59102-2885 |
| Rev. Daniel O'Rourke<br>1701 26th St S, Apt 2<br>Great Falls, MT 59405-5173 | Rev. James E. Birkmaier<br>The Lodge<br>1801 9th St S, Apt 233<br>Great Falls, MT 59405-5616 | Rev. James M. Sikora<br>1915 13th Ave S<br>Great Falls, MT 59405-4810 |

| | | |
|---|---|---|
| Rev. Jerry Connolly<br>PO Box 456<br>Joliet, MT 59041-0456 | Rev. John J. Houlihan<br>2003 Woody Dr, Apt 4<br>Billings, MT 59102-2891 | Rev. John P. Krier<br>PO Box 449<br>Air Way Heights, WA 99001-0449 |
| Rev. Lothar Krauth<br>3724 8th Ave N<br>Great Falls, MT 59401-2229 | Rev. Marcel Vogel<br>1701 26th St S, Apt. 3<br>Great Falls, MT 59405-5173 | Rev. Peter E. Guthneck<br>St Mary Church<br>PO Box 3009<br>Box Elder, MT 59521-3009 |
| Rev. Richard J. Hopkins<br>Mother of Confidence Church<br>3131 Governor Dr<br>San Diego, CA 92122-2229 | Rev. Richard Osterman<br>PO Box 2011<br>Red Lodge, MT 59068-2011 | Rev. Robert D. Grosch<br>St Patrick Co-Cathedral<br>215 N 31st St<br>Billings, MT 59101-1908 |
| Rev. Ted Szudera<br>PO Box 6507<br>Great Falls, MT 59406-6507 | Rev. Terrence P. Regan<br>PO Box 25<br>Great Falls, MT 59403-0025 | Rev. Thomas C. Harney<br>1440 Granite Ave, Apt B<br>Billings, MT 59102-0716 |
| Rev. Thomas M. Beggin<br>1631 41st St W<br>Billings, MT 59106-1742 | Rev. Thomas Tobin<br>PO Box 407<br>Ekalaka, MT 59324-0407 | Rev. William Cawley<br>1701 26th St S, Apt 4<br>Great Falls, MT 59405-5173 |
| Rev. William Hogan<br>The Lodge<br>1801 9th St S, Apt 116<br>Great Falls, MT 59405-5613 | SS Cyril and Methodius<br>C/O ST BERNARD<br>226 WICKS LANE<br>BILLINGS MT 59105-3725 | Sacred Heart<br>P.O. Box 236<br>Fort Belknap, MT 59526-0236 |
| Sacred Heart Mission<br>100 2nd Ave E<br>Hobson, MT 59452 | Sacred Heart Mission<br>201 44th St S<br>Great Falls, MT 59405-1653 | Sacred Heart Mission<br>225 2nd Ave E<br>Dodson, MT 59524 |
| Sacred Heart Mission<br>314 Clinton St<br>Bainville, MT 59212 | Sacred Heart Mission<br>630 Main Ave<br>Inverness, MT 59530 | Sacred Heart Parish<br>302 S McDonald Ave<br>Terry, MT 59349 |
| Sacred Heart Parish<br>Rev. Francis Schreiber<br>316 W Benham St<br>Glendive, MT 59330-1705 | Sacred Heart Parish<br>Rev. Masilamani Suvakkin<br>PO Box 309<br>Bridger, MT 59014-0309 | Sacred Heart Parish<br>Rev. Robert Oswald<br>120 N Montana Ave<br>Miles City, MT 59301-3510 |
| Schiff Harden<br>Everett Cygal<br>233 South Wacker, Ste. 6600<br>Chicago, IL 60606-6360 | Screening One, Inc.<br>PO Box 749363<br>Los Angeles, CA 90074-9363 | Snyder Drug<br>2515 6th Ave N<br>Great Falls, MT 59401-1996 |

| | | |
|---|---|---|
| St Aloysius Parish<br>112 W Main St<br>Winnett, MT 59087 | St David Parish<br>225 N Wilber St<br>Broadus, MT 59317 | St Francis De Sales Mission<br>301 S Main St<br>Richey, MT 59259 |
| St Francis Of Assisi Parish<br>500 Wilson Ave<br>Saco, MT 59261 | St John The Evangelist Parish<br>210 W Center Ave<br>Baker, MT 59313-9137 | St Margaret Parish<br>623 Brewster St<br>Geraldine, MT 59446 |
| St Mary Church<br>Rev. Nelson and Rev. Sticha<br>101 S 7th St W<br>Malta, MT 59538 | St Mathias Parish<br>310 2nd St NE<br>Moore, MT 59464 | St Philip Bonitus Parish<br>404 Timmons St<br>Scobey, MT 59263 |
| St. Agnes Parish<br>1 N Word Ave<br>Red Lodge, MT 59068-9009 | St. Albert<br>304 Minnesota<br>Hinsdale, MT 59241 | St. Ann Cathedral<br>Rev. Oliver Doyle<br>715 3rd Ave N<br>Great Falls, MT 59401-1501 |
| St. Ann Mission<br>102 Shell St<br>Vida, MT 59274 | St. Ann Mission<br>13327 Mt Highway 200<br>Fort Shaw, MT 59443-9409 | St. Anthony Catholic Church<br>235 Main St E<br>Box Elder, MT 59521 |
| St. Anthony Mission<br>1100 Main St<br>Denton, MT 59430 | St. Anthony Parish<br>413 3rd Ave W<br>Culbertson, MT 59218 | St. Anthony Parish<br>Rev. Barton Stevens<br>317 West 7th St<br>Laurel, MT 59044-2054 |
| St. Benedict Church<br>Rev. Douglas Krings<br>503 Main St<br>Roundup, MT 59072-2425 | St. Bernard Mission<br>c/o St. Matthew, Rev. O'Neil<br>219 7th St SE<br>Sidney, MT 59270-5034 | St. Bernard's Parish<br>226 Wicks Lane<br>Billings, MT 59105-3799 |
| St. Catherine Mission<br>317 7th St W<br>Fairview, MT 59221 | St. Charles Borromeo Mission<br>21228 S Pryor Gap Road<br>Pryor, MT 59066 | St. Cyril Parish<br>100 Hill Ave<br>Geyser, MT 59447 |
| St. Dennis Parish<br>76 Highway 1<br>Crow Agency, MT 59022 | St. Francis Xavier Parish<br>PO Box 160<br>Circle, MT 59215-0160 | St. Gabriel Parish<br>404 8th St W<br>Chinook, MT 59523 |
| St. Honorata Mission<br>22 3rd Ave<br>Musselshell, MT 59059 | St. Joan of Arc Parish<br>100 Church Ave<br>Ekalaka, MT 59324 | St. John Church<br>PO Box 309<br>Bridger, MT 59014-0309 |

St. John the Baptist
412 Leavitt Ave
Jordan, MT 59337

St. Joseph
206 Orchard Ave
Hysham, MT 59038

St. Joseph
P.O. Box 789
Wolf Point, MT 59201-0789

St. Joseph Mission
PO Box 309
Bridger, MT 59014-0309

St. Joseph Parish
910 McLeod St
Big Timber, MT 59011-8097

St. Joseph Parish
Rev. Joseph Ponessa
716 N Custer Ave
Hardin, MT 59034

St. Joseph Parish
Rev. Patrick Zabrocki
301 N Main St
Plentywood, MT 59254-1649

St. Jude Thaddeus Parish
Rev. Daniel Wathen
624 4th St
Havre, MT 59501

St. Labre Parish
Tongue River Road
Ashland, MT 59003

St. Leo the Great Parish
Rev. Samuel Spiering
102 W Broadway St
Lewistown, MT 59457-1735

St. Margaret Mary Parish
320 Water Ave
Colstrip, MT 59323-9685

St. Margaret Mary Parish
400 Johannes
Big Sandy, MT 59520

St. Margaret Parish
206 1st Ave N
Clyde Park, MT 59018

St. Mark Parish
128 Castner St
Belt, MT 59412

St. Mary Catholic Church
Rev. Joseph Diekhans
11 W Quincy Ave
Chester, MT 59522

St. Mary Church
212 4th Ave
Custer, MT 59024

St. Mary Church
Rev. Leo McDowell
511 S F St
Livingston, MT 59047-3539

St. Mary Mission
100 Main St
Raynesford, MT 59469

St. Mary Parish
Rev. Gregory Staudinger
P.O. Box 956
Columbus, MT 59019-0956

St. Mathias
305 Kemp St
Ryegate, MT 59074

St. Matthew Parish
219 7th St SE
Sidney, MT 59270-5034

St. Michael
307 S Woodard St
Absarokee, MT 59001

St. Michael Mission
120 2nd Ave
Savage, MT 59262

St. Patrick
401 Main St
Medicine Lake, MT 59247

St. Patrick Co Cathedral
215 N 31st
Billings, MT 59101-1908

St. Paul Indian Mission
#1 Mission Dr
Hays, MT 59527

St. Peter
312 W 1st Ave S
Wibaux, MT 59353

St. Philip
P.O. Box 217
Wibaux, MT 59353-0217

St. Pius X Catholic Church
Rev. Wayne Pittard
717 18th St W
Billings, MT 59102-4001

St. Raphael Parish
Rev. Jose Valliparambil
412 3rd Ave N
Glasgow, MT 59230-1825

St. Rose of Lima Church
Rev. Domenico Pizzonia
101 4th St W
Stanford, MT 59479

St. Theresa Mission
212 N Main St
Lambert, MT 59243

St. Theresa of the Little Flower
16638 Iowa
Broadview, MT 59015

St. Thomas Aquinas
10610 Wing Rd
Hogeland, MT 59529

St. Thomas Mission
201 W Conser Ave
Plevna, MT 59344

St. Thomas Mission
PO Box 187
Popular, MT 59255-0187

St. Thomas The Apostle
Rev. Stephen Zabrocki
2055 Woody Dr
Billings, MT 59102-2803

St. Thomas the Apostle
210 1st Ave SE
Harlem, MT 59526-9024

St. William Mission
P.O. Box 646
Livingston, MT 59047-0646

Steven J. Heim
U.S. Bank National Association
U.S. Bancorp Center
800 Nicollet Mall, BC-MN-H21N,
Minneapolis, Minnesota 55402-7000

The Lodge Senior Living Cntr
1801 9th St S
Great Falls, MT 59405-5608

The St. Louis Consultation Cntr
1750 Brentwood Blvd., Ste 602
St. Louis, MO 63144-1342

UI Contributions Bureau
PO Box 6339
Helena, MT 59604-6339

US SECURITIES AND EXCHANGE COMMISSION
LOS ANGELES REGIONAL OFFICE
ATTN SANDRA LAVIGNA
444 S FLOWER ST STE 900
LOS ANGELES CA 90071-2934

Universal Athletic Service
912 N 7th S Ave
Bozeman, MT 59715-2540

Verizon
PO Box 660108
Dallas, TX 75266-0108

Very Rev. Jay Peterson
2003 Woody Dr, Apt 1
Billings, MT 59102-2891

W. Carl Mendenhall
Warden Thane P.C.
PO Box 4747
Missoula, MT 59806-4747

World Library Publications
J.S. Paluch Co., Inc.
PO Box 2703
Schiller Park, IL 60176-0703

AARON YORK
OFFICE OF THE US TRUSTEE
ATTN: LESLIE
301 CENTRAL AVENUE STE 204
GREAT FALLS, MT 59401-3113

BONNIE SHUSTER
US DEPT OF JUSTICE
OFFICE OF THE US TRUSTEE
720 EAST PARK BLVD, SUITE 220
BOISE, ID 83712-7785

BRUCE A ANDERSON
ELSAESSER JARZABEK ANDERSON ELLIOT & MAC
320 E NEIDER AVE STE 102
COEUR D'ALENE, ID 83815-6007

BRUCE ALAN ANDERSON
ELSAESSER, JARZABEK, et al.
320 East Neider Avenue
Suite 102
COEUR D'ALENE, ID 83815-6007

FORD ELSAESSER
PO BOX 2220
SANDPOINT, ID 83864-0909

FORD ELSAESSER
ELSAESSER, JARZABEK, et al.
PO BOX 1049
SANDPOINT, ID 83864-0855

GREGORY J HATLEY
DAVIS HATLEY HAFFEMAN & TIGHE PC
101 RIVER DRIVE NORTH
GREAT FALLS, MT 59401-2599

Gary Dyer
U.S. Department of Justice
Office of the United States Trustee
920 W. Riverside Ave,
Suite 593
Spokane, WA 99201-1012

MAXON R. DAVIS
DAVIS, HATLEY, HAFFEMAN & TIGHE, P.C.
101 RIVER DRIVE NORTH
GREAT FALLS, MT 59401-2599

Vito Ray de la Cruz
Tamaki Law
1340 N. 16th Ave.
Ste. C
YAKIMA, WA 98902-7106