UNITED STATES BANKRUPTCY COURT

DISTRICT OF MONTANA

| | |
|---|---|
| In re:<br><br>Roman Catholic Bishop of Great Falls Montana,<br>a Montana Religious Corporate Sole<br>(Diocese of Great Falls),<br><br>Debtor-in-Possession | Case No. 17-60271<br><br>Chapter 11 |

## ORDER

Upon the Stipulation of the Debtor, Roman Catholic Bishop of Great Falls, Montana, a Montana Religious Corporate Sole, The Unsecured Creditors Committee and U.S. Bank National Association, filed on July 20, 2017, at Docket #155, and for good cause shown,

IT IS HEREBY ORDERED that the terms and conditions of the Stipulation for Future Draw Request #3 in the amount of $850,000.00 Among U.S. Bank National Association, The Unsecured Creditors Committee and Debtor (Stipulation) are APPROVED.

Dated:  August 14, 2017

_____
Honorable Jim D. Pappas
United States Bankruptcy Judge

1