James I. Stang (CA State Bar #94435
Kenneth H. Brown (CA Bar #100396)
Ilan D. Scharf (NY State Bar #4042107)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, CA 90067
Phone: (310) 277-6910
Fax: (310) 201-0760
Email: jstang@pszjlaw.com
       kbrown@pszjlaw.com
       ischarf@pszjlaw.com

Attorneys to Committee of Unsecured Creditors

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MONTANA**

| | |
|---|---|
| In re: | ) Chapter 11 |
| Roman Catholic Bishop of Great Falls, Montana, a Montana Religious Corporation Sole (Diocese of Great Falls - Billings), | ) Bankruptcy Case No. 17-60271-JDP |
| Debtor-in-Possession. | ) |

**MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR EXCLUSIVE AND IRREVOCABLE AUTHORITY TO COMMENCE, PROSECUTE AND SETTLE LITIGATION ON BEHALF OF BANKRUPTCY ESTATE AGAINST DIOCESE AFFILIATED ENTITIES, AND NOTICE AND RIGHT TO OBJECT**

The Official Committee of Unsecured Creditors (the "***Committee***") for the Roman Catholic Bishop of Great Falls, Montana, a Montana Religious Corporation Sole (the "***DGFM***" or the "***Debtor***"), hereby moves (the "***Motion***") for the exclusive and irrevocable authority to commence, prosecute, and settle adversary proceedings under Bankruptcy Code §§ 544, 547, 548, 549 and 550 ("***Avoidance Actions***") against parishes ("***Parishes")*** and other entities and

affiliates of the DGFM ("***Diocese Affiliated Entities***"). Filed concurrently is the Declaration of Kenneth H. Brown in support of this Motion, and the Committee's memorandum in support of the Motion.

1. The Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334. The Motion is a "core" proceeding pursuant to 28 U.S.C. § 157(b)(2) over which the Court has authority to enter a final order. The statutory predicates for the relief requested in this Motion include Bankruptcy Code §§ 105 and 363. Venue in this Court is proper under 28 U.S.C. §§ 1408 and 1409.

2. The motion is based on to §§ 105, 363, 1103 and 1109 of the Bankruptcy Code. By the Motion, Committee requests standing to commence prosecution of the estate's claims for Relief substantially as set forth in the draft complaint attached to the memorandum as Exhibit A and as may be subsequently amended.

3. Further general background about the grounds for the Motion is set forth in the memorandum of points and authorities in support of the Motion.

Date: November 2, 2017     By    */s/ James I Stang*
                                                     James I. Stang (CA Bar No. 94435)
                                                     Kenneth H. Brown (CA Bar No. 100396)
                                                     Ilan D. Scharf (NY State Bar #4042107)

## NOTICE OF OPPORTUNITY TO RESPONDAND REQUEST A HEARING

**If you object to the relief in this motion or wish the Court reconsider its Order, you must file a written responsive pleading and request a hearing within fourteen (14) days of the date of the motion. The responding party shall schedule a hearing on the motion at least twenty-one (21) days after the date of the response and request for hearing and shall include in the caption of the responsive pleading in bold and conspicuous print the date, time and location of the hearing by inserting in the caption the following:**

**NOTICE OF HEARING**
**Date:** _____
**Time:** _____
**Location:** _____

**If no objections are timely filed, the Court may grant the relief requested as a failure to respond by any entity shall be deemed an admission that the relief requested should be granted.**

Date: November 2, 2017        By    */s/ James I Stang*
                                    James I. Stang (CA Bar No. 94435)
                                    Kenneth H. Brown (CA Bar No. 100396)
                                    Ilan D. Scharf (NY State Bar #4042107)

**MOTION RE EXCLUSIVE AND IRREVOCABLE AUTHORITY TO COMMENCE, PROSECUTE AND SETTLE LITIGATION ON BEHALF OF BANKRUPTCY ESTATE**