Ford Elsaesser, ISB #2205
Bruce A. Anderson, ISB #3392
ELSAESSER ANDERSON, CHTD.
Attorneys at Law
320 East Neider Avenue, Suite 102
Coeur d'Alene, ID 83815
Tel: (208) 667-2900
Fax: (208) 667-2150
Email felsaesser@eaidaho.com
banderson@eaidaho.com

Attorneys for Debtor-in-Possession

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| In re:<br><br>Roman Catholic Bishop of Great Falls, Montana,<br>a Montana Religious Corporate Sole<br>(Diocese of Great Falls),<br><br>Debtor-In-Possession. | Case No. 17-60271<br><br>Chapter 11 |

## NOTICE OF WITHDRAWAL OF MOTION FOR AUTHORIZATION TO SELL REAL PROPERTY (VILLA APARTMENTS) (DOCKET #160)

COMES NOW, the Roman Catholic Bishop of Great Falls, the Debtor-in-Possession, by and through its attorneys and gives notice of withdrawal of Motion for Authorization to Sell Real Property (Villa Apartments) [Docket #160] Debtor-in-Possession and Buyer have mutually terminated the Agreement to Sell and Purchase.

DATED this 6th day of December, 2017.

ELSAESSER ANDERSON, CHTD.

/s/ Bruce A. Anderson
Bruce A. Anderson
Attorneys for Debtor-In-Possession

NOTICE OF WITHDRAWAL OF MOTION
FOR AUTHORIZATION TO SELL REAL PROPERTY
(VILLA APARTMENTS) - 1

## CERTIFICATE OF SERVICE

I, Bruce A. Anderson, declare as follows:

I am employed by Elsaesser Anderson, Chtd., Coeur d'Alene, Idaho; I am over the age of eighteen years and not a party to this action; the firm's business address is 320 East Neider Avenue, Suite 102, Coeur d'Alene, Idaho 83815.

I certify that on December 6, 2017, I served the foregoing document on all ECF participants as indicated on the Court's ECF system.

Additionally, by regular first class mail, I mailed a copy to the parties on the attached MML, and to confidential claimant C.E.

I swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: December 6th, 2017          /s/ Bruce A. Anderson
                                    Bruce A. Anderson

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0977-2<br>Case 17-60271-JDP<br>U.S. Bankruptcy Court, District of Montana<br>Butte<br>Wed Dec  6 09:34:06 MST 2017 | Oblates Fathers Western Province, Inc.<br>391 Michigan Ave. N.E.<br>Washington, D.C 20017-1587 | PACHULSKI STANG ZIEHL & JONES LLP<br>10100 Santa Monica Blvd.<br>#1300<br>Los Angeles, CA 90067-4114 |
| ROMAN CATHOLIC BISHOP OF GREAT FALLS, MONTAN<br>P.O. BOX 1399<br>GREAT FALLS, MT 59403-1399 | U.S. Province of the Missionary Oblates of M<br>391 Michigan Ave. N.E.<br>Washington, D.C 20017-1516 | U.S. Bankruptcy Court, District of MT<br>Room 263 Federal Building<br>400 North Main<br>Butte, MT 59701-8866 |
| 34 Abuse Claimants 'Doe Group'<br>Bryan Smith and Vito de la Cruz<br>Tamaki Law Offices<br>1340 N. 16th Avenue, Suite C<br>Yakima, WA 98902-7106 | 38 Abuse Claimants 'Becker Group'<br>Timothy Kosnoff, Kosnoff Law<br>Metro Office Park, Metro Park 7<br>Street 1, Suite 204 Guyanabo<br>San Juan, PR 00968 | ABUSE SURVIVORS<br>DATSOPOULOS, MACDONALD & LIND<br>201 W MAIN ST STE 201<br>MISSOULA MT 59802-4326 |
| Anderson Family Pharmacy<br>2828 10th Ave S<br>Great Falls, MT 59405-3241 | Arkadin, Inc.<br>Attn: Tonya Booth<br>1501 E Woodfield Rd, 400E<br>Schaumburg, IL 60173-6047 | Billings Construction Supply<br>5514 King Ave E<br>Billings, MT 59101-4641 |
| Billings Gazette Communications<br>PO Box 31238<br>Billings, MT 59107-1238 | Blessed Kateri Tekakwitha<br>PO Box 509<br>Lodge Grass, MT 59050-0509 | Blessed Sacrament Parish<br>630 Cheyenne Ave<br>Lame Deer, MT 59043 |
| Bruce A. Anderson<br>Elsaesser Jarzabek Anderson Elliott & Ma<br>320 East Neider Avenue<br>Suite 102<br>Coeur D Alene, ID 83815-6007 | CENTURYLINK COMMUNICATIONS LLC<br>931 14TH ST STE 900<br>DENVER CO 80202-2994 | Career Quest<br>724 1st Ave S<br>Great Falls, MT 59401-3702 |
| Carquest Auto Parts<br>PO Box 404875<br>Atlanta, GA  30384-4875 | Catholic Foundation of Eastern MT<br>P.O. Box 1345<br>Great Falls, MT 59403-1345 | Catholic Management Services<br>4457 Willow Road<br>Suite 100<br>Pleasanton, CA 94588-8554 |
| Century Link<br>PO Box 91155<br>Seattle, WA 98111-9255 | Christ the King<br>13268 S 5TH St<br>Busby, MT 59016 | Christian Brothers Retirement Savings<br>1205 Windham Parkway<br>Romeoville, IL 60446-1672 |
| Christina Cowick<br>4432 6th Ave S<br>Great Falls, MT 59405-3736 | City of Great Falls<br>Utility Billing Department<br>PO Box 5021<br>Great Falls, MT 59403-5021 | Corpus Christi Church<br>Rev. Ryan Erlenbush<br>410 22nd Ave NE<br>Great Falls, MT 59404-1513 |
| Culligan<br>401 Huffman Ave<br>Great Falls, MT 59404-3298 | Daniel Fasy<br>Fasy Law<br>1752 NW Market St, #1502<br>Seattle, WA 98107-5264 | Dex Media<br>PO Box 79167<br>Phoenix, AZ  85062-9167 |

| | | |
|---|---|---|
| Diocese of Helena<br>PO Box 1729<br>Helena, MT 59624-1729 | Energy West<br>PO Box 2229<br>Great Falls, MT  59403-2229 | First Lease, Inc.<br>1 Walnut Grove Dr<br>Suite 300<br>Horsham, PA 19044-2201 |
| Fr. Marcel Vogel<br>1701 26th St S<br>Apt #3<br>Great Falls, MT 59405-5173 | Gagnon's<br>308 9th Ave S<br>Great Falls, MT 59405-4083 | General Unsecured Creditors<br>All in Care-Diocese of Great Falls<br>121 23rd St S<br>Great Falls, MT 59401-3997 |
| Giulia Marie Arcuri<br>224 Diamond Avenue<br>Newport Beach, CA 92662-1116 | Great Falls Tribune<br>PO Box 677334<br>Dallas, TX  75267-7334 | (c)HOLY FAMILY<br>112 1ST AVE<br>GLENTANA MT  59240-9709 |
| (p)HOLY FAMILY<br>ST LEO CHURCH<br>PO BOX 421<br>LEWISTOWN MT 59457-0421 | Holy Spirit Catholic School<br>2820 Central Ave<br>Great Falls, MT 59401-3412 | Holy Spirit Parish<br>Rev. Schlosser and Rev. Wilkins<br>201 44th St S<br>Great Falls, MT 59405-1653 |
| Holy Trinity Church<br>692 Stockett Rd<br>Centerville, MT 59480 | Immaculate Conception Church<br>Rev. William D'Souza<br>1223 16th St<br>Fort Benton, MT 59442 | Immaculate Conception Parish<br>509 N 12th Ave<br>Forsyth, MT 59327 |
| Immaculate Conception Parish<br>PO Box 789<br>Wolf Point, MT 59201-0789 | Innovative Postal Services<br>PO Box 2565<br>Great Falls, MT  59403-2565 | Instrumentalist Awards<br>1838 Techny Court<br>Northbrook, IL 60062-5474 |
| Internal Revenue Service<br>Centralized Insolvency Op.<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Joseph Blumel III<br>Law Offices of Joseph Blumel III<br>4407 N Division Street, Ste 900<br>Spokane, WA 99207-1660 | Jostens<br>21336 Network Place<br>Chicago, IL  60673-1213 |
| KRTV-TV<br>PO Box 2557<br>Billings, MT 59103-2557 | Kay Walters<br>4142 5th Ave S<br>Great Falls, MT 59405-3724 | Knife River<br>PO Box 80066<br>Billings, MT 59108-0066 |
| Lee James and Craig Vernon<br>James, Vernon and Weeks<br>1626 Lincoln Way<br>Coeur D Alene, ID 83814-2459 | Lone Pony Web and Management<br>Tia Renee Buzzard<br>2932B Highway 153<br>Twisp, WA 98856-9725 | Marlin Leasing Corporation<br>300 Fellowship Rd<br>Mount Laurel, NJ 08054-1727 |
| Mary Queen of Peace<br>3411 S 34th St<br>Billings, MT 59101 | Meadow Gold Dairies<br>PO Box 710966<br>Denver, CO  80271-0966 | Memorial Monuments and Vaults<br>598 West Franklin<br>Meridian, ID 83642-2825 |

| | | |
|---|---|---|
| MetLife<br>PO Box 803323<br>Kansas City, MO  64180-3323 | Metropolitan Utilities District<br>PO Box 3600<br>Omaha, NE  68103-0600 | Milt Datsopoulos and Molly Howard<br>Datsopoulos, MacDonald & Lind<br>201 W Main ST STE 201<br>Missoula MT 59802-4326 |
| Montana Department of Labor<br>Unemployment Division<br>PO Box 6339<br>Helena, MT  59604-6339 | Montana Dept. of Public Health<br>Laboratory Services Bureau<br>PO Box 4369<br>Helena, MT  59604-4369 | Montana Dept. of Revenue<br>PO Box 7701<br>Helena, MT  59604-7701 |
| Montana State Fund<br>P.O. Box 4759<br>Helena, MT 59604-4759 | Montana State Fund<br>PO Box 31477<br>Billings, MT  59107-1477 | Montana Waste Systems<br>PO Box 2645<br>Great Falls, MT 59403-2645 |
| Montana-Dakota Utilities<br>PO Box 5600<br>Bismark, ND  58506-5600 | Most Rev. Anthony M. Milone<br>7323 Shirley Street, Apt. 209<br>Omaha, NE 68124-1739 | Mountain View Co-Op<br>PO Box 1299<br>Great Falls, MT  59403-1299 |
| NORTHWESTERN ENERGY<br>11 E PARK ST<br>BUTTE, MT 59701-1711 | National Laundry<br>700 Crescent Dr<br>Great Falls, MT 59404-3210 | NorthWestern Energy<br>40 E Broadway<br>Butte, MT 59707-9394 |
| OFFICE OF THE U.S. TRUSTEE<br>U.S. TRUSTEE'S OFFICE<br>LIBERTY CENTER SUITE 204<br>301 CENTRAL AVE<br>GREAT FALLS, MT 59401-3113 | Omaha Public Power Dist.<br>PO Box 3995<br>Omaha, NE  68103-0995 | One License.net<br>7343 South Mason Ave<br>Chicago, IL 60638-6274 |
| Our Lady Of Mercy Mission<br>121 6th Ave W<br>Melstone, MT 59054 | Our Lady of Loretto Parish<br>11723 E Helen St<br>Lodge Grass, MT 59050 | Our Lady of Lourdes<br>409 13th St S<br>Great Falls, MT 59405-2398 |
| Our Lady of Lourdes Parish<br>105 F St W<br>Poplar, MT 59255 | Our Lady of Ransom<br>PO Box 647<br>Chester, MT 59522-0647 | Pharmacy 1<br>2900 12th Ave N<br>Billings, MT 59101-7503 |
| Public Works Utilities<br>PO Box 30958<br>Billings, MT 59107-0958 | QWEST CORPORATION DBA CENTURYLINK<br>931 14ST ST STE 900<br>DENVER CO 80202-2994 | Queen of the Angels<br>PO Box 471<br>Glasgow, MT 59230-0471 |
| Quill Corporation<br>PO Box 37600<br>Philadelphia, PA  19101-0600 | Red's Fixit Shop<br>PO Box 20782<br>Billings, MT 59104-0782 | Republic Service<br>PO Box 78829<br>Phoenix, AZ  85062-8829 |

| | | |
|---|---|---|
| Rev. Anthony J. Schuster<br>c/o Joe and Stevi Schuster<br>2002 Wyndham Park Dr<br>Billings, MT 59102-8116 | Rev. Charles Gorman<br>2351 Solomon Ave, Apt 157<br>Billings, MT 59102-2885 | Rev. Daniel O'Rourke<br>1701 26th St S, Apt 2<br>Great Falls, MT 59405-5173 |
| Rev. James E. Birkmaier<br>The Lodge<br>1801 9th St S, Apt 225<br>Great Falls, MT 59405-5616 | Rev. James M. Sikora<br>1915 13th Ave S<br>Great Falls, MT 59405-4810 | Rev. Jerry Connolly<br>PO Box 456<br>Joliet, MT 59041-0456 |
| Rev. John J. Houlihan<br>2003 Woody Dr, Apt 4<br>Billings, MT 59102-2891 | Rev. John P. Krier<br>PO Box 449<br>Air Way Heights, WA 99001-0449 | Rev. Lothar Krauth<br>3724 8th Ave N<br>Great Falls, MT 59401-2229 |
| Rev. Marcel Vogel<br>1701 26th St S, Apt. 3<br>Great Falls, MT 59405-5173 | Rev. Peter E. Guthneck<br>St Mary Church<br>PO Box 3009<br>Box Elder, MT 59521-3009 | Rev. Richard J. Hopkins<br>Mother of Confidence Church<br>3131 Governor Dr<br>San Diego, CA 92122-2229 |
| Rev. Richard Osterman<br>PO Box 2011<br>Red Lodge, MT 59068-2011 | Rev. Robert D. Grosch<br>St Patrick Co-Cathedral<br>215 N 31st St<br>Billings, MT 59101-1908 | Rev. Ted Szudera<br>PO Box 6507<br>Great Falls, MT 59406-6507 |
| Rev. Terrence P. Regan<br>PO Box 25<br>Great Falls, MT 59403-0025 | Rev. Thomas C. Harney<br>1440 Granite Ave, Apt B<br>Billings, MT 59102-0716 | Rev. Thomas M. Beggin<br>1631 41st St W<br>Billings, MT 59106-1742 |
| Rev. Thomas Tobin<br>PO Box 407<br>Ekalaka, MT 59324-0407 | Rev. William Cawley<br>1701 26th St S, Apt 4<br>Great Falls, MT 59405-5173 | Rev. William Hogan<br>The Lodge<br>1801 9th St S, Apt 116<br>Great Falls, MT 59405-5613 |
| SAINT LOUIS CONSULTATION CENTER<br>AKA SAINT LUKE CONSULTATION CENTER<br>8901 NEW HAMPSHIRE AVE<br>SILVER SPRING MD 20903-3611 | SS Cyril and Methodius<br>C/O ST BERNARD<br>226 WICKS LANE<br>BILLINGS MT 59105-3725 | Sacred Heart<br>P.O. Box 236<br>Fort Belknap, MT 59526-0236 |
| Sacred Heart Church<br>PO Box 647<br>Chester, MT 59522-0647 | Sacred Heart Mission<br>100 2nd Ave E<br>Hobson, MT 59452 | Sacred Heart Mission<br>201 44th St S<br>Great Falls, MT 59405-1653 |
| Sacred Heart Mission<br>225 2nd Ave E<br>Dodson, MT 59524 | Sacred Heart Mission<br>314 Clinton St<br>Bainville, MT 59212 | Sacred Heart Parish<br>PO Box 36<br>Glendive, MT 59330-0036 |

| | | |
|---|---|---|
| Sacred Heart Parish<br>Rev. Francis Schreiber<br>316 W Benham St<br>Glendive, MT 59330-1705 | Sacred Heart Parish<br>Rev. Masilamani Suvakkin<br>PO Box 309<br>Bridger, MT 59014-0309 | Sacred Heart Parish<br>Rev. Robert Oswald<br>120 N Montana Ave<br>Miles City, MT 59301-3510 |
| Schiff Harden<br>Everett Cygal<br>233 South Wacker, Ste. 6600<br>Chicago, IL 60606-6360 | Screening One, Inc.<br>PO Box 749363<br>Los Angeles, CA  90074-9363 | Snyder Drug<br>2515 6th Ave N<br>Great Falls, MT 59401-1996 |
| St Aloysius Parish<br>112 W Main St<br>Winnett, MT 59087 | St David Parish<br>225 N Wilber St<br>Broadus, MT 59317 | St Francis De Sales Mission<br>301 S Main St<br>Richey, MT 59259 |
| St Francis Of Assisi Parish<br>500 Wilson Ave<br>Saco, MT 59261 | St John The Evangelist Parish<br>210 W Center Ave<br>Baker, MT 59313-9137 | St Margaret Parish<br>623 Brewster St<br>Geraldine, MT 59446 |
| St Mary Church<br>Rev. Nelson and Rev. Sticha<br>101 S 7th St W<br>Malta, MT 59538 | St Mathias Parish<br>310 2nd St NE<br>Moore, MT 59464 | St Philip Bonitus Parish<br>404 Timmons St<br>Scobey, MT 59263 |
| St. Agnes Parish<br>1 N Word Ave<br>Red Lodge, MT 59068-9009 | St. Albert<br>304 Minnesota<br>Hinsdale, MT 59241 | St. Ann Cathedral<br>Rev. Oliver Doyle<br>715 3rd Ave N<br>Great Falls, MT 59401-1501 |
| St. Ann Mission<br>102 Shell St<br>Vida, MT 59274 | St. Ann Mission<br>13327 Mt Highway 200<br>Fort Shaw, MT 59443-9409 | St. Anthony Catholic Church<br>235 Main St E<br>Box Elder, MT 59521 |
| St. Anthony Mission<br>1100 Main St<br>Denton, MT 59430 | St. Anthony Parish<br>413 3rd Ave W<br>Culbertson, MT 59218 | St. Anthony Parish<br>Rev. Barton Stevens<br>317 West 7th St<br>Laurel, MT 59044-2054 |
| St. Benedict Church<br>Rev. Douglas Krings<br>503 Main St<br>Roundup, MT 59072-2425 | St. Bernard Mission<br>c/o St. Matthew, Rev. O'Neil<br>219 7th St SE<br>Sidney, MT 59270-5034 | St. Bernard's Parish<br>226 Wicks Lane<br>Billings, MT 59105-3799 |
| St. Catherine Mission<br>317 7th St W<br>Fairview, MT 59221 | St. Charles Borromeo Mission<br>21228 S Pryor Gap Road<br>Pryor, MT 59066 | St. Cyril Parish<br>100 Hill Ave<br>Geyser, MT 59447 |

| | | |
|---|---|---|
| St. Dennis Parish<br>76 Highway 1<br>Crow Agency, MT 59022 | St. Francis Xavier Parish<br>PO Box 160<br>Circle, MT 59215-0160 | St. Gabriel Parish<br>404 8th St W<br>Chinook, MT 59523 |
| St. Honorata Mission<br>22 3rd Ave<br>Musselshell, MT 59059 | St. Joan of Arc Parish<br>100 Church Ave<br>Ekalaka, MT 59324 | St. John Church<br>PO Box 309<br>Bridger, MT 59014-0309 |
| St. John the Baptist<br>412 Leavitt Ave<br>Jordan, MT 59337 | St. Joseph<br>206 Orchard Ave<br>Hysham, MT 59038 | St. Joseph<br>P.O. Box 789<br>Wolf Point, MT 59201-0789 |
| St. Joseph Mission<br>PO Box 309<br>Bridger, MT 59014-0309 | St. Joseph Parish<br>910 McLeod St<br>Big Timber, MT 59011-8097 | St. Joseph Parish<br>Rev. Joseph Ponessa<br>716 N Custer Ave<br>Hardin, MT 59034 |
| St. Joseph Parish<br>Rev. Patrick Zabrocki<br>301 N Main St<br>Plentywood, MT 59254-1649 | St. Jude Thaddeus Parish<br>Rev. Daniel Wathen<br>624 4th St<br>Havre, MT 59501 | St. Labre Parish<br>Tongue River Road<br>Ashland, MT 59003 |
| St. Leo the Great Parish<br>Rev. Samuel Spiering<br>102 W Broadway St<br>Lewistown, MT 59457-1735 | St. Margaret Mary Parish<br>320 Water Ave<br>Colstrip, MT 59323-9685 | St. Margaret Mary Parish<br>400 Johannes<br>Big Sandy, MT 59520 |
| St. Margaret Parish<br>206 1st Ave N<br>Clyde Park, MT 59018 | St. Mark Parish<br>128 Castner St<br>Belt, MT 59412 | St. Mary Catholic Church<br>Rev. Joseph Diekhans<br>11 W Quincy Ave<br>Chester, MT 59522 |
| St. Mary Church<br>212 4th Ave<br>Custer, MT 59024 | St. Mary Church<br>Rev. Leo McDowell<br>511 S F St<br>Livingston, MT 59047-3539 | St. Mary Mission<br>100 Main St<br>Raynesford, MT 59469 |
| St. Mary Parish<br>Rev. Gregory Staudinger<br>P.O. Box 956<br>Columbus, MT 59019-0956 | St. Mathias<br>305 Kemp St<br>Ryegate, MT 59074 | St. Matthew Parish<br>219 7th St SE<br>Sidney, MT 59270-5034 |
| St. Michael<br>307 S Woodard St<br>Absarokee, MT 59001 | St. Michael Mission<br>120 2nd Ave<br>Savage, MT 59262 | St. Patrick<br>401 Main St<br>Medicine Lake, MT 59247 |

| | | |
|---|---|---|
| St. Patrick Co Cathedral<br>215 N 31st<br>Billings, MT 59101-1908 | St. Paul Indian Mission<br>#1 Mission Dr<br>Hays, MT 59527 | St. Peter<br>PO Box 217<br>Wibaux, MT 59353-0217 |
| St. Philip<br>P.O. Box 217<br>Wibaux, MT 59353-0217 | St. Pius X Catholic Church<br>Rev. Wayne Pittard<br>717 18th St W<br>Billings, MT 59102-4001 | St. Raphael Parish<br>Rev. Jose Valliparambil<br>412 3rd Ave N<br>Glasgow, MT 59230-1825 |
| St. Rose of Lima Church<br>Rev. Domenico Pizzonia<br>101 4th St W<br>Stanford, MT 59479 | St. Theresa Mission<br>212 N Main St<br>Lambert, MT 59243 | St. Theresa of the Little Flower<br>16638 Iowa<br>Broadview, MT 59015 |
| St. Thomas Aquinas<br>10610 Wing Rd<br>Hogeland, MT 59529 | St. Thomas Mission<br>201 W Conser Ave<br>Plevna, MT 59344 | St. Thomas Mission<br>PO Box 187<br>Popular, MT 59255-0187 |
| St. Thomas The Apostle<br>Rev. Stephen Zabrocki<br>2055 Woody Dr<br>Billings, MT 59102-2803 | St. Thomas the Apostle<br>210 1st Ave SE<br>Harlem, MT 59526-9024 | St. William Mission<br>P.O. Box 646<br>Livingston, MT 59047-0646 |
| Steven J. Heim<br>U.S. Bank National Association<br>U.S. Bancorp Center<br>800 Nicollet Mall, BC-MN-H21N,<br>Minneapolis, Minnesota 55402-7000 | The Lodge Senior Living Cntr<br>1801 9th St S<br>Great Falls, MT 59405-5608 | The St. Louis Consultation Cntr<br>1750 Brentwood Blvd., Ste 602<br>St. Louis, MO 63144-1342 |
| UI Contributions Bureau<br>PO Box 6339<br>Helena, MT  59604-6339 | US SECURITIES AND EXCHANGE COMMISSION<br>LOS ANGELES REGIONAL OFFICE<br>ATTN SANDRA LAVIGNA<br>444 S FLOWER ST STE 900<br>LOS ANGELES CA 90071-2934 | Universal Athletic Service<br>912 N 7th S Ave<br>Bozeman, MT 59715-2540 |
| Verizon<br>PO Box 660108<br>Dallas, TX 75266-0108 | Very Rev. Jay Peterson<br>1701 26th St S, Apt 1<br>Great Falls, MT 59405-5173 | W. Carl Mendenhall<br>Warden Thane P.C.<br>PO Box 4747<br>Missoula, MT  59806-4747 |
| World Library Publications<br>J.S. Paluch Co., Inc.<br>PO Box 2703<br>Schiller Park, IL 60176-0703 | AARON YORK<br>OFFICE OF THE US TRUSTEE<br>ATTN: LESLIE<br>301 CENTRAL AVENUE STE 204<br>GREAT FALLS, MT 59401-3113 | BONNIE SHUSTER<br>US DEPT OF JUSTICE<br>OFFICE OF THE US TRUSTEE<br>720 EAST PARK BLVD, SUITE 220<br>BOISE, ID 83712-7785 |
| BRUCE A ANDERSON<br>ELSAESSER JARZABEK ANDERSON ELLIOT & MAC<br>320 E NEIDER AVE STE 102<br>COEUR D'ALENE, ID 83815-6007 | BRUCE ALAN ANDERSON<br>ELSAESSER ANDERSON, Chtd.<br>320 East Neider Avenue<br>Suite 102<br>COEUR D'ALENE, ID 83815-6007 | Drew Blewett<br>Hoyt & Blewett PLLC<br>PO Box 2807<br>Great Falls, MT 59403-2807 |

```
FORD ELSAESSER                      FORD ELSAESSER                      GREGORY J HATLEY
PO BOX 2220                         ELSAESSER, JARZABEK, et al.         DAVIS HATLEY HAFFEMAN & TIGHE PC
SANDPOINT, ID 83864-0909            PO BOX 1049                         101 RIVER DRIVE NORTH
                                    SANDPOINT, ID 83864-0855            GREAT FALLS, MT 59401-2599


Gary Dyer W.                        JOSEPH PONESSA                      MAXON R. DAVIS
U.S. Department of Justice          710 NORTH CUSTER AVE                DAVIS, HATLEY, HAFFEMAN & TIGHE, P.C.
Office of the United States Trustee HARDIN, MT 59034-1527               101 RIVER DRIVE NORTH
920 W. Riverside Ave,                                                   GREAT FALLS, MT 59401-2599
Suite 593
Spokane, WA 99201-1012
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Holy Family
530 Main St
Winifred, MT 59489
```

Addresses marked (c) above for the following entity/entities were corrected as required by the USPS Locatable Address Conversion System (LACS).

```
Holy Family
102 1st Ave N
Glentana, MT 59240
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Abuse Survivors                  (u)BERKLEY RESEARCH GROUP           (u)Catholic Mutual Relief Society



(u)HEAD START, INC.                 (u)OFFICIAL COMMITTEE OF UNSECURED CREDITORS   (u)PACHULSKI STANG  ZIEHL & JONES LLP



(u)SS. CYRIL & METHODIUS CHURCH     (d)Catholic Foundation of Eastern MT (u)Oblate Fathers Western Province, Inc.
                                    PO Box 1345
                                    Great Falls, MT 59403-1345
```