Ford Elsaesser, ISB #2205
Bruce A. Anderson, ISB #3392
ELSAESSER ANDERSON, CHTD.
Attorneys at Law
320 East Neider Avenue, Suite 102
Coeur d'Alene, ID 83815
Tel: (208) 667-2900
Fax: (208) 667-2150
Email felsaesser@eaidaho.com
      banderson@eaidaho.com

Attorneys for Debtor-in-Possession

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| In re:<br><br>Roman Catholic Bishop of Great Falls, Montana, a Montana Religious Corporate Sole (Diocese of Great Falls),<br><br>Debtor-in-Possession. | Case No.: 17-60271<br><br>Chapter 11<br><br>**NOTICE OF PRELIMINARY HEARING**<br><br>**Date:  To Be Determined**<br>**Time:**<br>**Location:** |

## DIOCESE OF GREAT FALLS-BILLINGS OBJECTION TO AMENDED JOINT MOTION FOR RELIEF FROM THE AUTOMATIC STAY

The Roman Catholic Bishop of Great Falls, Montana, a Montana Religious Corporate Sole (Diocese of Great Falls-Billings) ("Diocese"), Debtor-in-Possession herein presents its opposition to the Plaintiffs' Amended Joint Motion for Relief from the Automatic Stay (Docket No. 266) to prosecute two lawsuits in Montana State Court.

### INTRODUCTION

The Abuse Claimants' request for stay relief to pursue the State Court actions is herein opposed. While this might solve two of the cases, it does not solve the other 84 cases. There is no mechanism proposed, and one cannot propose, to bring those case results back into the bankruptcy with the result being a consensual Chapter 11 Plan of Reorganization. To the

DIOCESE OF GREAT FALLS-BILLINGS
OBJECTION TO AMENDED JOINT MOTION
FOR RELIEF FROM THE AUTOMATIC STAY - 1

contrary, Debtor will be forced to wait out the litigation, and its unknown result for what is likely several months, and possibly years. In the interim, valuable estate assets will be depleted for administrative expenses. Those assets could be used for a settlement now.

Under the Claimants' scheme, the Debtor could be exposed to liabilities in excess of insurance coverage limits. There is no mechanism to ensure that the proposed process to try these claims will result in settlement; but it is certain that the Debtor would be exposed to millions of dollars of liability. Accordingly, the Court should not grant Claimants' motions to lift the stay.

## ARGUMENT

### Stay Relief Does not Assist in Making Substantial Progress Towards a Consensual Plan

The Claimants, supported by the Committee, request stay relief to litigate two insured claims, out of 22 insured, and 86 total claims, to conclusion. What happens after that, is for the most part, unknown. This is certainly not a mainstream process in that most bankruptcy cases involving stay relief to litigate claims, contemplate a situation where all claims are resolved, not just two out of 86, as in the instant case.

The Committee cites to ten of the twelve *Curtis* factors in support of the Motions for Stay Relief. *In re Curtis,* 40 B.R. 795, 799-800 (Bankr. D. Utah 1984)[1]. However, not all of the twelve *Curtis* factors are relevant in every case, "[n]or is a court required to give each of the *Curtis* factors equal weight in making its determination." *In re Plumberex Specialty Products, Inc.,* 311 B.R. 551, 560 (Bankr. C.D. Cal. 2004). Debtor will discuss what it believes are the

---

[1] The twelve factors cited in *Curtis* are not the exclusive factors used within the Ninth Circuit. As an example, the three factors in *In re Pro Football Weekly,* 60 B.R. 824, 826 (N.D. Ill. 1986) have been used or considered, i.e., *In re Quintrall,* 2007 WL 7540996, at Page 4 (9th Cir. BAP July 5, 2007), discussing the *Pro Football Weekly* factors as well as the seven factors set forth in *In re America West Airlines,* 148 B.R. 920, 923 (Bankr. D. Ariz. 1993). In *In re Santa Clara County Fair Association, Inc.,* 180 B.R. 564, 567 (9th Cir. BAP 1995), the nine factors in *America West* were discussed.

DIOCESE OF GREAT FALLS-BILLINGS
OBJECTION TO AMENDED JOINT MOTION
FOR RELIEF FROM THE AUTOMATIC STAY - 2

most important factors to this case. The Court stated in *In re Kronemyer*, 405 B.R. 915, 921 (9th Cir. BAP 2009), "[w]hat constitutes 'cause' for granting relief from the automatic stay is decided on a case-by-case basis." *See,* also *In re Pederson*, 563, B.R. 327, 334 (Bankr. D. Mont. 2017), and *In re Reisbeck*, 505 B.R. 546, 552 (Bankr. D. Mont. 2014).

Further, when weighing the *Curtis* factors to grant relief from stay to permit pending State Court litigation to proceed, the factors are not given equal weight. "The bankruptcy court must balance the potential hardship that will be incurred by the party seeking relief if the stay is not lifted against the potential prejudice to the debtor and the bankruptcy estate." *Green v. Brotman Med. Ctr., Inc.*, 2008 WL 8444797, at Page 6 (9th Cir. BAP August 15, 2008), citing *In re United Imports, Inc.*, 203 B.R. 162, 166 (Bankr. D. Neb. 1996).

The first *Curtis* factor, whether the relief will result in a partial or complete resolution of the issues, is critical. Claimants here propose litigation of two cases to conclusion in State Court, and stopping at that point. There is no explained mechanism or formula as to how to this process is going to advance the presentation of a consensual Plan of Reorganization. There are many variables at play. First and foremost, if the State Court actions were litigated to judgment, how then would those judgments be used to promote a consensual Plan of Reorganization? It appears the Claimants' goals are to use such judgments to apply pressure, or for leverage, to cause the Debtor and its insurance carrier to settle. However, that goal is replete with variables. Some of these variables are set forth in the following points:

- This procedure does not consider the potential for an appeal in the State Court action(s).
- The State Court actions are fact intensive and differ from the remaining 84 claims.
- This procedure does not consider the fact that the parties could settle one or both of the State Court action(s).

- There is no bankruptcy mechanism for formalizing any State Court judgments to be precedential as to the remaining 84 claims in the bankruptcy case.

- There is no certainty that the State Court Judge will agree to try, what is in reality, an advisory opinion.

- The bankruptcy estate will be depleted, while the State Court litigation is proceeding.

And the list goes on. The fact remains there is no consensual Plan of Reorganization, or for that matter, even a consensual procedure for bringing any State Court judgments back into the bankruptcy case, which would result in a consensual Plan of Reorganization. The Committee's and the Claimants' undefined process of determining two discrete and fact intensive State Court claims, and having them used to somehow determine the value for the remaining 84 claims, is not agreed to by the Debtor.[2]

This first element of the *Curtis* factors should be given the most weight, and in Debtor's opinion is dispositive of the question of whether or not stay relief should be granted. The Committee, admittedly, provides no definition whatsoever of how reducing these claims to judgment will cause a partial or complete resolution of the issues. "The automatic stay should be lifted because allowing the Plaintiffs' State Court Cases to proceed *will help the dispute* over the value of a Sexual Abuse Claim." (emphasis added) (Committee's Memorandum of Law, Docket No. 261-1, at Page 7).

Another factor discussed is whether the litigation in another forum would prejudice the interest of other creditors, the Creditors' Committee, and other interested parties. This is factor number 7 of the *Curtis* factors. Given the unknown and uncertain reaction of the two Claimants as to the judgment results, i.e., whether they are going to pursue such judgment as their own, or

---

[2] A review of the eighty-six (86) filed proof of claims reveals that each is unique as to frequency, type and severity of the abuse, which would have occurred for the most part at the hands of different abusers, at different locations, under different circumstances with varying impact on the victims.

DIOCESE OF GREAT FALLS-BILLINGS
OBJECTION TO AMENDED JOINT MOTION
FOR RELIEF FROM THE AUTOMATIC STAY - 4

allow the judgment, and any insurance proceeds or contribution by Debtor's estate, to be "kicked in" to a pot for all 86 Claimants. It would seem that the two litigating Claimants could certainly prejudice the other Claimants by effectively taking a larger share of the estate and insurance proceeds towards their respective claims. There is a potential here that the remaining 84 Claimants, more particularly those whose claims are not covered by insurance, will be harmed by this litigation and its potential outcomes. This would weigh in opposition to the Court granting stay relief. *See* generally, *In re Baleine, LP*, 2015 WL 5979948, at Page 10 (C.D. Cal. October 13, 2015), and *In re Sunland Inc.*, 508 B.R. 739, 743-744 (Bankr. D. N.M. 2014).

Factor number 11, whether the foreign proceedings have progressed to the point where the parties are prepared for trial, is also important. Admittedly, these parties are not ready for trial. "But there remains some additional discovery that the parties undoubtedly will conduct. . . . There may be motions to compel certain redacted information not produced by the Diocese that still need to occur." (Fasy Declaration, Docket No. 266-3, at paragraphs 4 and 6.) "However, there remains some additional discovery that the parties undoubtedly will conduct. . . . Upon completing some additional discovery, the case is ready for trial." (de la Cruz Declaration, Docket No. 266-1, at paragraph 5.) It is difficult to correctly project how long it would take to finish discovery, complete all pretrial motions and other processes required by the State Court, and conduct and conclude the two trials. However, it would be a fair statement to say that the foreign proceedings have not yet progressed to the point where the parties are presently prepared for trial, given the admissions made in the Declarations. *Curtis* factor number 11 is not met.

Moreover, there are practical logistical problems which are likely to result in further delay. Prior to the Diocese having filed its Chapter 11 petition, these abuse claims, all of which were pending in the Montana Eighth Judicial District Court in Cascade County (Great Falls), had been

assigned to a Lake County, Montana, judge, the Hon. Kim Christopher, after the voluntary recusal of all of the 8th Judicial District judges. Judge Christopher will need to find a significant block of time to absent herself from her own busy docket in Lake County to come over to Great Falls to try these cases at the Cascade County Courthouse, where there are only three courtrooms being shared by four Great Falls judges, each with his/her own sizeable docket. When counsel for the Diocese and the claimants met with Judge Christopher in August, 2016, in an attempt to schedule trials, the earliest date that was then agreed to was July, 2017, and the availability of a courtroom in Great Falls for the July date was unknown.

Factor number 12 considers the impact of the stay on the parties and the "balance of hurt." The Claimants' proposed process is to prosecute the two State Court actions to judgment. Once concluded, and as discussed before, there is no mechanism for bringing that judgment for the insurance back into the bankruptcy estate. It is unclear as to whether or not the insurance proceeds are property of the estate. *See, In re Endoscopy Center of Southern Nevada, LLC*, 451 B.R. 527, 542-547 (D. Nev. 2011). What is clear is that Claimants do not limit their claim to insurance proceeds. If stay relief is granted in this case, the bankruptcy estate will suffer great prejudice from having the action proceed in State Court, as the enforcement of any judgment will not be limited to insurance coverage and non-estate assets.

Again, the stay relief considered here does not remove the claim from the bankruptcy case, nor insulate the Debtor by confining any potential judgment to insurance proceeds only, as is done in the classic sense. Debtor argues that the potential of an excess judgment is very real harm and should weigh in opposition to the Motions for Stay Relief. In *In re Turner*, 55 B.R. 498, (Bankr. N.D. Ohio 1985), the Court found there was no prejudice to the debtor on granting stay to prosecute RICO claims "Where the claim is one covered by insurance or indemnity, continuation

of the action should be permitted since hardship to the debtor is likely to be outweighed by hardship to the plaintiff." *Turner,* citing *2 Collier On Bankruptcy*, paragraph 362.07 [3] (15th Ed. 1985). *See,* also *Foust v. Munson S.S. Lines,* 299 U.S. 77, 87 (1936), (no harm where the plaintiff was entitled to maintain an action against the insurer for the amount of his judgment but not exceeding the amount of insurer's liability to the debtor under the policy.) *In the matter of Fernstrom Storage and Van Co.,* 938 F.2d 731, 736, (7th Cir. 1991) ("[W]e agree with the conclusion these cases reach: debtors-defendants suffer little prejudice when they are sued by plaintiffs who seek nothing more than declarations of liability that can serve as a predicate for recovery against insurers, sureties, or guarantors.") *Noli v. C.I.R.,* 860 F.2d 1526 (9th Cir. 1988) (stay lift allowed for tax court case to proceed to judgment, but collection not allowed, deemed not to affect the estate); and *In re Downey Financial Corp.,* 428 B.R. 595, 609-610 (Bankr. D. Del. 2010) (stay lift deemed of no harm to debtor when policy provided coverage for up to $10 million of coverage, while the claim was to collect only $880,000.00). In the case of *In re Advanced Med. Spa Inc.,* 2016 WL 6958130, at Page 4 (9th Cir. BAP November 28, 2016), the Court stated, "Lapierre represented in her motion that she only sought relief from stay for the purpose of collecting whatever insurance proceeds were available. . . Our holding is consistent with legislative comments . . . To permit proceedings to continue in their place of origin **when no great prejudice to the bankruptcy estate would result, in order to lead the parties to their chosen forum and relieve the bankruptcy court from the many duties that may be handled elsewhere.**" *Advanced Med.,* citing *H.R. Rep.* 95-595, 341, as reprinted in 1978 U.S.C.C.A.N., 5963, 6297 (emphasis in original). The converse certainly should hold true here; if the litigation and any associated judgment is not limited to insurance proceeds, there certainly is prejudice and

harm that will be brought against the estate and the Debtor if the stay relief is allowed to go forward, and the case is tried to conclusion.

**If Stay Lift is Granted, any Recovery Should be Limited to Insurance Proceeds**

Standard practice in Montana is to limit stay relief actions to insurance recovery. "In this Court, motions to modify stay seeking relief limited to insurance coverage routinely are granted, with the relief usually limited to the extent of insurance coverage, as *Les Meister* requests, and the moving party often is required to return to court after obtaining a judgment to request further relief." *In re Cini*, 2012 WL 2374224, at Page 8 (Bankr. D. Mont. June 22, 2012). *See, also In re Miller*, 228 B.R. 203, 206-207 (N.D. Ill. 1999) (enforcing prior order limited stay relief to the extent of insurance coverage), *In re Fernstrom Storage and Van Co.*, 100 B.R. 1017, 1024 (Bankr. N.D. Ill. 1989). Given the earlier arguments, and more specifically those relating to harm and prejudice, if this Court determines that granting stay relief is appropriate, it should be conditioned on limiting any relief to the available insurance proceeds.

The Committee argues that Catholic Mutual does not have standing to direct the Debtor regarding stay relief. The Debtor, and the Committee on behalf of the Claimants, have generally discussed stipulating for stay relief, or that the Debtor may not oppose stay relief, but no stipulation or agreement has been put forth in that is satisfactory to the Debtor. The Debtor is well aware that the insurance policies constitute a large major asset of the bankruptcy estate. Ultimately, a consensual Plan of Reorganization with contributions from the Debtor, Catholic Mutual, and agreement with the Committee and the Plaintiffs' groups is the goal here.

The Debtor, among other things, as insurance certificate holder is contractually bound to: 1) cooperate with Catholic Mutual and, upon Catholic Mutual's request, assist in making settlements in conduct of suits and enforcing any right of contribution or indemnity against any

person or organization who may be liable to the named entities; 2) attend trials and hearings and assist in the securing in giving evidence in obtaining the attendance of witnesses; and 3) not, except at its own cost, voluntarily make any payment, assume any obligation or incur any expense other than for first aid to others at the time of the accident.

Given these duties of cooperation, and Catholic Mutual's right to control defense and settlement of these claims, Catholic Mutual has asserted that the Debtor should not enter into any negotiations or execute any agreement or stipulation with the Committee or Claimants' counsel, including agreeing to stay relief, without advance approval and consent from Catholic Mutual. Debtor understands that any actions or inactions taken that contravene Catholic Mutual's rights, or breach of any duties owed Catholic Mutual may jeopardize coverage. Without an agreement that does not place Debtor at odds with its insurer, Debtor cannot stipulate to or not oppose the stay relief motions proposed here. This decision is in the best interest of the bankruptcy estate.

## CONCLUSION

For the reasons set forth herein, the Debtor, Diocese of Great Falls-Billings, opposes stay relief as requested for the two Claimants' State Court actions, as the request is now styled.

RESPECTFULLY SUBMITTED this 26th day of January, 2018.

ELSAESSER ANDERSON, CHTD.

*/s/ Bruce A. Anderson*
Ford Elsaesser
Bruce A. Anderson
Attorneys for Debtor-in-Possession

## CERTIFICATE OF SERVICE

I, Bruce A. Anderson, declare as follows:

I am employed by Elsaesser Anderson, Chtd., Coeur d'Alene, Idaho; I am over the age of eighteen years and not a party to this action; the firm's business address is 320 East Neider Avenue, Suite 102, Coeur d'Alene, Idaho 83815.

I certify that on January 26, 2018, I served the foregoing document on all ECF participants as indicated on the Court's ECF system.

Additionally, by regular first class mail, I mailed a copy to the parties on the attached MML, and to and to confidential claimant C.E.

I swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.


Dated: January 26, 2018              /s/ Bruce A. Anderson
                                     Bruce A. Anderson

Label Matrix for local noticing
0977-2
Case 17-60271-JDP
U.S. Bankruptcy Court, District of Montana
Butte
Thu Jan 25 16:26:36 MST 2018

Oblates Fathers Western Province, Inc.
391 Michigan Ave. N.E.
Washington, D.C 20017-1587

PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd.
#1300
Los Angeles, CA 90067-4114

ROMAN CATHOLIC BISHOP OF GREAT FALLS, MONTAN
P.O. BOX 1399
GREAT FALLS, MT 59403-1399

U.S. Province of the Missionary Oblates of M
391 Michigan Ave. N.E.
Washington, D.C 20017-1516

U.S. Bankruptcy Court, District of MT
Room 263 Federal Building
400 North Main
Butte, MT 59701-8866

34 Abuse Claimants 'Doe Group'
Bryan Smith and Vito de la Cruz
Tamaki Law Offices
1340 N. 16th Avenue, Suite C
Yakima, WA 98902-7106

38 Abuse Claimants 'Becker Group'
Timothy Kosnoff, Kosnoff Law
Metro Office Park, Metro Park 7
Street 1, Suite 204 Guyanabo
San Juan, PR 00968

ABUSE SURVIVORS
DATSOPOULOS, MACDONALD & LIND
201 W MAIN ST STE 201
MISSOULA MT 59802-4326

Anderson Family Pharmacy
2828 10th Ave S
Great Falls, MT 59405-3241

Arkadin, Inc.
Attn: Tonya Booth
1501 E Woodfield Rd, 400E
Schaumburg, IL 60173-6047

Billings Construction Supply
5514 King Ave E
Billings, MT 59101-4641

Billings Gazette Communications
PO Box 31238
Billings, MT 59107-1238

Blessed Kateri Tekakwitha
PO Box 509
Lodge Grass, MT 59050-0509

Blessed Sacrament Parish
630 Cheyenne Ave
Lame Deer, MT 59043

Bruce A. Anderson
Elsaesser Jarzabek Anderson Elliott & Ma
320 East Neider Avenue
Suite 102
Coeur D Alene, ID 83815-6007

CENTURYLINK COMMUNICATIONS LLC
931 14TH ST STE 900
DENVER CO 80202-2994

Career Quest
724 1st Ave S
Great Falls, MT 59401-3702

Carquest Auto Parts
PO Box 404875
Atlanta, GA 30384-4875

Catholic Foundation of Eastern MT
P.O. Box 1345
Great Falls, MT 59403-1345

Catholic Management Services
4457 Willow Road
Suite 100
Pleasanton, CA 94588-8554

Century Link
PO Box 91155
Seattle, WA 98111-9255

Christ the King
13268 S 5TH St
Busby, MT 59016

Christian Brothers Retirement Savings
1205 Windham Parkway
Romeoville, IL 60446-1672

Christina Cowick
4432 6th Ave S
Great Falls, MT 59405-3736

City of Great Falls
Utility Billing Department
PO Box 5021
Great Falls, MT 59403-5021

Corpus Christi Church
Rev. Ryan Erlenbush
410 22nd Ave NE
Great Falls, MT 59404-1513

Culligan
401 Huffman Ave
Great Falls, MT 59404-3298

Daniel Fasy
Fasy Law
1752 NW Market St, #1502
Seattle, WA 98107-5264

Dex Media
PO Box 79167
Phoenix, AZ 85062-9167

Diocese of Helena  
PO Box 1729  
Helena, MT 59624-1729

Energy West  
PO Box 2229  
Great Falls, MT 59403-2229

First Lease, Inc.  
1 Walnut Grove Dr  
Suite 300  
Horsham, PA 19044-2201

Fr. Marcel Vogel  
1701 26th St S  
Apt #3  
Great Falls, MT 59405-5173

Gagnon's  
308 9th Ave S  
Great Falls, MT 59405-4083

General Unsecured Creditors  
All in Care-Diocese of Great Falls  
121 23rd St S  
Great Falls, MT 59401-3997

Giulia Marie Arcuri  
224 Diamond Avenue  
Newport Beach, CA 92662-1116

Great Falls Tribune  
PO Box 677334  
Dallas, TX 75267-7334

(c)HOLY FAMILY  
112 1ST AVE  
GLENTANA MT 59240-9709

(p)HOLY FAMILY  
ST LEO CHURCH  
PO BOX 421  
LEWISTOWN MT 59457-0421

Holy Spirit Catholic School  
2820 Central Ave  
Great Falls, MT 59401-3412

Holy Spirit Parish  
Rev. Schlosser and Rev. Wilkins  
201 44th St S  
Great Falls, MT 59405-1653

Holy Trinity Church  
692 Stockett Rd  
Centerville, MT 59480

Immaculate Conception Church  
Rev. William D'Souza  
1223 16th St  
Fort Benton, MT 59442

Immaculate Conception Parish  
509 N 12th Ave  
Forsyth, MT 59327

Immaculate Conception Parish  
PO Box 789  
Wolf Point, MT 59201-0789

Innovative Postal Services  
PO Box 2565  
Great Falls, MT 59403-2565

Instrumentalist Awards  
1838 Techny Court  
Northbrook, IL 60062-5474

Internal Revenue Service  
Centralized Insolvency Op.  
P.O. Box 7346  
Philadelphia, PA 19101-7346

Joseph Blumel III  
Law Offices of Joseph Blumel III  
4407 N Division Street, Ste 900  
Spokane, WA 99207-1660

Jostens  
21336 Network Place  
Chicago, IL 60673-1213

KRTV-TV  
PO Box 2557  
Billings, MT 59103-2557

Kay Walters  
4142 5th Ave S  
Great Falls, MT 59405-3724

Knife River  
PO Box 80066  
Billings, MT 59108-0066

Lee James and Craig Vernon  
James, Vernon and Weeks  
1626 Lincoln Way  
Coeur D Alene, ID 83814-2459

Lone Pony Web and Management  
Tia Renee Buzzard  
2932B Highway 153  
Twisp, WA 98856-9725

Marlin Leasing Corporation  
300 Fellowship Rd  
Mount Laurel, NJ 08054-1727

Mary Queen of Peace  
3411 S 34th St  
Billings, MT 59101

Meadow Gold Dairies  
PO Box 710966  
Denver, CO 80271-0966

Memorial Monuments and Vaults  
598 West Franklin  
Meridian, ID 83642-2825

MetLife
PO Box 803323
Kansas City, MO  64180-3323

Metropolitan Utilities District
PO Box 3600
Omaha, NE  68103-0600

Milt Datsopoulos and Molly Howard
Datsopoulos, MacDonald & Lind
201 W Main ST STE 201
Missoula, MT 59802-4326

Montana Department of Labor
Unemployment Division
PO Box 6339
Helena, MT  59604-6339

Montana Dept. of Public Health
Laboratory Services Bureau
PO Box 4369
Helena, MT  59604-4369

Montana Dept. of Revenue
PO Box 7701
Helena, MT  59604-7701

Montana State Fund
P.O. Box 4759
Helena, MT 59604-4759

Montana State Fund
PO Box 31477
Billings, MT  59107-1477

Montana Waste Systems
PO Box 2645
Great Falls, MT 59403-2645

Montana-Dakota Utilities
PO Box 5600
Bismark, ND  58506-5600

Most Rev. Anthony M. Milone
7323 Shirley Street, Apt. 209
Omaha, NE 68124-1739

Mountain View Co-Op
PO Box 1299
Great Falls, MT  59403-1299

NORTHWESTERN ENERGY
11 E PARK ST
BUTTE, MT 59701-1711

National Laundry
700 Crescent Dr
Great Falls, MT 59404-3210

NorthWestern Energy
40 E Broadway
Butte, MT 59707-9394

OFFICE OF THE U.S. TRUSTEE
U.S. TRUSTEE'S OFFICE
LIBERTY CENTER SUITE 204
301 CENTRAL AVE
GREAT FALLS, MT 59401-3113

Omaha Public Power Dist.
PO Box 3995
Omaha, NE  68103-0995

One License.net
7343 South Mason Ave
Chicago, IL 60638-6274

Our Lady Of Mercy Mission
121 6th Ave W
Melstone, MT 59054

Our Lady of Loretto Parish
11723 E Helen St
Lodge Grass, MT 59050

Our Lady of Lourdes
409 13th St S
Great Falls, MT 59405-2398

Our Lady of Lourdes Parish
105 F St W
Poplar, MT 59255

Our Lady of Ransom
PO Box 647
Chester, MT 59522-0647

Pharmacy 1
2900 12th Ave N
Billings, MT 59101-7503

Public Works Utilities
PO Box 30958
Billings, MT 59107-0958

QWEST CORPORATION DBA CENTURYLINK
931 14ST ST STE 900
DENVER CO 80202-2994

Queen of the Angels
PO Box 471
Glasgow, MT 59230-0471

Quill Corporation
PO Box 37600
Philadelphia, PA  19101-0600

Red's Fixit Shop
PO Box 20782
Billings, MT 59104-0782

Republic Service
PO Box 78829
Phoenix, AZ  85062-8829

| | | |
|---|---|---|
| Rev. Anthony J. Schuster<br>c/o Joe and Stevi Schuster<br>2002 Wyndham Park Dr<br>Billings, MT 59102-8116 | Rev. Charles Gorman<br>2351 Solomon Ave, Apt 157<br>Billings, MT 59102-2885 | Rev. Daniel O'Rourke<br>1701 26th St S, Apt 2<br>Great Falls, MT 59405-5173 |
| Rev. James E. Birkmaier<br>The Lodge<br>1801 9th St S, Apt 225<br>Great Falls, MT 59405-5616 | Rev. James M. Sikora<br>1915 13th Ave S<br>Great Falls, MT 59405-4810 | Rev. Jerry Connolly<br>PO Box 456<br>Joliet, MT 59041-0456 |
| Rev. John J. Houlihan<br>2003 Woody Dr, Apt 4<br>Billings, MT 59102-2891 | Rev. John P. Krier<br>PO Box 449<br>Air Way Heights, WA 99001-0449 | Rev. Lothar Krauth<br>3724 8th Ave N<br>Great Falls, MT 59401-2229 |
| Rev. Marcel Vogel<br>1701 26th St S, Apt. 3<br>Great Falls, MT 59405-5173 | Rev. Peter E. Guthneck<br>St Mary Church<br>PO Box 3009<br>Box Elder, MT 59521-3009 | Rev. Richard J. Hopkins<br>Mother of Confidence Church<br>3131 Governor Dr<br>San Diego, CA 92122-2229 |
| Rev. Richard Osterman<br>PO Box 2011<br>Red Lodge, MT 59068-2011 | Rev. Robert D. Grosch<br>St Patrick Co-Cathedral<br>215 N 31st St<br>Billings, MT 59101-1908 | Rev. Ted Szudera<br>PO Box 6507<br>Great Falls, MT 59406-6507 |
| Rev. Terrence P. Regan<br>PO Box 25<br>Great Falls, MT 59403-0025 | Rev. Thomas C. Harney<br>1440 Granite Ave, Apt B<br>Billings, MT 59102-0716 | Rev. Thomas M. Beggin<br>1631 41st St W<br>Billings, MT 59106-1742 |
| Rev. Thomas Tobin<br>PO Box 407<br>Ekalaka, MT 59324-0407 | Rev. William Cawley<br>1701 26th St S, Apt 4<br>Great Falls, MT 59405-5173 | Rev. William Hogan<br>The Lodge<br>1801 9th St S, Apt 116<br>Great Falls, MT 59405-5613 |
| SAINT LOUIS CONSULTATION CENTER<br>AKA SAINT LUKE CONSULTATION CENTER<br>8901 NEW HAMPSHIRE AVE<br>SILVER SPRING MD 20903-3611 | SS Cyril and Methodius<br>C/O ST BERNARD<br>226 WICKS LANE<br>BILLINGS MT 59105-3725 | Sacred Heart<br>P.O. Box 236<br>Fort Belknap, MT 59526-0236 |
| Sacred Heart Church<br>PO Box 647<br>Chester, MT 59522-0647 | Sacred Heart Mission<br>100 2nd Ave E<br>Hobson, MT 59452 | Sacred Heart Mission<br>201 44th St S<br>Great Falls, MT 59405-1653 |
| Sacred Heart Mission<br>225 2nd Ave E<br>Dodson, MT 59524 | Sacred Heart Mission<br>314 Clinton St<br>Bainville, MT 59212 | Sacred Heart Parish<br>PO Box 36<br>Glendive, MT 59330-0036 |

Sacred Heart Parish
Rev. Francis Schreiber
316 W Benham St
Glendive, MT 59330-1705

Sacred Heart Parish
Rev. Masilamani Suvakkin
PO Box 309
Bridger, MT 59014-0309

Sacred Heart Parish
Rev. Robert Oswald
120 N Montana Ave
Miles City, MT 59301-3510

Schiff Harden
Everett Cygal
233 South Wacker, Ste. 6600
Chicago, IL 60606-6360

Screening One, Inc.
PO Box 749363
Los Angeles, CA  90074-9363

Snyder Drug
2515 6th Ave N
Great Falls, MT 59401-1996

St Aloysius Parish
112 W Main St
Winnett, MT 59087

St David Parish
225 N Wilber St
Broadus, MT 59317

St Francis De Sales Mission
301 S Main St
Richey, MT 59259

St Francis Of Assisi Parish
500 Wilson Ave
Saco, MT 59261

St John The Evangelist Parish
210 W Center Ave
Baker, MT 59313-9137

St Margaret Parish
623 Brewster St
Geraldine, MT 59446

St Mary Church
Rev. Nelson and Rev. Sticha
101 S 7th St W
Malta, MT 59538

St Mathias Parish
310 2nd St NE
Moore, MT 59464

St Philip Bonitus Parish
404 Timmons St
Scobey, MT 59263

St. Agnes Parish
1 N Word Ave
Red Lodge, MT 59068-9009

St. Albert
304 Minnesota
Hinsdale, MT 59241

St. Ann Cathedral
Rev. Oliver Doyle
715 3rd Ave N
Great Falls, MT 59401-1501

St. Ann Mission
102 Shell St
Vida, MT 59274

St. Ann Mission
13327 Mt Highway 200
Fort Shaw, MT 59443-9409

St. Anthony Catholic Church
235 Main St E
Box Elder, MT 59521

St. Anthony Mission
1100 Main St
Denton, MT 59430

St. Anthony Parish
413 3rd Ave W
Culbertson, MT 59218

St. Anthony Parish
Rev. Barton Stevens
317 West 7th St
Laurel, MT 59044-2054

St. Benedict Church
Rev. Douglas Krings
503 Main St
Roundup, MT 59072-2425

St. Bernard Mission
c/o St. Matthew, Rev. O'Neil
219 7th St SE
Sidney, MT 59270-5034

St. Bernard's Parish
226 Wicks Lane
Billings, MT 59105-3799

St. Catherine Mission
317 7th St W
Fairview, MT 59221

St. Charles Borromeo Mission
21228 S Pryor Gap Road
Pryor, MT 59066

St. Cyril Parish
100 Hill Ave
Geyser, MT 59447

St. Dennis Parish  
76 Highway 1  
Crow Agency, MT 59022

St. Francis Xavier Parish  
PO Box 160  
Circle, MT 59215-0160

St. Gabriel Parish  
404 8th St W  
Chinook, MT 59523

St. Honorata Mission  
22 3rd Ave  
Musselshell, MT 59059

St. Joan of Arc Parish  
100 Church Ave  
Ekalaka, MT 59324

St. John Church  
PO Box 309  
Bridger, MT 59014-0309

St. John the Baptist  
412 Leavitt Ave  
Jordan, MT 59337

St. Joseph  
206 Orchard Ave  
Hysham, MT 59038

St. Joseph  
P.O. Box 789  
Wolf Point, MT 59201-0789

St. Joseph Mission  
PO Box 309  
Bridger, MT 59014-0309

St. Joseph Parish  
910 McLeod St  
Big Timber, MT 59011-8097

St. Joseph Parish  
Rev. Joseph Ponessa  
716 N Custer Ave  
Hardin, MT 59034

St. Joseph Parish  
Rev. Patrick Zabrocki  
301 N Main St  
Plentywood, MT 59254-1649

St. Jude Thaddeus Parish  
Rev. Daniel Wathen  
624 4th St  
Havre, MT 59501

St. Labre Parish  
Tongue River Road  
Ashland, MT 59003

St. Leo the Great Parish  
Rev. Samuel Spiering  
102 W Broadway St  
Lewistown, MT 59457-1735

St. Margaret Mary Parish  
320 Water Ave  
Colstrip, MT 59323-9685

St. Margaret Mary Parish  
400 Johannes  
Big Sandy, MT 59520

St. Margaret Parish  
206 1st Ave N  
Clyde Park, MT 59018

St. Mark Parish  
128 Castner St  
Belt, MT 59412

St. Mary Catholic Church  
Rev. Joseph Diekhans  
11 W Quincy Ave  
Chester, MT 59522

St. Mary Church  
212 4th Ave  
Custer, MT 59024

St. Mary Church  
Rev. Leo McDowell  
511 S F St  
Livingston, MT 59047-3539

St. Mary Mission  
100 Main St  
Raynesford, MT 59469

St. Mary Parish  
Rev. Gregory Staudinger  
P.O. Box 956  
Columbus, MT 59019-0956

St. Mathias  
305 Kemp St  
Ryegate, MT 59074

St. Matthew Parish  
219 7th St SE  
Sidney, MT 59270-5034

St. Michael  
307 S Woodard St  
Absarokee, MT 59001

St. Michael Mission  
120 2nd Ave  
Savage, MT 59262

St. Patrick  
401 Main St  
Medicine Lake, MT 59247

| | | |
|---|---|---|
| St. Patrick Co Cathedral<br>215 N 31st<br>Billings, MT 59101-1908 | St. Paul Indian Mission<br>#1 Mission Dr<br>Hays, MT 59527 | St. Peter<br>PO Box 217<br>Wibaux, MT 59353-0217 |
| St. Philip<br>P.O. Box 217<br>Wibaux, MT 59353-0217 | St. Pius X Catholic Church<br>Rev. Wayne Pittard<br>717 18th St W<br>Billings, MT 59102-4001 | St. Raphael Parish<br>Rev. Jose Valliparambil<br>412 3rd Ave N<br>Glasgow, MT 59230-1825 |
| St. Rose of Lima Church<br>Rev. Domenico Pizzonia<br>101 4th St W<br>Stanford, MT 59479 | St. Theresa Mission<br>212 N Main St<br>Lambert, MT 59243 | St. Theresa of the Little Flower<br>16638 Iowa<br>Broadview, MT 59015 |
| St. Thomas Aquinas<br>10610 Wing Rd<br>Hogeland, MT 59529 | St. Thomas Mission<br>201 W Conser Ave<br>Plevna, MT 59344 | St. Thomas Mission<br>PO Box 187<br>Popular, MT 59255-0187 |
| St. Thomas The Apostle<br>Rev. Stephen Zabrocki<br>2055 Woody Dr<br>Billings, MT 59102-2803 | St. Thomas the Apostle<br>210 1st Ave SE<br>Harlem, MT 59526-9024 | St. William Mission<br>P.O. Box 646<br>Livingston, MT 59047-0646 |
| Steven J. Heim<br>U.S. Bank National Association<br>U.S. Bancorp Center<br>800 Nicollet Mall, BC-MN-H21N,<br>Minneapolis, Minnesota 55402-7000 | The Lodge Senior Living Cntr<br>1801 9th St S<br>Great Falls, MT 59405-5608 | The St. Louis Consultation Cntr<br>1750 Brentwood Blvd., Ste 602<br>St. Louis, MO 63144-1342 |
| UI Contributions Bureau<br>PO Box 6339<br>Helena, MT 59604-6339 | US SECURITIES AND EXCHANGE COMMISSION<br>LOS ANGELES REGIONAL OFFICE<br>ATTN SANDRA LAVIGNA<br>444 S FLOWER ST STE 900<br>LOS ANGELES CA 90071-2934 | Universal Athletic Service<br>912 N 7th S Ave<br>Bozeman, MT 59715-2540 |
| Verizon<br>PO Box 660108<br>Dallas, TX 75266-0108 | Very Rev. Jay Peterson<br>1701 26th St S, Apt 1<br>Great Falls, MT 59405-5173 | W. Carl Mendenhall<br>Warden Thane P.C.<br>PO Box 4747<br>Missoula, MT 59806-4747 |
| World Library Publications<br>J.S. Paluch Co., Inc.<br>PO Box 2703<br>Schiller Park, IL 60176-0703 | AARON YORK
OFFICE OF THE US TRUSTEE<br>ATTN LESLIE<br>301 CENTRAL AVENUE STE 204<br>GREAT FALLS, MT 59401-3113 | BONNIE SHUSTER<br>US DEPT OF JUSTICE<br>OFFICE OF THE US TRUSTEE<br>720 EAST PARK BLVD, SUITE 220<br>BOISE, ID 83712-7785 |
| BRUCE A ANDERSON<br>ELSAESSER JARZABEK ANDERSON ELLIOT & MAC<br>320 E NEIDER AVE STE 102<br>COEUR D'ALENE, ID 83815-6007 | BRUCE ALAN ANDERSON<br>ELSAESSER ANDERSON, Chtd.<br>320 East Neider Avenue<br>Suite 102<br>COEUR D'ALENE, ID 83815-6007 | Drew Blewett<br>Hoyt & Blewett PLLC<br>PO Box 2807<br>Great Falls, MT 59403-2807 |

```
FORD ELSAESSER                          FORD ELSAESSER                          GREGORY J HATLEY  lcf
PO BOX 2220                             ELSAESSER ANDERSON, CHTD.               DAVIS HATLEY HAFFEMAN & TIGHE PC
SANDPOINT, ID 83864-0909                PO BOX 1049                             101 RIVER DRIVE NORTH
                                        414 Church Street, Suite 201            GREAT FALLS, MT 59401-2599
                                        SANDPOINT, ID 83864-0070


Gary Dyer W.         lcf                JOSEPH PONESSA                          MAXON R. DAVIS    lcf
U.S. Department of Justice              710 NORTH CUSTER AVE                    DAVIS, HATLEY, HAFFEMAN & TIGHE, P.C.
Office of the United States Trustee     HARDIN, MT 59034-1527                   101 RIVER DRIVE NORTH
920 W. Riverside Ave,                                                           GREAT FALLS, MT 59401-2599
Suite 593
Spokane, WA 99201-1012
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Holy Family
530 Main St
Winifred, MT 59489
```

Addresses marked (c) above for the following entity/entities were corrected as required by the USPS Locatable Address Conversion System (LACS).

```
Holy Family
102 1st Ave N
Glentana, MT 59240
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Abuse Survivors                      (u)BERKLEY RESEARCH GROUP               (u)Catholic Mutual Relief Society



(u)Corpus Christi (Great Falls)         (u)HEAD START, INC.                     (u)Holy Family Parish Great Falls, Montana



(u)Holy Spirit (Great Falls)            (u)Mary Queen of Peace, Billings, Montana   (u)OFFICIAL COMMITTEE OF UNSECURED CREDITORS
```