James I. Stang (CA State Bar #94435)
Ilan D. Scharf (NY State Bar #4042107)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, CA 90067
Phone: (310) 277-6910
Fax: (310) 201-0760
Email: jstang@pszjlaw.com
       ischarf@pszjlaw.com

Attorneys to the Official Committee of Unsecured Creditors

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MONTANA**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Roman Catholic Bishop of Great Falls, Montana, a Montana Religious Corporation Sole (Diocese of Great Falls - Billings), | ) Bankruptcy Case No. 17-60271-JDP |
| | ) |
| Debtor-in-Possession. | ) |

**NOTICE OF FIRST INTERIM APPLICATION**
**FOR PROFESSIONAL FEES AND COSTS**

NOTICE IS HEREBY GIVEN that Pachulski Stang Ziehl & Jones LLP submitted to the U.S. Bankruptcy Court for the District of Montana its *First Interim Application for Professional Fees and Costs* in the amount of $383,370.15.

The proponent shall provide a copy of the Application to any party requesting a copy at no cost, within seven (7) days of the request.

DATED this 1st day of February, 2018.

          */s/ James I. Stang*
          James I. Stang

**NOTICE OF OPPORTUNITY TO RESPOND AND REQUEST A HEARING**

**If you object to the relief in this motion or wish the Court reconsider its Order, you must file a written responsive pleading and request a hearing within twenty one (21) days of the date of the motion. The responding party shall schedule a hearing on the motion at least twenty-one (21) days after the date of the response and request for hearing and shall include in the caption of the responsive pleading in bold and conspicuous print the date, time and location of the hearing by inserting in the caption the following:**

                        **NOTICE OF HEARING**
                        Date: _____
                        Time: _____
                        Location: _____

**If no objections are timely filed, the Court may grant the relief requested as a failure to respond by any entity shall be deemed an admission that the relief requested should be granted.**

                                                   Pachulski Stang Ziehl & Jones LLP

                                                   */s/ James I. Stang*
                                                   James I. Stang
                                                   Attorneys for the Official Committee of
                                                   Unsecured Creditors

CERTIFICATE OF SERVICE

I, James Stang, declare as follows:

I am a partner of Pachulski Stang Ziehl & Jones LLP; I maintain an office at 10100 Santa Monica Blvd, Los Angeles, CA 90067; I am over the age of eighteen years.

I do hereby certify under penalty of perjury that on the 1st day of February, 2018, I served the foregoing NOTICE OF FIRST INTERIM APPLICATION FOR PROFESSIONAL FEES AND COSTS and attachments on all ECF participants as indicated on the Court's ECF system which includes counsel for the Debtor and the U.S. Trustee.

Additionally, by regular first class mail, I mailed a copy to the parties on the attached service list.

Dated: February 1, 2018

Respectfully submitted,

PACHULSKI STANG ZIEHL & JONES LLP

By    */s/ James I. Stang*
James I. Stang (CA Bar No. 94435)
Ilan D. Scharf (NY Bar No. 4042107)
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA  90067
Telephone:  (310) 277-6910
Facsimile:  (310) 201-0760
E-mail:   jstang@pszjlaw.com
               ischarf@pszjlaw.com

Attorneys for the Official Committee of Unsecured Creditors

**SERVICE LIST**

**VIA U.S. MAIL**

| Roman Catholic Bishop Of Great Falls, Montana<br>P.O. Box 1399<br>Great Falls, MT 59403-1399 | U.S. Province of the Missionary Oblates of M<br>391 Michigan Ave. N.E.<br>Washington, D.C. 20017-1516 | 38 Abuse Claimants 'Becker Group'<br>Timothy Kosnoff, Kosnoff Law<br>Metro Office Park, Metro Park 7<br>Street 1, Suite 204 Guyanabo<br>San Juan, PR 00968 |
|---|---|---|
| Anderson Family Pharmacy<br>2828 l0th Ave S<br>Great Falls, MT 59405-3241 | Arkadin, Inc.<br>Attn: Tonya Booth<br>1501 E Woodfield Rd, 400E<br>Schaumburg, IL 60173-6047 | Billings Construction Supply<br>5514 King Ave E<br>Billings, MT 59101-4641 |
| Billings Gazette Communications<br>PO Box 31238<br>Billings, MT 59107-1238 | Blessed Kateri Tekakwitha<br>PO Box 509<br>Lodge Grass, MT 59050-0509 | Blessed Sacrament Parish<br>630 Cheyenne Ave<br>Lame Deer, MT 59043 |
| Career Quest<br>724 1st Ave S<br>Great Falls, MT 59401-3702 | Carquest Auto Parts<br>PO Box 404875<br>Atlanta, GA 30384-4875 | Catholic Foundation of Eastern MT<br>P.O. Box 1345<br>Great Falls, MT 59403-1345 |
| Catholic Management Services<br>4457 Willow Road<br>Suite 100<br>Pleasanton, CA 94588-8554 | Century Link<br>PO Box 91155<br>Seattle, WA 98111-9255 | Christ the King<br>13268 S 5th St<br>Busby, MT 59016 |
| Christian Brothers Retirement Savings<br>1205 Windham Parkway<br>Romeoville, IL 60446-1672 | Christina Cowick<br>4432 6th Ave S<br>Great Falls, MT 59405-3736 | City of Great Falls<br>Utility Billing Department<br>PO Box 5021<br>Great Falls, MT 59403-5021 |
| Corpus Christi Church<br>Rev. Ryan Erlenbush<br>410 22nd Ave NE<br>Great Falls, MT 59404-1513 | Culligan<br>401 Huffman Ave<br>Great Falls, MT 59404-3298 | Dex Media<br>PO Box 79167<br>Phoenix, AZ 85062-9167 |
| Diocese of Helena<br>PO Box 1729<br>Helena, MT 59624-1729 | Energy West<br>PO Box 2229<br>Great Falls, MT 59403-2229 | First Lease, Inc.<br>1 Walnut Grove Dr<br>Suite 300<br>Horsham, PA 19044-2201 |
| Gagnon's<br>308 9th Ave S<br>Great Falls, MT 59405-4083 | Giulia Marie Arcuri<br>224 Diamond Avenue<br>Newport Beach, CA 92662-1116 | Great Falls Tribune<br>PO Box 677334<br>Dallas, TX 75267-7334 |
| Holy Family<br>112 1st Ave<br>Glentana MT 59240-9709 | Holy Family<br>St Leo Church<br>Po Box 421<br>Lewistown MT 59457-0421 | Holy Spirit Catholic School<br>2820 Central Ave<br>Great Falls, MT 59401-3412 |
| Holy Spirit Parish<br>Rev. Schlosser and Rev. Wilkins<br>201 44th St S<br>Great Falls, MT 59405-1653 | Holy Trinity Church<br>692 Stockett Rd<br>Centerville, MT 59480 | Immaculate Conception Church<br>Rev. William D'Souza<br>1223 16th St<br>Fort Benton, MT 59442 |
| Immaculate Conception Parish<br>509 N 12th Ave<br>Forsyth, MT 59327 | Immaculate Conception Parish<br>PO Box 789<br>Wolf Point, MT 59201-0789 | Innovative Postal Services<br>PO Box 2565<br>Great Falls, MT 59403-2565 |
| Instrumentalist Awards<br>1838 Techny Court<br>Northbrook, IL 60062-5474 | Internal Revenue Service<br>Centralized Insolvency Op.<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Jostens<br>21336 Network Place<br>Chicago, IL 60673-1213 |

| | | |
|---|---|---|
| KRTV-TV<br>PO Box 2557<br>Billings, MT 59103-2557 | Kay Walters<br>4142 5th Ave S<br>Great Falls, MT 59405-3724 | Knife River<br>PO Box 80066<br>Billings, MT 59108-0066 |
| Lone Pony Web and Management<br>Tia Renee Buzzard<br>2932B Highway 153<br>Twisp, WA 98856-9725 | Marlin Leasing Corporation<br>300 Fellowship Rd<br>Mount Laurel, NJ 08054-1727 | Mary Queen of Peace<br>3411 S 34th St<br>Billings, MT 59101 |
| Meadow Gold Dairies<br>PO Box 710966<br>Denver, CO 80271-0966 | Memorial Monuments and Vaults<br>598 West Franklin<br>Meridian, ID 83642-2825 | MetLife<br>PO Box 803323<br>Kansas City, MO 64180-3323 |
| Metropolitan Utilities District<br>PO Box 3600<br>Omaha, NE 68103-0600 | Montana Department of Labor<br>Unemployment Division<br>PO Box 6339<br>Helena, MT 59604-6339 | Montana Dept. of Public Health<br>Laboratory Services Bureau<br>PO Box 4369<br>Helena, MT 59604-4369 |
| Montana Dept. of Revenue<br>PO Box 7701<br>Helena, MT 59604-7701 | Montana State Fund<br>P.O. Box 4 759<br>Helena, MT 59604-4759 | Montana Waste Systems<br>PO Box 2645<br>Great Falls, MT 59403-2645 |
| Montana-Dakota Utilities<br>PO Box 5600<br>Bismark, ND 58506-5600 | Most Rev. Anthony M. Milone<br>7323 Shirley Street, Apt. 209<br>Omaha, NE 68124-1739 | Mountain View Co-Op<br>PO Box 1299<br>Great Falls, MT 59403-1299 |
| NORTHWESTERN ENERGY<br>11 E PARK ST<br>BUTTE, MT 59701-1711 | National Laundry<br>700 Crescent Dr<br>Great Falls, MT 59404-3210 | Omaha Public Power Dist.<br>PO Box 3995<br>Omaha, NE 68103-0995 |
| One License.net<br>7343 South Mason Ave<br>Chicago, IL 60638-6274 | Our Lady Of Mercy Mission<br>121 6th Ave N<br>Melstone, MT 59054 | Our Lady of Loretto Parish<br>11723 E Helen St<br>Lodge Grass, MT 59050 |
| Our Lady of Lourdes<br>409 13th St S<br>Great Falls, MT 59405-2398 | Our Lady of Lourdes Parish<br>105 F St N<br>Poplar, MT 59255 | Our Lady of Ransom<br>PO Box 647<br>Chester, MT 59522-0647 |
| Pharmacy 1<br>2900 12th Ave N<br>Billings, MT 59101-7503 | Public Norks Utilities<br>PO Box 30958<br>Billings, MT 59107-0958 | Qwest Corporation dba Centurylink<br>931 14st St Ste 900<br>Denver CO 80202-2994 |
| Queen of the Angels<br>PO Box 4 71<br>Glasgow, MT 59230-0471 | Quill Corporation<br>PO Box 37600<br>Philadelphia, PA 19101-0600 | Red's Fixit Shop<br>PO Box 20782<br>Billings, MT 59104-0782 |
| Republic Service<br>PO Box 78829<br>Phoenix, AZ 85062-8829 | Rev. Anthony J. Schuster<br>c/o Joe and Stevi Schuster<br>2002 Wyndham Park Dr<br>Billings, MT 59102-8116 | Rev. Charles Gorman<br>2351 Solomon Ave, Apt 157<br>Billings, MT 59102-2885 |
| Rev. Daniel O'Rourke<br>1701 26th St S, Apt 2<br>Great Falls, MT 59405-5173 | Rev. James E. Birkmaier<br>The Lodge<br>1801 9th St S, Apt 233<br>Great Falls, MT 59405-5616 | Rev. James M. Sikora<br>1915 13th Ave S<br>Great Falls, MT 59405-4810 |
| Rev. Jerry Connolly<br>PO Box 456<br>Joliet, MT 59041-0456 | Rev. John J. Houlihan<br>2003 Woody Dr, Apt 4<br>Billings, MT 59102-2891 | Rev. John P. Krier<br>PO Box 449<br>Air Way Heights, WA 99001-0449 |
| Rev. Lothar Krauth<br>3724 8th Ave N<br>Great Falls, MT 59401-2229 | Rev. Marcel Vogel<br>1701 26th St S, Apt. 3<br>Great Falls, MT 59405-5173 | Rev. Peter E. Guthneck<br>S t Mary Church<br>PO Box 3009<br>Box Elder, MT 59521-3009 |

| | | |
|---|---|---|
| Rev. Richard J. Hopkins<br>Mother of Confidence Church<br>3131 Governor Dr<br>San Diego, CA 92122-2229 | Rev. Robert D. Grosch<br>St Patrick Co-Cathedral<br>215 N 31st St<br>Billings, MT 59101-1908 | Rev. Ted Szudera<br>PO Box 6507<br>Great Falls, MT 59406-6507 |
| Rev. Terrence P. Regan<br>PO Box 25<br>Great Falls, MT 59403-0025 | Rev. Thomas C. Harney<br>1440 Granite Ave, Apt B<br>Billings, MT 59102-0716 | Rev. Thomas M. Beggin<br>1631 41st St W<br>Billings, MT 59106-1742 |
| Saint Louis Consultation Center<br>Aka Saint Luke Consultation Center<br>8901 New Hampshire Ave<br>Silver Spring MD 20903-3611 | SS Cyril And Methodius<br>c/o St Bernard<br>226 Wicks Lane<br>Billings MT 59105-3725 | Sacred Heart<br>P.O. Box 236<br>Fort Belknap, MT 59526-0236 |
| Sacred Heart Mission<br>100 2nd Ave E<br>Hobson, MT 59452 | Sacred Heart Mission<br>201 44th St S<br>Great Falls, MT 59405-1653 | Sacred Heart Mission<br>225 2nd Ave E<br>Dodson, MT 59524 |
| Sacred Heart Mission<br>314 Clinton St<br>Bainville, MT 59212 | Sacred Heart Mission<br>630 Main Ave<br>Inverness, MT 59530 | Sacred Heart Parish<br>PO Box 36<br>Glendive, MT 59330-0036 |
| Sacred Heart Parish<br>Rev. Francis Schreiber<br>316 W Benham St<br>Glendive, MT 59330-1705 | Sacred Heart Parish<br>Rev. Masilamani Suvakkin<br>PO Box 309<br>Bridger, MT 59014-0309 | Sacred Heart Parish<br>Rev. Robert Oswald<br>120 N Montana Ave<br>Miles City, MT 59301·3510 |
| Screening One, Inc.<br>PO Box 749363<br>Los Angeles, CA 90074-9363 | Snyder Drug<br>2515 6th Ave N<br>Great Falls, MT 59401-1996 | St Aloysius Parish<br>112 W Main St<br>Winnett, MT 59087 |
| St David Parish<br>225 N Wilber St<br>Broadus, MT 59317 | St Francis De Sales Mission<br>301 S Main St<br>Richey, MT 59259 | St Francis Of Assisi Parish<br>500 Wilson Ave<br>Saco, MT 59261 |
| St John The Evangelist Parish<br>210 W Center Ave<br>Baker, MT 59313-9137 | St Margaret Parish<br>623 Brewster St<br>Geraldine, MT 59446 | St Mary Church<br>Rev. Nelson and Rev. Sticha<br>101 S 7th St W<br>Malta, MT 59538 |
| St Mathias Parish<br>310 2nd St NE<br>Moore, MT 59464 | St Philip Bonitus Parish<br>404 Tinunons St<br>Scobey, MT 59263 | St. Agnes Parish<br>1 N Word Ave<br>Red Lodge, MT 59068-9009 |
| St. Albert<br>304 Minnesota<br>Hinsdale, MT 59241 | St. Ann Cathedral<br>Rev. Oliver Doyle<br>715 3rd Ave N<br>Great Falls, MT 59401-1501 | St. Ann Mission<br>102 Shell St<br>Vida, MT 59274 |
| St. Ann Mission<br>13327 Mt Highway 200<br>Fort Shaw, MT 59443-9409 | St. Anthony Catholic Church<br>235 Main St E<br>Box Elder, MT 59521 | St. Anthony Mission<br>1100 Main St<br>Denton, MT 59430 |
| St. Anthony Parish<br>413 3rd Ave W<br>Culbertson, MT 59218 | St. Anthony Parish<br>Rev. Barton Stevens<br>317 West 7th St<br>Laurel, MT 59044-2054 | St. Bernard Mission<br>c/o St. Matthew, Rev. O'Neil<br>219 7th St SE<br>Sidney, MT 59270-5034 |
| St. Bernard's Parish<br>226 Wicks Lane<br>Billings, MT 59105-3799 | St. Catherine Mission<br>317 7th St W<br>Fairview, MT 59221 | St. Charles Borromeo Mission<br>21228 S Pryor Gap Road<br>Pryor, MT 59066 |
| St. Cyril Parish<br>100 Hill Ave<br>Geyser, MT 59447 | St. Dennis Parish<br>76 Highway 1<br>Crow Agency, MT 59022 | St. Francis Xavier Parish<br>PO Box 160<br>Circle, MT 59215-0160 |

| | | |
|---|---|---|
| St. Gabriel Parish<br>404 8th St W<br>Chinook, MT 59523 | St. Joan of Arc Parish<br>100 Church Ave<br>Ekalaka, MT 59324 | St. John Church<br>PO Box 309<br>Bridger, MT 59014-0309 |
| St. John the Baptist<br>412 Leavitt Ave<br>Jordan, MT 59337 | St. Joseph<br>206 Orchard Ave<br>Hysham, MT 59038 | St. Joseph<br>P.O. Box 789<br>Wolf Point, MT 59201-0789 |
| St. Joseph Mission<br>PO Box 309<br>Bridger, MT 59014-0309 | St. Joseph Parish<br>910 McLeod St<br>Big Timber, MT 59011-8097 | St. Joseph Parish<br>Rev. Joseph Ponessa<br>716 N CUster Ave<br>Hardin, MT 59034 |
| St. Joseph Parish<br>Rev. Patrick Zabrocki<br>301 N Main St<br>Plentywood, MT 59254-1649 | St. Jude Thaddeus Parish<br>Rev. Daniel Wathen<br>624 4th St<br>Havre, MT 59501 | St. Labre Parish<br>Tongue River Road<br>Ashland, MT 59003 |
| St. Leo the Great Parish<br>Rev. Samuel Spiering<br>102 W Broadway St<br>Lewistown, MT 59457-1735 | St. Margaret Mary Parish<br>320 Water Ave<br>Colstrip, MT 59323-9685 | St. Margaret Mary Parish<br>400 Johannes<br>Big Sandy, MT 59520 |
| St. Margaret Parish<br>206 1st Ave N<br>Clyde Park, MT 59018 | St. Mark Parish<br>128 Castner St<br>Belt, MT 59412 | St. Mary Catholic Church<br>Rev. Joseph Diekhans<br>11 W Quincy Ave<br>Chester, MT 59522 |
| St. Mary Church<br>212 4th Ave<br>Custer, MT 59024 | St. Mary Church<br>Rev. Leo McDowell<br>511 S F St<br>Livingston, MT 59047-3539 | St. Mary Mission<br>100 Main St<br>Raynesford, MT 59469 |
| St. Mary Parish<br>Rev. Gregory Staudinger<br>P.O. Box 956<br>Columbus, MT 59019-0956 | St. Mathias<br>305 Kemp St<br>Ryegate, MT 59074 | St. Matthew Parish<br>219 7th St SE<br>Sidney, MT 59270-5034 |
| St. Michael<br>307 S Woodard St<br>Absarokee, MT 59001 | St. Michael Mission<br>120 2nd Ave<br>Savage, MT 59262 | St. Patrick<br>401 Main St<br>Medicine Lake, MT 59247 |
| St. Patrick *Co* Cathedral<br>215 N 31st<br>Billings, MT 59101-1908 | St. Paul Indian Mission<br>#1 Mission Dr<br>Hays, MT 59527 | St. Peter<br>PO Box 217<br>Wibaux, MT 59353-0217 |
| St. Philip<br>P.O. Box 217<br>Wibaux, MT 59353-0217 | St. Pius X Catholic Church<br>Rev. Wayne Pittard<br>717 18th St W<br>Billings, MT 59102-4001 | St. Raphael Parish<br>Rev. Jose Valliparambil<br>412 3rd Ave N<br>Glasgow, MT 59230-1825 |
| St. Rose of Lima Church<br>Rev. Domenico Pizzonia<br>101 4th St W<br>Stanford, MT 59479 | St. Theresa Mission<br>212 N Main St<br>Lambert, MT 59243 | St. Theresa of the Little Flower<br>16638 Iowa<br>Broadview, MT 59015 |
| St. Thomas Aquinas<br>10610 Wing Rd<br>Hogeland, MT 59529 | St. Thomas Mission<br>PO Box 187<br>Popular, MT 59255-0187 | St. Thomas The Apostle<br>Rev. Stephen Zabrocki<br>2055 Woody Dr<br>Billings, MT 59102-2803 |
| St. Thomas the Apostle<br>210 1st Ave SE<br>Harlem, MT 59526-9024 | St. William Mission<br>P.O. Box 646<br>Livingston, MT 59047-0646 | Steven J. Heim<br>U.S. Bank National Association<br>U.S. Bancorp Center<br>800 Nicollet Mall, BC-MN-H21N,<br>Minneapolis, Minnesota 55402-7000 |

| | | |
|---|---|---|
| The Lodge Senior Living Cntr<br>1801 9th St S<br>Great Falls, MT 59405-5608 | The St. Louis Consultation Cntr<br>1750 Brentwood Blvd., Ste 602<br>St. Louis, MO 63144-1342 | UI Contributions Bureau<br>PO Box 6339<br>Helena, MT 59604-6339 |
| US Securities And Exchange Commission<br>Los Angeles Regional Office<br>Attn Sandra Lavigna<br>444 S Flower St Ste 900<br>Los Angeles CA 90071-2934 | Universal Athletic Service<br>912 N 7th S Ave<br>Bozeman, MT 59715-2540 | Verizon<br>PO Box 660108<br>Dallas, TX 75266-0108 |
| Very Rev. Jay Peterson<br>1701 26th St S, Apt 1<br>Great Falls, MT 59405-5173 | W. Carl Mendenhall<br>Warden Thane P.C.<br>PO Box 4747<br>Missoula, MT 59806-4747 | World Library Publications<br>J.S. Paluch Co., Inc.<br>PO Box 2703<br>Schiller Park, IL 60176-0703 |
| John D Allison<br>Eymann Allison Hunter Jones P.S.<br>2208 W Second Ave<br>Spokane, WA 99223 | Bruce A Anderson<br>Elsaesser Jarzabek Anderson Elliot & Mac<br>320 E Neider Ave, Ste 102<br>Coeur D'alene, ID 83815 | Abuse Survivors<br>Datsopoulos, Macdonald & Lind<br>201 W Main St Ste, 201<br>Missoula, MT 59802-4326 |