UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Roman Catholic Bishop of Great Falls, Montana, | ) Bankruptcy Case No. 17-60271-JDP |
| a Montana Religious Corporation Sole | ) |
| (Diocese of Great Falls - Billings), | ) |
| | ) |
| Debtor-in-Possession, | ) |

### ORDER RE AMENDED JOINT MOTION FOR RELIEF FROM THE AUTOMATIC STAY

On February 12, 2018, this Court considered the (a) the *Amended Motion for Relief from Automatic Stay* (the "**Motion**")(Docket No. 266) filed by Sexual Abuse Claimants T.K.(1) and John Doe 10 (collectively, the "**Plaintiffs**"); (b) the *Joinder of the Official Committee of Unsecured Creditors to Motion for Relief from Automatic Stay* (the "**Joinder**")(Docket No. 269): (c) the *Memorandum Of Law Of Official Committee Of Unsecured Creditors In Support Of Joinder And Motion For Relief From The Automatic Stay*(Docket No. 261-1); the *Diocese of Great Falls-Billings Objection To Amended Joint Motion For Relief From the Automatic Stay* (Docket No. 277); the *Supplemental Evidentiary Submission* (Docket No. 297); the *Catholic Mutual's Opposition To Motion For Relief From Automatic Stay And Suggestion Of Potential Disabling Conflict* (Docket No. 278); argument of counsel for the Plaintiffs, the Official Committee of Unsecured Creditors, the Debtor and Catholic Mutual Relief Society and the Court having made findings of fact and conclusions of law on the record that are incorporated herein by reference,

IT IS ORDERED:

1. The Motion is granted;

2. Sexual Abuse Claimant John Doe 10 (who filed proof of claim no. 57) is relieved from the automatic stay to continue the prosecution of his claim in the action entitled *Jane Does 1 through 16 and Jane Does 17-50 and John Does 1 through 18, and John 19-50 v. Province of St. Joseph of The Capuchin Order, Inc., et al., Cause No. ADV-11-1078* pending in the Montana Eighth Judicial District Court, Cascade County through entry of a final judgment, including any appeals;

3. Sexual Abuse Claimant TK(1) (who filed proof of claim no. 17) is relieved from the automatic stay to continue the prosecution of her claim in the action entitled *R.A. (1); et. al. v. The Diocese of Montana aka The Roman Catholic Diocese of Great Falls-Billings, Cause No. ADV-11-1078* pending in the Montana Eighth Judicial District Court, Cascade County through entry of a final judgment, including any appeals;

4. Notwithstanding anything contained in this Order, neither Sexual Abuse Claimant John Doe 10 or Sexual Abuse Claimant TK(1) may take any action to enforce or execute any judgment against the Debtor, or against the property of the bankruptcy estate without further order of the Bankruptcy Court, pursuant to notice and hearing; and

5. Notwithstanding anything contained in this Order, any order of the Bankruptcy Court confirming a plan of reorganization may supersede this Order and the relief from stay granted herein.

Dated: February 15, 2018

_____
Honorable Jim D. Pappas
United States Bankruptcy Judge

No Objection as to form of Order only:

*/s/ Bruce A. Anderson*
Elsaesser Anderson, Chtd.
Ford Elsaesser
Bruce A. Anderson
Counsel of Roman Catholic Bishop of Great Falls, Montana,
A Montana Religious Corporate Sole


*/s/ Everett J. Cygal*
Schiff Hardin LLP
David M. Spector
Everett J. Cygal
Attorneys for Catholic Mutual Relief Society