Harold V. Dye
I.D. #408
Dye & Moe, P.L.L.P.
120 Hickory Street, Suite B
Missoula, Montana 59801-1820
Telephone (406) 542-5205
Fax (406) 721-1616
hdye@dyemoelaw.com
Attorney for Skyway Towers

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| ROMAN CATHOLIC BISHOP OF GREAT FALLS, MONTANA, A MONTANA RELIGIOUS CORPORATE SOLE aka DIOCESE OF GREAT FALLS-BILLINGS,<br><br>　　　Debtor. | Case No. 17-60271 |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

Skyway Towers, a party in interest, hereby enters its appearance in this case, and Dye & Moe, P.L.L.P. enters its appearance as attorneys for Skyway Towers. As directed by Federal Rule of Bankruptcy Procedure 9010(b), the attorney's name, office address, telephone number and FAX number are:

    Harold V. Dye
    Dye & Moe, P.L.L.P.
    120 Hickory Street, Suite B
    Missoula, MT 59801-1820
    Telephone: (406) 542-5205

1

Fax: (406) 721-1616
hdye@dyemoelaw.com

Skyway Towers hereby requests that copies of all notices required by the Federal Rules of Bankruptcy Procedure to be given, including notices under Rule 2002(i), be given to it by service upon its attorneys at the address shown above.

Skyway Towers, pursuant to Federal Rule of Bankruptcy Procedure 3017(a), further requests that copies of all court documents filed herein by any party be served upon its attorneys at the addresses indicated above.

Dated: March 8, 2018.

DYE & MOE, P.L.L.P.

*/s/ Harold V. Dye*
Harold V. Dye

## CERTIFICATE OF SERVICE

I, the undersigned certify under penalty of perjury that on March 8, 2018 copies of the foregoing Notice Of Appearance And Request For Service were served electronically by ECF notice to all persons/ entities requesting special notice or otherwise entitled to same and that in addition service by mailing a true and correct copy, first class mail, postage prepaid, was made to the following persons/ entities who are not ECF registered users

*/s/ Ann M. Adler*

2