# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MONTANA

In re

**ROMAN CATHOLIC BISHOP OF GREAT FALLS, MONTANA, A MONTANA RELIGIOUS CORPORATE SOLE (Diocese of Great Falls),**

**Debtor.**

Case No. 17-60271-11

## ORDER GRANTING THE MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR AUTHORITY TO COMMENCE, PROSECUTE AND SETTLE LITIGATION ON BEHALF OF THE BANKRUPTCY ESTATE

Subject to, and in accordance with the Memorandum of Decision entered in this Chapter 11 case on March 1, 2018, at Docket No. 311,

**IT IS HEREBY ORDERED THAT**:

1. The Official Committee of Unsecured Creditors' motion seeking authority to commence, prosecute, and, with Court approval, to settle

ORDER – 1

adversary proceedings under Bankruptcy Code §§ 544, 547, 548, 549 and 550, Dkt. No. 220, is hereby **GRANTED**;

2. The Committee is authorized to file complaints in the form attached as Exhibits A and B to the Committee's Supplemental Submission, Dkt. No. 273, asserting claims against the 14 Parishes, the Diocese of Great Falls Billings Juridic Persons Capital Assets Support Corporation, Billings Catholic Schools and the Diocese (in both its own capacity, and as a purported trustee for its parishioners, parishes and other affiliated entities); and

3. The Committee may assert additional claims and may add additional parties in such adversary proceedings only with Court approval.

Dated: March 8, 2018

_[signature]_

Honorable Jim D. Pappas
United States Bankruptcy Judge

ORDER – 2