# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MONTANA

In re

**ROMAN CATHOLIC BISHOP OF GREAT FALLS, MONTANA, A MONTANA RELIGIOUS CORPORATE SOLE (Diocese of Great Falls),**

      **Debtor.**

Case No. 17-60271-11

# O R D E R

For the reasons set forth in the Memorandum of Decision entered in this chapter 11 case on this same date, and for good cause,

**IT IS ORDERED** that the First Interim Application for Professional Fees and Costs ("the First Application") filed by counsel for the Official Committee of Unsecured Creditors, Dkt. No. 285, is **GRANTED IN PART.** Pursuant to 11 U.S.C. § 331, Pachulski Stang Ziehl & Jones LLP is hereby awarded interim compensation of **$225,000.00** and reimbursement of

ORDER – 1

expenses of **$29,755.65**, for a total interim award of **$254,755.65**. Final approval of this and any further awards shall be considered by the Court in connection with the submission of any final fee application by Pachulski Stang Ziehl & Jones LLP.

Dated: March 8, 2018

_____
Honorable Jim D. Pappas
United States Bankruptcy Judge

ORDER – 2