Ford Elsaesser, ISB #2205
Bruce A. Anderson, ISB #3392
ELSAESSER ANDERSON, CHTD.
320 East Neider Avenue, Suite 102
Coeur d'Alene, ID  83815
Tel:   (208) 667-2900
Fax:   (208) 667-2150
E-mail  ford@eaidaho.com
         brucea@eaidaho.com

*Attorneys for Debtor-in-Possession*

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

| In re: | |
|---|---|
| Roman Catholic Bishop of Great Falls, Montana, a Montana Religious Corporate Sole (Diocese of Great Falls), | Case No. 17-60271 <br><br> Chapter 11 |
| Debtor-in-Possession. | |

### DECLARATION OF MICHAEL R. HOGAN
### IN SUPPORT OF MOTION FOR UNKNOWN CLAIMS REPRESENTATIVE

I, MICHAEL R. HOGAN, hereby declare and state as follows:

1. I am over the age of eighteen and competent to testify to the statements herein.

2. I am duly authorized to make all statements that I have made herein with respect to the Unknown Claims Representative appointment.

### QUALIFICATIONS

3. I served as United States District Court Judge for the District of Oregon from 1991 through 2012, including serving as a Senior United States District Court Judge from 2011 through 2012.  Prior to that, I served as a United States Magistrate Judge and also as United States Bankruptcy Judge.

DECLARATION OF MICHAEL R. HOGAN
IN SUPPORT OF MOTION FOR UNKNOWN
CLAIMS REPRESENTATIVE   -1

4.     Currently, I am serving as the principal of Hogan Mediation in providing mediation and other dispute resolution services since my retirement in October 2012. My private mediation services are set out in detail on the website at http://hoganmediation.net/.

5.     I am currently serving as the unknown claims representative in the bankruptcy case *In re: The Archdiocese of Saint Paul and Minneapolis*, Case No. 15-30125 in the United States Bankruptcy Court for the District of Minnesota and I previously served as the future claims representative in the bankruptcy case *In re: Roman Catholic Church of the Diocese of Gallup*, Case No. 13-13676-t11 in the United States Bankruptcy Court for the District of New Mexico, as future claims representative in the bankruptcy case *In re: Roman Catholic Bishop of Helena, Montana*, Case No. 14-60074 in the United States Bankruptcy Court for the District of Montana, and as the future claims adjudicator in the bankruptcy case *In re: The Catholic Bishop of Spokane, aka The Catholic Diocese of Spokane*, Case No. 04-08822-FPC11 in the United States Bankruptcy Court for the Eastern District of Washington. Prior to service as adjudicator, I mediated several dozen future claim matters that were pending against the Diocese of Spokane. Also, I was involved in resolving many of the tort claims pending in *In re: Roman Catholic Archbishop of Portland in Oregon*, Case No. 04-37154-ELP11 in the United States Bankruptcy Court for the District of Oregon.

6.     I have mediated hundreds of abuse claims involving religious and secular entities where childhood sexual abuse has been alleged. I am also familiar with the unknown claims process, and the necessity and reasoning for having an unknown claims representative. I understand the importance of properly evaluating the scope of Unknown Tort Claims in this matter, as well as seeking and negotiating an appropriate resolution in any plan that may

ultimately be confirmed. Further, I recognize the importance that any such plan must have a fair process for funding an ultimate resolution of any valid Unknown Tort Claims.

## SERVICES TO BE RENDERED

7. My duties and responsibilities as the Unknown Claims Representative will include the duties of the Unknown Claims Representative as set forth in the motion.

8. I understand that in the unlikely event any minor Tort Claimants may become known, I would serve in a guardian *ad litem* capacity with respect to such claimants. I do not foresee any conflict between my duties and responsibilities as guardian *ad litem* and my duties and responsibilities as Unknown Claims Representative.

## DISINTERESTEDNESS

9. To the best of my knowledge, I am a disinterested person with regard to these pending reorganization cases, and I do not have any connection or relationship of any kind to the debtors; to the Tort Claimants; or to any of the other creditors, insurers, or any of the other parties in these reorganization cases.

10. I have not worked with the debtors pre-petition and am not owed any funds. I am not holding any retainer.

11. Except as set forth below, I am not aware of any connections with counsel in these reorganization cases.

12. Elsaesser Anderson, Chtd., proposed reorganization counsel for the debtors, was also counsel for the debtors while I was the Unknown Claims Representative in the bankruptcy cases *In re Roman Catholic Bishop of Helena, Montana,* Case No. 14-60074 and currently in *In re Diocese of Duluth,* Case No. 15-50792.

DECLARATION OF MICHAEL R. HOGAN
IN SUPPORT OF MOTION FOR UNKNOWN
CLAIMS REPRESENTATIVE  -3

13. Ford Elsaesser appeared before me in my capacity in the U. S. District Court in the bankruptcy and receivership cases entitled *In re: Stayton SW Assisted Living, L.L.C.,* U. S. District Court for District of Oregon, Case 09-cv-6082-HO and the related case *Securities and Exchange Commission v. Sunwest Management, Inc., et al,* U. S. District Court for District of Oregon, Case 09-CV-06056-HO, such cases more generally known as the "Sunwest" cases.

14. Ford Elsaesser has served with me as a joint mediator or co-mediator in the following matters:

  a) *Equal Employment Opportunity Commission, plaintiff, and Elodia Sanchez, et al, plaintiffs-intervenors, v. Evans Fruit Co., Inc., defendant, and Juan Marin and Angelita Marin, defendant-intervenors,* U. S. District Court for Eastern District of Washington, at Yakima, Case CV-10-3033-LRS;

  b) *Estate of Otto Zehm v. City of Spokane,* U. S. District Court for Eastern District of Washington, Case 09-CV-080-LRS;

  c) *In re: Kartar Singh Khalsa and EWTC Management, LLC, fka Golden Temple Management, LLC,* U. S. Bankruptcy Court for District of Oregon, Jointly Administered Cases 12-60538-FRA11 and 12-60536-FRA11; and the Multnomah County Circuit Court, Oregon, Case 1010-14518, *State of Oregon v. Karam S. Khalsa, Ajeet S. Khalsa, Gurudhan S. Khalsa, and Guru Hari S. Khalsa;* and the related Multnomah County Circuit Court, Oregon, Case 0909-13281; and

  d) Two personnel disputes involving the City of Spokane, Washington.

15. Ford Elsaesser also assisted me in my role as mediator in the case of *In re: AmericanWest Bancorporation,* U. S. Bankruptcy Court for Eastern District of Washington, Case 10-06097-PCW.

16. Ford Elsaesser represented the Diocese of Spokane in five mediations involving future claims, in conjunction with several other future claims mediations in the *Spokane Diocese* case.

**DECLARATION OF MICHAEL R. HOGAN
IN SUPPORT OF MOTION FOR UNKNOWN
CLAIMS REPRESENTATIVE   -4**

17. All of the mediation services referred to with regard to the above matters have concluded. I do not have any pending mediation matters with the Debtor-in-Possession's counsel at this time.

18. With regard to counsel for the tort claimants in this matter, I have previously mediated approximately 30 future claims in the *Spokane Diocese* case, referred to hereinabove, for clients of Kosnoff Fasy, PLLC and Tamaki Law Offices, two of the law firms representing claimants in this case. I have pending future claims before me as adjudicator in the *Spokane Diocese* case, which involve Kosnoff Fasy, PLLC; Tamaki Law Offices; James Vernon & Weeks, P.A.; and Joseph Blumel, attorney at law.

19. When I was sitting as a Judge and also in connection with mediations I have conducted both while I was sitting and in connection with my current mediation practice, I may have mediated or had dealings with some of the attorneys involved in the reorganization cases. I realize the duty to disclose such connection in the context of my service as Unknown Claims Representative, if appointed, is a continual one.

## PROFESSIONAL COMPENSATION

20. I recognize that if appointed, I will need to comply with the applicable provisions of the Bankruptcy Code, Bankruptcy Rules, and Local Rules for the District of Minnesota, with regard to seeking compensation.

21. I request compensation, subject to Court approval, for services rendered in connection with the reorganization cases, at the hourly rate of $450.00 per hour, capped at a total fee of $50,000.00, plus expenses.

23. I understand that if appointed as Unknown Claims Representative, I will be an independent fiduciary acting on behalf of the Unknown Tort Claimants, as that term is defined in the motion, and I will be acting solely on behalf of the Unknown Tort Claimants.

SO DECLARED this 7th day of May, 2018.

*Michael R. Hogan*
MICHAEL R. HOGAN

CERTIFICATE OF SERVICE

I, Bruce A. Anderson, declare as follows:

I am employed by Elsaesser Anderson, Chtd., Coeur d'Alene, Idaho; I am over the age of eighteen years and not a party to this action; the firm's business address is 320 East Neider Avenue, Suite 102, Coeur d'Alene, Idaho 83815.

I certify that on May 8, 2018, I served the foregoing on all ECF participants as indicated on the Court's ECF system.

Additionally, by regular first class mail, I mailed a copy to the parties on the attached MML*, and to confidential claimant C.E.

I swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: May 8, 2018           /s/ Bruce A. Anderson
                             Bruce A. Anderson


* The attached list will not be mailed out to creditors, but will be on file with the United States Bankruptcy Court.  A copy will be provided upon request.

DECLARATION OF MICHAEL R. HOGAN
IN SUPPORT OF MOTION FOR UNKNOWN
CLAIMS REPRESENTATIVE  -7

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0977-2<br>Case 17-60271-JDP<br>U.S. Bankruptcy Court, District of Montana<br>Butte<br>Tue May  8 09:52:02 MDT 2018 | Montana State Fund<br>PO Box 4759<br>Helena, MT 59604-4759 | Oblates Fathers Western Province, Inc.<br>391 Michigan Ave. N.E.<br>Washington, D.C. 20017-1587 |
| PACHULSKI STANG ZIEHL & JONES LLP<br>10100 Santa Monica Blvd.<br>#1300<br>Los Angeles, CA 90067-4114 | ROMAN CATHOLIC BISHOP OF GREAT FALLS, MONTAN<br>P.O. BOX 1399<br>GREAT FALLS, MT 59403-1399 | U.S. Province of the Missionary Oblates of M<br>391 Michigan Ave. N.E.<br>Washington, D.C. 20017-1516 |
| U.S. Bankruptcy Court, District of MT<br>Room 263 Federal Building<br>400 North Main<br>Butte, MT 59701-8866 | 34 Abuse Claimants 'Doe Group'<br>Bryan Smith and Vito de la Cruz<br>Tamaki Law Offices<br>1340 N. 16th Avenue, Suite C<br>Yakima, WA 98902-7106 | 38 Abuse Claimants 'Becker Group'<br>Timothy Kosnoff, Kosnoff Law<br>Metro Office Park, Metro Park 7<br>Street 1, Suite 204 Guyanabo<br>San Juan, PR 00968 |
| ABUSE SURVIVORS<br>DATSOPOULOS, MACDONALD & LIND<br>201 W MAIN ST STE 201<br>MISSOULA MT 59802-4326 | Anderson Family Pharmacy<br>2828 10th Ave S<br>Great Falls, MT 59405-3241 | Arkadin, Inc.<br>Attn: Tonya Booth<br>1501 E Woodfield Rd, 400E<br>Schaumburg, IL 60173-6047 |
| Billings Construction Supply<br>5514 King Ave E<br>Billings, MT 59101-4641 | Billings Gazette Communications<br>PO Box 31238<br>Billings, MT 59107-1238 | Blessed Kateri Tekakwitha<br>PO Box 509<br>Lodge Grass, MT 59050-0509 |
| Blessed Sacrament Parish<br>630 Cheyenne Ave<br>Lame Deer, MT 59043 | Bruce A. Anderson<br>Elsaesser Jarzabek Anderson Elliott & Ma<br>320 East Neider Avenue<br>Suite 102<br>Coeur D Alene, ID 83815-6007 | CENTURYLINK COMMUNICATIONS LLC<br>931 14TH ST STE 900<br>DENVER CO 80202-2994 |
| Career Quest<br>724 1st Ave S<br>Great Falls, MT 59401-3702 | Carquest Auto Parts<br>PO Box 404875<br>Atlanta, GA   30384-4875 | Catholic Foundation of Eastern MT<br>P.O. Box 1345<br>Great Falls, MT 59403-1345 |
| Catholic Management Services<br>4457 Willow Road<br>Suite 100<br>Pleasanton, CA 94588-8554 | Century Link<br>PO Box 91155<br>Seattle, WA 98111-9255 | Christ the King<br>13268 S 5TH St<br>Busby, MT 59016 |
| Christian Brothers Retirement Savings<br>1205 Windham Parkway<br>Romeoville, IL 60446-1672 | Christina Cowick<br>4432 6th Ave S<br>Great Falls, MT 59405-3736 | City of Great Falls<br>Utility Billing Department<br>PO Box 5021<br>Great Falls, MT 59403-5021 |
| Corpus Christi Church<br>Rev. Ryan Erlenbush<br>410 22nd Ave NE<br>Great Falls, MT 59404-1513 | Culligan<br>401 Huffman Ave<br>Great Falls, MT 59404-3298 | Daniel Fasy<br>Fasy Law<br>1752 NW Market St, #1502<br>Seattle, WA 98107-5264 |

| | | |
|---|---|---|
| Dex Media<br>PO Box 79167<br>Phoenix, AZ  85062-9167 | Diocese of Helena<br>PO Box 1729<br>Helena, MT 59624-1729 | Energy West<br>PO Box 2229<br>Great Falls, MT 59403-2229 |
| First Lease, Inc.<br>1 Walnut Grove Dr<br>Suite 300<br>Horsham, PA 19044-2201 | Fr. Marcel Vogel<br>1701 26th St S<br>Apt #3<br>Great Falls, MT 59405-5173 | Gagnon's<br>308 9th Ave S<br>Great Falls, MT 59405-4083 |
| General Unsecured Creditors<br>All in Care-Diocese of Great Falls<br>121 23rd St S<br>Great Falls, MT 59401-3997 | Giulia Marie Arcuri<br>224 Diamond Avenue<br>Newport Beach, CA 92662-1116 | Great Falls Tribune<br>PO Box 677334<br>Dallas, TX  75267-7334 |
| (c)HOLY FAMILY<br>112 1ST AVE<br>GLENTANA MT  59240-9709 | (p)HOLY FAMILY<br>ST LEO CHURCH<br>PO BOX 421<br>LEWISTOWN MT 59457-0421 | Holy Spirit Catholic School<br>2820 Central Ave<br>Great Falls, MT 59401-3412 |
| Holy Spirit Parish<br>Rev. Schlosser and Rev. Wilkins<br>201 44th St S<br>Great Falls, MT 59405-1653 | Holy Trinity Church<br>692 Stockett Rd<br>Centerville, MT 59480 | Immaculate Conception Church<br>Rev. William D'Souza<br>1223 16th St<br>Fort Benton, MT 59442 |
| Immaculate Conception Parish<br>509 N 12th Ave<br>Forsyth, MT 59327 | Immaculate Conception Parish<br>PO Box 789<br>Wolf Point, MT 59201-0789 | Innovative Postal Services<br>PO Box 2565<br>Great Falls, MT  59403-2565 |
| Instrumentalist Awards<br>1838 Techny Court<br>Northbrook, IL 60062-5474 | Internal Revenue Service<br>Centralized Insolvency Op.<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Joseph Blumel III<br>Law Offices of Joseph Blumel III<br>4407 N Division Street, Ste 900<br>Spokane, WA 99207-1660 |
| Jostens<br>21336 Network Place<br>Chicago, IL  60673-1213 | KRTV-TV<br>PO Box 2557<br>Billings, MT 59103-2557 | Kay Walters<br>4142 5th Ave S<br>Great Falls, MT 59405-3724 |
| Knife River<br>PO Box 80066<br>Billings, MT 59108-0066 | Lee James and Craig Vernon<br>James, Vernon and Weeks<br>1626 Lincoln Way<br>Coeur D'Alene, ID 83814-2459 | Lone Pony Web and Management<br>Tia Renee Buzzard<br>2932B Highway 153<br>Twisp, WA 98856-9725 |
| Marlin Leasing Corporation<br>300 Fellowship Rd<br>Mount Laurel, NJ 08054-1727 | Mary Queen of Peace<br>3411 S 34th St<br>Billings, MT 59101 | Meadow Gold Dairies<br>PO Box 710966<br>Denver, CO  80271-0966 |

| | | |
|---|---|---|
| Memorial Monuments and Vaults<br>598 West Franklin<br>Meridian, ID 83642-2825 | MetLife<br>PO Box 803323<br>Kansas City, MO 64180-3323 | Metropolitan Utilities District<br>PO Box 3600<br>Omaha, NE 68103-0600 |
| Milt Datsopoulos and Molly Howard<br>Datsopoulos, MacDonald & Lind<br>201 W Main ST STE 201<br>Missoula MT 59802-4326 | Montana Department of Labor<br>Unemployment Division<br>PO Box 6339<br>Helena, MT 59604-6339 | Montana Dept. of Public Health<br>Laboratory Services Bureau<br>PO Box 4369<br>Helena, MT 59604-4369 |
| Montana Dept. of Revenue<br>PO Box 7701<br>Helena, MT 59604-7701 | Montana State Fund<br>PO Box 31477<br>Billings, MT 59107-1477 | Montana Waste Systems<br>PO Box 2645<br>Great Falls, MT 59403-2645 |
| Montana-Dakota Utilities<br>PO Box 5600<br>Bismark, ND 58506-5600 | Most Rev. Anthony M. Milone<br>7323 Shirley Street, Apt. 209<br>Omaha, NE 68124-1739 | Mountain View Co-Op<br>PO Box 1299<br>Great Falls, MT 59403-1299 |
| NORTHWESTERN ENERGY<br>11 E PARK ST<br>BUTTE, MT 59701-1711 | National Laundry<br>700 Crescent Dr<br>Great Falls, MT 59404-3210 | NorthWestern Energy<br>40 E Broadway<br>Butte, MT 59707-9394 |
| OFFICE OF THE U.S. TRUSTEE<br>U.S. TRUSTEE'S OFFICE<br>LIBERTY CENTER SUITE 204<br>301 CENTRAL AVE<br>GREAT FALLS, MT 59401-3113 | Omaha Public Power Dist.<br>PO Box 3995<br>Omaha, NE 68103-0995 | One License.net<br>7343 South Mason Ave<br>Chicago, IL 60638-6274 |
| Our Lady Of Mercy Mission<br>121 6th Ave W<br>Melstone, MT 59054 | Our Lady of Loretto Parish<br>11723 E Helen St<br>Lodge Grass, MT 59050 | Our Lady of Lourdes<br>409 13th St S<br>Great Falls, MT 59405-2398 |
| Our Lady of Lourdes Parish<br>105 F St W<br>Poplar, MT 59255 | Our Lady of Ransom<br>PO Box 647<br>Chester, MT 59522-0647 | Pharmacy 1<br>2900 12th Ave N<br>Billings, MT 59101-7503 |
| Public Works Utilities<br>PO Box 30958<br>Billings, MT 59107-0958 | QWEST CORPORATION DBA CENTURYLINK<br>931 14ST ST STE 900<br>DENVER CO 80202-2994 | Queen of the Angels<br>PO Box 471<br>Glasgow, MT 59230-0471 |
| Quill Corporation<br>PO Box 37600<br>Philadelphia, PA 19101-0600 | Red's Fixit Shop<br>PO Box 20782<br>Billings, MT 59104-0782 | Republic Service<br>PO Box 78829<br>Phoenix, AZ 85062-8829 |

```
Rev. Anthony J. Schuster              Rev. Charles Gorman                   Rev. Daniel O'Rourke
c/o Joe and Stevi Schuster            2351 Solomon Ave, Apt 157              1701 26th St S, Apt 2
2002 Wyndham Park Dr                  Billings, MT 59102-2885                Great Falls, MT  59405-5173
Billings, MT 59102-8116


Rev. James E. Birkmaier               Rev. James M. Sikora                  Rev. Jerry Connolly
The Lodge                             1915 13th Ave S                        PO Box 456
1801 9th St S, Apt 225                Great Falls, MT  59405-4810            Joliet, MT  59041-0456
Great Falls, MT 59405-5616


Rev. John J. Houlihan                 Rev. John P. Krier                    Rev. Lothar Krauth
2003 Woody Dr, Apt 4                  PO Box 449                             3724 8th Ave N
Billings, MT  59102-2891              Air Way Heights, WA  99001-0449        Great Falls, MT  59401-2229


Rev. Marcel Vogel                     Rev. Peter E. Guthneck                Rev. Richard J. Hopkins
1701 26th St S, Apt. 3                St Mary Church                         c/o Tina Hopkins
Great Falls, MT 59405-5173            PO Box 3009                            26700 Cortrite Ave.
                                      Box Elder, MT 59521-3009               Hemet, CA 92545-9288


Rev. Richard Osterman                 Rev. Robert D. Grosch                 Rev. Ted Szudera
PO Box 2011                           St Patrick Co-Cathedral                PO Box 6507
Red Lodge, MT  59068-2011             215 N 31st St                          Great Falls, MT  59406-6507
                                      Billings, MT 59101-1908


Rev. Terrence P. Regan                Rev. Thomas C. Harney                 Rev. Thomas M. Beggin
PO Box 25                             1440 Granite Ave, Apt B                1631 41st St W
Great Falls, MT  59403-0025           Billings, MT  59102-0716               Billings, MT 59106-1742


Rev. Thomas Tobin                     Rev. William Cawley                   Rev. William Hogan
PO Box 407                            1701 26th St S, Apt 4                  The Lodge
Ekalaka, MT  59324-0407               Great Falls, MT 59405-5173             1801 9th St S, Apt 105
                                                                             Great Falls, MT 59405-5613


SAINT LOUIS CONSULTATION CENTER       SS Cyril and Methodius                Sacred Heart
AKA SAINT LUKE CONSULTATION CENTER    C/O ST BERNARD                         P.O. Box 236
8901 NEW HAMPSHIRE AVE                226 WICKS LANE                         Fort Belknap, MT 59526-0236
SILVER SPRING MD 20903-3611           BILLINGS MT 59105-3725


Sacred Heart Church                   Sacred Heart Mission                  Sacred Heart Mission
PO Box 647                            100 2nd Ave E                          201 44th St S
Chester, MT 59522-0647                Hobson, MT 59452                       Great Falls, MT 59405-1653


Sacred Heart Mission                  Sacred Heart Mission                  Sacred Heart Parish
225 2nd Ave E                         314 Clinton St                         PO Box 36
Dodson, MT 59524                      Bainville, MT 59212                    Glendive, MT 59330-0036
```

Sacred Heart Parish
Rev. Francis Schreiber
316 W Benham St
Glendive, MT 59330-1705

Sacred Heart Parish
Rev. Masilamani Suvakkin
PO Box 309
Bridger, MT 59014-0309

Sacred Heart Parish
Rev. Robert Oswald
120 N Montana Ave
Miles City, MT 59301-3510

Schiff Harden
Everett Cygal
233 South Wacker, Ste. 6600
Chicago, IL 60606-6360

Screening One, Inc.
PO Box 749363
Los Angeles, CA  90074-9363

Snyder Drug
2515 6th Ave N
Great Falls, MT 59401-1996

St Aloysius Parish
112 W Main St
Winnett, MT 59087

St David Parish
225 N Wilber St
Broadus, MT 59317

St Francis De Sales Mission
301 S Main St
Richey, MT 59259

St Francis Of Assisi Parish
500 Wilson Ave
Saco, MT 59261

St John The Evangelist Parish
210 W Center Ave
Baker, MT 59313-9137

St Margaret Parish
623 Brewster St
Geraldine, MT 59446

St Mary Church
Rev. Nelson and Rev. Sticha
101 S 7th St W
Malta, MT 59538

St Mathias Parish
310 2nd St NE
Moore, MT 59464

St Philip Bonitus Parish
404 Timmons St
Scobey, MT 59263

St. Agnes Parish
1 N Word Ave
Red Lodge, MT 59068-9009

St. Albert
304 Minnesota
Hinsdale, MT 59241

St. Ann Cathedral
Rev. Oliver Doyle
715 3rd Ave N
Great Falls, MT 59401-1501

St. Ann Mission
102 Shell St
Vida, MT 59274

St. Ann Mission
13327 Mt Highway 200
Fort Shaw, MT 59443-9409

St. Anthony Catholic Church
235 Main St E
Box Elder, MT 59521

St. Anthony Mission
1100 Main St
Denton, MT 59430

St. Anthony Parish
413 3rd Ave W
Culbertson, MT 59218

St. Anthony Parish
Rev. Barton Stevens
317 West 7th St
Laurel, MT 59044-2054

St. Benedict Church
Rev. Douglas Krings
503 Main St
Roundup, MT 59072-2425

St. Bernard Mission
c/o St. Matthew, Rev. O'Neil
219 7th St SE
Sidney, MT 59270-5034

St. Bernard's Parish
226 Wicks Lane
Billings, MT 59105-3799

St. Catherine Mission
317 7th St W
Fairview, MT 59221

St. Charles Borromeo Mission
21228 S Pryor Gap Road
Pryor, MT 59066

St. Cyril Parish
100 Hill Ave
Geyser, MT 59447

| | | |
|---|---|---|
| St. Dennis Parish<br>76 Highway 1<br>Crow Agency, MT 59022 | St. Francis Xavier Parish<br>PO Box 160<br>Circle, MT 59215-0160 | St. Gabriel Parish<br>404 8th St W<br>Chinook, MT 59523 |
| St. Honorata Mission<br>22 3rd Ave<br>Musselshell, MT 59059 | St. Joan of Arc Parish<br>100 Church Ave<br>Ekalaka, MT 59324 | St. John Church<br>PO Box 309<br>Bridger, MT 59014-0309 |
| St. John the Baptist<br>412 Leavitt Ave<br>Jordan, MT 59337 | St. Joseph<br>206 Orchard Ave<br>Hysham, MT 59038 | St. Joseph<br>P.O. Box 789<br>Wolf Point, MT 59201-0789 |
| St. Joseph Mission<br>PO Box 309<br>Bridger, MT 59014-0309 | St. Joseph Parish<br>910 McLeod St<br>Big Timber, MT 59011-8097 | St. Joseph Parish<br>Rev. Joseph Ponessa<br>716 N Custer Ave<br>Hardin, MT 59034 |
| St. Joseph Parish<br>Rev. Patrick Zabrocki<br>301 N Main St<br>Plentywood, MT 59254-1649 | St. Jude Thaddeus Parish<br>Rev. Daniel Wathen<br>624 4th St<br>Havre, MT 59501 | St. Labre Parish<br>Tongue River Road<br>Ashland, MT 59003 |
| St. Leo the Great Parish<br>Rev. Samuel Spiering<br>102 W Broadway St<br>Lewistown, MT 59457-1735 | St. Margaret Mary Parish<br>320 Water Ave<br>Colstrip, MT 59323-9685 | St. Margaret Mary Parish<br>400 Johannes<br>Big Sandy, MT 59520 |
| St. Margaret Parish<br>206 1st Ave N<br>Clyde Park, MT 59018 | St. Mark Parish<br>128 Castner St<br>Belt, MT 59412 | St. Mary Catholic Church<br>Rev. Joseph Diekhans<br>11 W Quincy Ave<br>Chester, MT 59522 |
| St. Mary Church<br>212 4th Ave<br>Custer, MT 59024 | St. Mary Church<br>Rev. Leo McDowell<br>511 S F St<br>Livingston, MT 59047-3539 | St. Mary Mission<br>100 Main St<br>Raynesford, MT 59469 |
| St. Mary Parish<br>Rev. Gregory Staudinger<br>P.O. Box 956<br>Columbus, MT 59019-0956 | St. Mathias<br>305 Kemp St<br>Ryegate, MT 59074 | St. Matthew Parish<br>219 7th St SE<br>Sidney, MT 59270-5034 |
| St. Michael<br>307 S Woodard St<br>Absarokee, MT 59001 | St. Michael Mission<br>120 2nd Ave<br>Savage, MT 59262 | St. Patrick<br>401 Main St<br>Medicine Lake, MT 59247 |

| | | |
|---|---|---|
| St. Patrick Co Cathedral<br>215 N 31st<br>Billings, MT 59101-1908 | St. Paul Indian Mission<br>#1 Mission Dr<br>Hays, MT 59527 | St. Peter<br>PO Box 217<br>Wibaux, MT 59353-0217 |
| St. Philip<br>P.O. Box 217<br>Wibaux, MT 59353-0217 | St. Pius X Catholic Church<br>Rev. Wayne Pittard<br>717 18th St W<br>Billings, MT 59102-4001 | St. Raphael Parish<br>Rev. Jose Valliparambil<br>412 3rd Ave N<br>Glasgow, MT 59230-1825 |
| St. Rose of Lima Church<br>Rev. Domenico Pizzonia<br>101 4th St W<br>Stanford, MT 59479 | St. Theresa Mission<br>212 N Main St<br>Lambert, MT 59243 | St. Theresa of the Little Flower<br>16638 Iowa<br>Broadview, MT 59015 |
| St. Thomas Aquinas<br>10610 Wing Rd<br>Hogeland, MT 59529 | St. Thomas Mission<br>201 W Conser Ave<br>Plevna, MT 59344 | St. Thomas Mission<br>PO Box 187<br>Popular, MT 59255-0187 |
| St. Thomas The Apostle<br>Rev. Stephen Zabrocki<br>2055 Woody Dr<br>Billings, MT 59102-2803 | St. Thomas the Apostle<br>210 1st Ave SE<br>Harlem, MT 59526-9024 | St. William Mission<br>P.O. Box 646<br>Livingston, MT 59047-0646 |
| Steven J. Heim<br>U.S. Bank National Association<br>U.S. Bancorp Center<br>800 Nicollet Mall, BC-MN-H21N,<br>Minneapolis, Minnesota 55402-7000 | The Lodge Senior Living Cntr<br>1801 9th St S<br>Great Falls, MT 59405-5608 | The St. Louis Consultation Cntr<br>1750 Brentwood Blvd., Ste 602<br>St. Louis, MO 63144-1342 |
| UI Contributions Bureau<br>PO Box 6339<br>Helena, MT 59604-6339 | US SECURITIES AND EXCHANGE COMMISSION<br>LOS ANGELES REGIONAL OFFICE<br>ATTN SANDRA LAVIGNA<br>444 S FLOWER ST STE 900<br>LOS ANGELES CA 90071-2934 | Universal Athletic Service<br>912 N 7th S Ave<br>Bozeman, MT 59715-2540 |
| Verizon<br>PO Box 660108<br>Dallas, TX 75266-0108 | Very Rev. Jay Peterson<br>1701 26th St S, Apt 1<br>Great Falls, MT 59405-5173 | W. Carl Mendenhall<br>Warden Thane P.C.<br>PO Box 4747<br>Missoula, MT 59806-4747 |
| World Library Publications<br>J.S. Paluch Co., Inc.<br>PO Box 2703<br>Schiller Park, IL 60176-0703 | AARON YORK<br>OFFICE OF THE US TRUSTEE<br>ATTN: LESLIE<br>301 CENTRAL AVENUE STE 204<br>GREAT FALLS, MT 59401-3113 | BONNIE SHUSTER<br>US DEPT OF JUSTICE<br>OFFICE OF THE US TRUSTEE<br>720 EAST PARK BLVD, SUITE 220<br>BOISE, ID 83712-7785 |
| BRUCE A ANDERSON<br>ELSAESSER JARZABEK ANDERSON ELLIOT & MAC<br>320 E NEIDER AVE STE 102<br>COEUR D'ALENE, ID 83815-6007 | BRUCE ALAN ANDERSON<br>ELSAESSER ANDERSON, Chtd.<br>320 East Neider Avenue<br>Suite 102<br>COEUR D'ALENE, ID 83815-6007 | Drew Blewett<br>Hoyt & Blewett PLLC<br>PO Box 2807<br>Great Falls, MT 59403-2807 |

```
FORD ELSAESSER                      FORD ELSAESSER                      GREGORY J HATLEY
PO BOX 2220                         ELSAESSER ANDERSON, CHTD.           DAVIS HATLEY HAFFEMAN & TIGHE PC
SANDPOINT, ID 83864-0909            PO BOX 1049                         101 RIVER DRIVE NORTH
                                    414 Church Street, Suite 201        GREAT FALLS, MT 59401-2599
                                    SANDPOINT, ID 83864-0070


Gary Dyer W.                        JOSEPH PONESSA                      MAXON R. DAVIS
U.S. Department of Justice          710 NORTH CUSTER AVE                DAVIS, HATLEY, HAFFEMAN & TIGHE, P.C.
Office of the United States Trustee HARDIN, MT 59034-1527               101 RIVER DRIVE NORTH
920 W. Riverside Ave,                                                   GREAT FALLS, MT 59401-2599
Suite 593
Spokane, WA 99201-1012
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Holy Family
530 Main St
Winifred, MT 59489
```

Addresses marked (c) above for the following entity/entities were corrected as required by the USPS Locatable Address Conversion System (LACS).

```
Holy Family
102 1st Ave N
Glentana, MT 59240
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Abuse Survivors                  (u)BERKLEY RESEARCH GROUP           (u)BILLINGS CATHOLIC SCHOOLS


(u)Catholic Mutual Relief Society   (u)Corpus Christi (Great Falls)     (u)HEAD START, INC.


(u)Holy Family Parish Great Falls, Montana   (u)Holy Spirit (Great Falls)   (u)Mary Queen of Peace, Billings, Montana
```