Alan C. Bryan (ID No.: 4501)
Crowley Fleck PLLP
500 Transwestern Plaza II
490 North 31st Street
P. O. Box 2529
Billings, MT  59103-2529
Telephone: (406) 252-3441
Email:  abryan@crowleyfleck.com

Attorneys for St. Labre Indian Educational Association

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| IN RE: ) | Bankruptcy No.:  17-60271 |
| ) | |
| ROMAN CATHOLIC BISHOP OF GREAT ) | **NOTICE OF APPEARANCE AND** |
| FALLS, MONTANA, A MONTANA ) | **REQUEST FOR SPECIAL NOTICE** |
| RELIGIOUS CORPORATE SOLE (aka ) | |
| DIOCESE OF GREAT FALLS-BILLINGS) ) | |
| ) | |
| Debtor. ) | |
| _____ | |

   Pursuant to Fed. R. Bankr. P. 2002 (i) and (g), St. Labre Indian Educational Association, a party-in-interest in the above-entitled bankruptcy case hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest, whether sent by the Court, the Debtor or any other party in the case, be sent or delivered to the undersigned; and pursuant to Fed. R. Bankr. P. 2002 (g), the following be added to the Court's master mailing list:

   Alan C. Bryan
   Crowley Fleck PLLP
   500 Transwestern Plaza II
   490 North 31st Street
   PO Box 2529
   Billings, MT  59103-2529
   406-252-3441
   Fax: 406-252-3181
   E-mail:  abryan@crowleyfleck.com

1

Such notices shall include notices by mail, fax, telephone, or any other means of transmission, and the notices requested shall include, but not be limited to, all notices relating to the matters set forth in Fed. R. Bankr. P. 2002; matters relating to any motion for the appointment of a trustee, or conversion or dismissal of the case; matters relating to the proposing or confirmation of a plan; matters relating to that of protection and the Debtors obtaining credit under 11 U.S.C. §§ 361 or 364; and matters relating to the use, sale or lease of property under 11 U.S.C. § 363; and assumption or rejection of executory contracts or unexpired leases under 11 U.S.C. § 365.

Dated this 12th day of June, 2018.

CROWLEY FLECK PLLP

By    /s/ Alan C. Bryan
ALAN C. BRYAN
  PO Box 2529
  Billings, MT  59103-2529
Attorneys for St. Labre Indian Educational Association

## CERTIFICATE OF SERVICE

I, Alan C. Bryan, hereby certify under penalty of perjury that I electronically filed a true and exact copy of the foregoing Notice of Appearance and Request for Special Notice with the Clerk of Court using the CM/ECF system, which shall send notification electronically to parties in interest served by the Court's CM/ECF.

   /s/ Alan C. Bryan
ALAN C. BRYAN
  Crowley Fleck PLLP
  PO Box 2529
  Billings, MT  59103-2529
Attorneys for St. Labre Indian Educational Association