UNITED STATES BANKRUPTCY COURT
DISTRICT OF MONTANA

In re:

Roman Catholic Bishop of Great Falls Montana,
a Montana Religious Corporate Sole
(Diocese of Great Falls),

        Debtor-in-Possession

Case No. 17-60271

Chapter 11

**ORDER AUTHORIZING SALE OF REAL PROPERTY**
(TRACT 1 AND TRACT 2 OF BLESSED SACRAMENT ADDITION)
PURSUANT TO 11 U.S.C. ' 363(B)

In this Chapter 11 case, the Debtor in Possession filed on June 21, 2018, a Motion for Authorization to Sell Real Property (Tract 1 and Tract 2 of Blessed Sacrament Addition), and Notice, [Docket #391], which proposed to sell the following described property located in Cascade County, Montana:

> Tracts 1 and 2 of the Blessed Sacrament Addition, minor subdivision plat file 10/18/2017 as P-2017-0000029, records of Cascade County, Montana.
>
> Deed Reference: Volume 109 of Deed, Page 57

Pursuant to the Debtor-in-Possession's Motion, and Bankruptcy Rule 6004(b), Objections to the proposed sale were required to be filed with the Court and served on the Debtor-in-Possession within fourteen (14) days of service of the Motion. No objections having been filed, and for good cause appearing,

IT IS HEREBY ORDERED the Debtor's Motion is APPROVED and the Debtor-in-Possession is hereby authorized to sell the real property to James S. Flipowicz and Debra Flipowicz, pursuant to the terms and conditions set forth in the Motion.

IT IS FURTHER HEREBY ORDERED that, after payment of costs of title insurance and closing costs, all net sale proceeds shall be paid to the Diocese and deposited in the debtor-in-possession general operating accounts, and that said sale proceeds shall not be withdrawn from that account without further order of the Court.

Dated: July 9, 2018

_____
Honorable Jim D. Pappas
United States Bankruptcy Judge