DENNIS W. BRAULIC

917 EAST 12TH AVENUE

POST FALLS, IDAHO 83854

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| In re<br><br>ROMAN CATHOLIC BISHOPS<br><br>GREAT FALLS, MONTANA, A<br><br>MONTANA RELIGIOUS CORPORATE,<br><br>SOLE | Case No. 17-60271-11<br><br>MOTION OF OBJECTION TO THE DISCLOSURE STATEMENT and ESTABLISHING PROCEDURES FOR SOLICITATION AND TABULATION OF VOTES TO ACCEPT OR REJECT THE PLAN:<br><br>AND THE ORDER APPROVING THE DISCLOSURE STATEMENT AND ESTABLISHING PROCEDURES FOR SOLICITATION AND TABULATION OF VOTES TO ACCEPT OR REJECT THE PLAN<br><br>AND<br>A MOTION TO NOTIFY THE COURT THAT THE VICTIM, CREDITOR DENNIS W. BRAULICK KNOWN SUCH IN ALL CLAIMS AGAINST THE ROMAN CATHOLIC BISHIPS AND THE GREAT FALLS, BILLINGS DIOCESES is now independent Pro Se, representing himself in these matters and all notices are to be mailed to the above address |

_DENNIS W. BRAULICK, Attorney Pro Se, and as an Independent Creditor and Victim, moves The UNITED STATE BANKRUPTCY COURT FOR THE DISTRICT OF MONTANA in this **Motion of Objection to Reject The Order Approving Disclosure Statement and Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Plan, pursuant to UNITED STATES BANKRUPTCY CODES 1101 TO 1174 , CHAPTER 11 REORGANIZATION.**

MOTION OF OBJECTION APPROVING DICSLOSURE STATEMENT an d ESTABLISHING PROCEDURES FOR SOLICITATION AND TABULATION OF VOTES TO ACCEPT OR REJECT THE PLAN

PAGE 1

1. That DENNIS W. BRAULICK Plaintiff, Victim, Creditor, is now informing The UNITED STATE BANKRUPTCY COURT FOR THE DISTRICT OF MONTANA, that this Disabled American Veteran, an a Severely abused Victim and Creditor of the **ROMAN CATHOLIC BISHOPS GREAT FALLS, MONTANA, A MONTANA RELIGIOUS CORPORATE, SOLE** informs the Court that He is now Attorney Pro Se, and all Correspondence are to be mailed to DENNIS W. BRAULICK 917 East 12th Avenue Post Falls, Idaho, with all care and diligence.

2. That DENNIS W. BRAULICK Plaintiff, Victim, Creditor, is filing this **Motion of Objection to The Order Approving Disclosure Statement and Establishing Procedures for Solicitation and Tabulation of Votes to accept or Reject the Plan, pursuant to UNITED STATES BANKRUPTCY CODES 1101 TO 1174, CHAPTER 11 REORGANIZATION.**

3. That DENNIS W. BRAULICK Plaintiff, Victim, and Creditor was never informed of any action occurring on or even after April 9, 2018, Settlement Conference, or resulting actions no knowledge of being able to object or voice opinions and extreme concerns on the actions of the **ROMAN CATHOLIC BISHOPS GREAT FALLS, MONTANA, A MONTANA RELIGIOUS CORPORATE, SOLE.**

4. That DENNIS W. BRAULICK Plaintiff, Victim, Creditor also states that this Objection is made because the ROMAN CATHOLIC BISHOPS GREAT FALLS, MONTANA, A MONTANA RELIGIOUS CORPORATE, SOLE has used misleading and has acted in a threatening manner not to pay any type of settlement, such as Bishop Warfield's statement that everyone should take their offer or he'll keep us all in court until we are dead. This statement was made at the September 6-7, 2017 when the Honorable Judge Gregg W. Zive seemed to act pro- ROMAN CATHOLIC BISHOPS GREAT FALLS, MONTANA, A MONTANA RELIGIOUS CORPORATE, SOLE in that he favored not telling what they had offered and covered for the ROMAN CATHOLIC BISHOPS GREAT FALLS, MONTANA, A MONTANA RELIGIOUS CORPORATE, SOLE when DENNIS W. BRAULICK Plaintiff, Victim, Creditor objected to not being told what the Catholic Church was offering, that offer was an Insult at $34,000.00 Thirty four thousand dollars and no cents when the Victims were in the $900,000.00 Nine hundred thousand dollar and no cent range, Judge Gregg W. Zive refused to hold - ROMAN CATHOLIC BISHOPS GREAT FALLS, MONTANA, A MONTANA RELIGIOUS CORPORATE, SOLE in contempt of court for not acting in good faith. And even put a gag order on the meeting after Bishop Warfield's statement.

5. That DENNIS W. BRAULICK Plaintiff, Victim, Creditor also states that this Objection is made because the ROMAN CATHOLIC BISHOPS GREAT FALLS, MONTANA, A MONTANA RELIGIOUS CORPORATE, SOLE has stated that the UNITED STATE BANKRUPTCY COURT FOR THE DISTRICT OF MONTANA'S Trustee would somehow need years to figure out how much the ROMAN CATHOLIC BISHOPS GREAT

MOTION OF OBJECTION APPROVING DICSLOSURE STATEMENT an d ESTABLISHING PROCEDURES FOR SOLICITATION AND TABULATION OF VOTES TO ACCEPT OR REJECT THE PLAN

PAGE 2

FALLS, MONTANA, A MONTANA RELIGIOUS CORPORATE, SOLE properties are worth. I believe the Bankruptcy Court has enough resources at its disposal to make a clear and proper accounting of all **ROMAN** CATHOLIC BISHOPS GREAT FALLS, MONTANA, A MONTANA RELIGIOUS CORPORATE, SOLE properties.

6. That DENNIS W. BRAULICK Plaintiff, Victim, Creditor also states that this Objection is made because has a track record of Deception and Misuse, or Misplacing Records, and known funds, and asks the UNITED STATE BANKRUPTCY COURT FOR THE DISTRICT OF MONTANA to call in the Resources of the United States Internal Revenue Service and the Federal Bureau of Investigation to truly solve the misplaced and hidden assets that the ROMAN CATHOLIC BISHOPS GREAT FALLS, MONTANA, A MONTANA RELIGIOUS CORPORATE, SOLE is trying to make the Victim's in this matter believe they do not have or could locate those assets and funds.

7. That DENNIS W. BRAULICK Plaintiff, Victim, Creditor also states that this Objection is made because the ROMAN CATHOLIC BISHOPS GREAT FALLS, MONTANA, A MONTANA RELIGIOUS CORPORATE, SOLE has stated the use of the term Ecclesiastical properties, when in fact the Vitim's and Creditors hold that this is just a ploy to save the Church.

8. That DENNIS W. BRAULICK Plaintiff, Victim, Creditor also states that this Objection is made because the ROMAN CATHOLIC BISHOPS GREAT FALLS, MONTANA, A MONTANA RELIGIOUS CORPORATE, SOLE has stated the use of the term Ecclesiastical properties, where this Victim, was brutally assaulted by Ecclesiastical Property known as Aspergillum on so called Ecclesiastical Property

9. That DENNIS W. BRAULICK Plaintiff, Victim, Creditor asks the court for this objection to be Upheld and a new hearing on this matter is requested.

10. That DENNIS W. BRAULICK Plaintiff, Victim, Creditor, request the UNITED STATE BANKRUPTCY COURT FOR THE DISTRICT OF MONTANA'S Trustee would collect all knowledge on Bank accounts, Assets, and Properties and supply a true and fair value to the Victims and Creditor's their Attorney's, and counsels and this individual That DENNIS W. BRAULICK Plaintiff, Victim, Creditor

That DENNIS W. BRAULICK Plaintiff, Victim, Creditor, request the UNITED STATE BANKRUPTCY COURT FOR THE DISTRICT OF MONTANA That DENNIS W. BRAULICK Plaintiff, Victim, Creditor, request the UNITED STATE BANKRUPTCY COURT

MOTION OF OBJECTION APPROVING DICSLOSURE STATEMENT an d ESTABLISHING PROCEDURES FOR SOLICITATION AND TABULATION OF VOTES TO ACCEPT OR REJECT THE PLAN

PAGE 3

FOR THE DISTRICT OF MONTANA, moves the Court for all benefits and rulings for the Victim's and Creditor's.

That DENNIS W. BRAULICK Plaintiff, Victim, Creditor, request and in any and all remedies of the Court for the Petitioner

**DATED THIS 27th day of July, 2018**

By _____

Dennis W. Braulick

**Plaintiff/ Attorney Pro Se, Victim and Creditor**

MOTION OF OBJECTION APPROVING DICSLOSURE STATEMENT an d ESTABLISHING PROCEDURES FOR SOLICITATION AND TABULATION OF VOTES TO ACCEPT OR REJECT THE PLAN

PAGE 4

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **Motion of Objection to Reject The Order Approving Disclosure Statement and Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Plan as Per the following:**

[X] Mailed, with First Class Postage prepaid thereon;

[ ] Hand Delivered;

[ ] Faxed;

DATED THIS 27th Day of July, 2018

By _____

**Dennis W. Braulick**

Plaintiff/ Attorney Pro Se, Victim and Creditor

## UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MONTANA

FEDERAL BUILDING

400 NORTH MAIN

BUTTE, MONTANA 59701

Telephone: (406) 497-1240

Fax (406)

UNITED STATES TRUSTEE

OFFICE OF THE UNITED STATES TRUSTEE

301 CENTRAL AVENUE SOUTH, SUITE 204

GREAT FALLS, MONTANA 59401

MOTION OF OBJECTION APPROVING DICSLOSURE STATEMENT an d ESTABLISHING PROCEDURES FOR SOLICITATION AND TABULATION OF VOTES TO ACCEPT OR REJECT THE PLAN

PAGE 5

ELSAESSER, ANDERSON, CHTD.,

FORD ELSAESSER ESQ., BRUCE a. ANDERSON , Esq.

320 EAST NIEDER AVENUE SUITE 102

COEUR d' ALENE, IDAHO 83815


ATTORNEYS FOR THE COMMITTEE PACHULSKI STANG ZIEHL & JONES LLP

PACHULSKI STANG ZEIHL and JONES LLP

10100 SANTA MONICA BOULEVARD,

13TH FLOOR

LOS ANGELAS, CALIFORNIA 90067

ATTENTION JAMES L. STANG Esq.


ILAN D. SCHARF

780 THIRD AVENUE, 36TH FLOOR

NEW YORK, NEW YORK 10017

ATTENTION ILAN D. SCHARF Esq.


Dennis W. Braulick

917 East 12th Avenue

Post Falls, Idaho   83854

Telephone 208-704-1737


DUSTIN M. CHAOUINARD

601 S 1ST. STREET

HAMILTON, MONTANA 59840

MOTION OF OBJECTION APPROVING DICSLOSURE STATEMENT an d ESTABLISHING PROCEDURES FOR SOLICITATION AND TABULATION OF VOTES TO ACCEPT OR REJECT THE PLAN

PAGE 6