Ford Elsaesser, ISB #2205
Bruce A. Anderson, ISB #3392
ELSAESSER ANDERSON, CHTD.
Attorneys at Law
320 East Neider Avenue, Suite 102
Coeur d'Alene, ID 83815
Tel:   (208) 667-2900
Fax:   (208) 667-2150
Email ford@eaidaho.com
      brucea@eaidaho.com

Attorneys for Debtor-in-Possession

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| In re:<br><br>Roman Catholic Bishop of Great Falls, Montana, a Montana Religious Corporate Sole (Diocese of Great Falls),<br><br>Debtor-In-Possession. | Case No. 17-60271<br><br>Chapter 11 |

## BALLOT SUMMARY

COMES NOW The Roman Catholic Bishop of Great Falls, Montana, a Religious Corporate Sole (Diocese of Great Falls) ("Diocese"), Debtor-in-Possession herein, by and through its undersigned counsel Bruce A. Anderson of Elsaesser Anderson, Chtd., and hereby submits its Ballot Summary as received by the office of Elsaesser Anderson, Chtd., as follows:

See Ballot Summary detail attached hereto.

DATED this 10th day of August, 2018.

ELSAESSER ANDERSON, CHTD.

/s/ Bruce A. Anderson
Bruce A. Anderson
Attorney for Debtor-in-Possession

BALLOT SUMMARY - 1

## CERTIFICATE OF SERVICE

I, Bruce A. Anderson, declare as follows:

I am employed by Elsaesser Anderson, Chtd., Coeur d'Alene, Idaho; I am over the age of eighteen years and not a party to this action; the firm's business address is 320 East Neider Avenue, Suite 102, Coeur d'Alene, Idaho 83815.

I certify that on August 10, 2018, I served the foregoing on all ECF participants as indicated on the Court's ECF system.

Additionally, by regular first class mail, I mailed a copy to the parties on the attached MML*, and to confidential claimant C.E.

I swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: August 10, 2018              /s/ *Bruce A. Anderson*
                                    Bruce A. Anderson

* The attached list will not be mailed out to creditors, but will be on file with the United States Bankruptcy Court. A copy will be provided upon request.

## SUMMARY OF BALLOTING

Case Name: Diocese of Great Falls
Case No.: 17-60271

| Class – Per Plan Designation | Description | Class Impaired? | Number of filed ballots accepting the plan (A) and rejecting the plan (R) | Percentage of accepting ballots | Amount ($) of filed ballots accepting the plan (A) and rejecting the plan(R) | $ Percentage of accepting ballots | Result |
|---|---|---|---|---|---|---|---|
| Class 3 | Tort Claims (At $1.00 per claim for voting) | Yes | (A) 83 (R) 1 | 98.8% | (A) $83.00 (R) $1.00 | 98.8% | Accept |
| Class 4 | Unknown Tort Claims | Yes | (A) 1 (R) 0 | 100% | (A) $1.00 (R) 0 | 100% | Accept |
| Class 5 Unsecured | General Unsecured Claims | Yes | (A) 3 (R) 0 | 100% | (A) $49,073.22 (R) 0 | 100% | Accept |

**Class 3 - Tort Claims**

| Creditor | Scheduled Amount | Tabulated Vote Amount | Vote | Debtor Object to Claim |
|---|---|---|---|---|
| SA8 | | $1.00 | Accept | No |
| SA9 | | $1.00 | Accept | No |
| SA10 | | $1.00 | Accept | No |
| SA11 | | $1.00 | Accept | No |
| SA12 | | $1.00 | Accept | No |
| SA13 | | $1.00 | Accept | No |
| SA14 | | $1.00 | Accept | No |
| SA15 | | $1.00 | Accept | No |
| SA16 | | $1.00 | Accept | No |
| SA17 | | $1.00 | Accept | No |
| SA18 | | $1.00 | Accept | No |
| SA19 | | $1.00 | Accept | No |
| SA20 | | $1.00 | Accept | No |
| SA21 | | $1.00 | Accept | No |
| SA22 | | $1.00 | Accept | No |
| SA23 | | $1.00 | Accept | No |
| SA25 | | $1.00 | Accept | No |
| SA26 | | $1.00 | Accept | No |
| SA27 | | $1.00 | Accept | No |
| SA28 | | $1.00 | Accept | No |
| SA29 | | $1.00 | Accept | No |
| SA30 | | $1.00 | Accept | No |
| SA31 | | $1.00 | Accept | No |
| SA32 | | $1.00 | Accept | No |
| SA33 | | $1.00 | Accept | No |
| SA34 | | $1.00 | Accept | No |
| SA35 | | $1.00 | Accept | No |
| SA36 | | $1.00 | Accept | No |
| SA37 | | $1.00 | Accept | No |
| SA38 | | $1.00 | Accept | No |
| SA39 | | $1.00 | Accept | No |
| SA40 | | $1.00 | Accept | No |
| SA41 | | $1.00 | Accept | No |
| SA42 | | $1.00 | Accept | No |
| SA43 | | $1.00 | Accept | No |
| SA44 | | $1.00 | Accept | No |
| SA45 | | $1.00 | Accept | No |
| SA46 | | $1.00 | Accept | No |
| SA47 | | $1.00 | Accept | No |
| SA48 | | $1.00 | Accept | No |
| SA49 | | $1.00 | Accept | No |
| SA50 | | $1.00 | Accept | No |

| | | | |
|---|---|---|---|
| SA51 | $1.00 | Accept | No |
| SA52 | $1.00 | Accept | No |
| SA53 | $1.00 | Accept | No |
| SA54 | $1.00 | Accept | No |
| SA55 | $1.00 | Accept | No |
| SA56 | $1.00 | Accept | No |
| SA57 | $1.00 | Accept | No |
| SA58 | $1.00 | Accept | No |
| SA59 | $1.00 | Accept | No |
| SA60 | $1.00 | Accept | No |
| SA62 | $1.00 | Accept | No |
| SA63 | $1.00 | Accept | No |
| SA64 | $1.00 | Accept | No |
| SA65 | $1.00 | Accept | No |
| SA66 | $1.00 | Accept | No |
| SA67 | $1.00 | Accept | No |
| SA68 | $1.00 | Accept | No |
| SA69 | $1.00 | Accept | No |
| SA70 | $1.00 | Accept | No |
| SA72 | | not returned | |
| SA73 | $1.00 | Accept | No |
| SA74 | $1.00 | Accept | No |
| SA75 | | not returned | |
| SA76 | $1.00 | Accept | No |
| SA77 | $1.00 | Accept | No |
| SA78 | $1.00 | Accept | No |
| SA79 | $1.00 | Accept | No |
| SA80 | $1.00 | Accept | No |
| SA81 | $1.00 | Accept | No |
| SA82 | $1.00 | Accept | No |
| SA83 | $1.00 | Accept | No |
| SA84 | $1.00 | Accept | No |
| SA85 | $1.00 | Accept | No |
| SA86 | $1.00 | Accept | No |
| SA87 | $1.00 | Accept | No |
| SA88 | $1.00 | Accept | No |
| SA89 | $1.00 | Accept | No |
| SA90 | | not returned | |
| SA91 | $1.00 | Accept | No |
| SA92 | $1.00 | Accept | No |
| SA93 | $1.00 | Accept | No |
| SA94 | | not returned | |
| SA95 | $1.00 | Accept | No |
| SA96 | $1.00 | Reject | Yes |

**Class 4 - Unknown Tort Claims**

| Creditor | Scheduled Amount | Tabulated Vote Amount | Vote | Debtor Object to Claim |
|---|---|---|---|---|
| Unknown Tort Claimant | | $1.00 | Accept | No |

**Class 5 - General Unsecured Claims**

| Creditor | Tabulated Vote Amount | Vote | Debtor Object to Claim |
|---|---|---|---|
| Career Quest, LLC | $1,134.96 | Accept | No |
| Diocese of Helena | $15,919.93 | Accept | No |
| Catholic Foundation of Eastern Montana | $32,018.33 | Accept | No |
| | $49,073.22 | | |

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0977-2<br>Case 17-60271-JDP<br>U.S. Bankruptcy Court, District of Montana<br>Butte<br>Wed Aug  8 09:52:14 MDT 2018 | Montana State Fund<br>PO Box 4759<br>Helena, MT 59604-4759 | Oblates Fathers Western Province, Inc.<br>391 Michigan Ave. N.E.<br>Washington, D.C. 20017-1587 |
| PACHULSKI STANG ZIEHL & JONES LLP<br>10100 Santa Monica Blvd.<br>#1300<br>Los Angeles, CA 90067-4114 | ROMAN CATHOLIC BISHOP OF GREAT FALLS, MONTAN<br>P.O. BOX 1399<br>GREAT FALLS, MT 59403-1399 | U.S. Province of the Missionary Oblates of M<br>391 Michigan Ave. N.E.    DUP<br>Washington, D.C. 20017-1516 |
| U.S. Bankruptcy Court, District of MT<br>Room 263 Federal Building<br>400 North Main<br>Butte, MT 59701-8866 | 34 Abuse Claimants 'Doe Group'<br>Bryan Smith and Vito de la Cruz<br>Tamaki Law Offices<br>1340 N. 16th Avenue, Suite C<br>Yakima, WA 98902-7106 | 38 Abuse Claimants 'Becker Group'<br>Timothy Kosnoff, Kosnoff Law<br>Metro Office Park, Metro Park 7<br>Street 1, Suite 204 Guyanabo<br>San Juan, PR 00968 |
| ABUSE SURVIVORS<br>DATSOPOULOS, MACDONALD & LIND<br>201 W MAIN ST STE 201<br>MISSOULA MT 59802-4326 | Anderson Family Pharmacy<br>2828 10th Ave S<br>Great Falls, MT 59405-3241 | Arkadin, Inc.<br>Attn: Tonya Booth<br>1501 E Woodfield Rd, 400E<br>Schaumburg, IL 60173-6047 |
| Billings Construction Supply<br>5514 King Ave E<br>Billings, MT 59101-4641 | Billings Gazette Communications<br>PO Box 31238<br>Billings, MT 59107-1238 | Blessed Kateri Tekakwitha<br>PO Box 509<br>Lodge Grass, MT 59050-0509 |
| Blessed Sacrament Parish<br>630 Cheyenne Ave<br>Lame Deer, MT 59043 | Bruce A. Anderson<br>Elsaesser Jarzabek Anderson Elliott & Ma<br>320 East Neider Avenue<br>Suite 102<br>Coeur D Alene, ID 83815-6007 | CENTURYLINK COMMUNICATIONS LLC<br>931 14TH ST STE 900    DUP<br>DENVER CO 80202-2994 |
| Career Quest<br>724 1st Ave S<br>Great Falls, MT 59401-3702 | Carquest Auto Parts<br>PO Box 404875<br>Atlanta, GA   30384-4875 | Catholic Foundation of Eastern MT<br>P.O. Box 1345<br>Great Falls, MT 59403-1345 |
| Catholic Management Services<br>4457 Willow Road<br>Suite 100<br>Pleasanton, CA 94588-8554 | Century Link<br>PO Box 91155<br>Seattle, WA 98111-9255 | Christ the King<br>13268 S 5TH St<br>Busby, MT 59016 |
| Christian Brothers Retirement Savings<br>1205 Windham Parkway<br>Romeoville, IL 60446-1672 | Christina Cowick<br>4432 6th Ave S<br>Great Falls, MT 59405-3736 | City of Great Falls<br>Utility Billing Department<br>PO Box 5021<br>Great Falls, MT 59403-5021 |
| Corpus Christi Church<br>Rev. Ryan Erlenbush<br>410 22nd Ave NE<br>Great Falls, MT 59404-1513 | Culligan<br>401 Huffman Ave<br>Great Falls, MT 59404-3298 | Daniel Fasy<br>Fasy Law<br>1752 NW Market St, #1502<br>Seattle, WA 98107-5264 |

| | | |
|---|---|---|
| Dex Media<br>PO Box 79167<br>Phoenix, AZ  85062-9167 | Diocese of Helena<br>PO Box 1729<br>Helena, MT 59624-1729 | Energy West<br>PO Box 2229<br>Great Falls, MT  59403-2229 |
| First Lease, Inc.<br>1 Walnut Grove Dr<br>Suite 300<br>Horsham, PA 19044-2201 | Fr. Marcel Vogel<br>1701 26th St S<br>Apt #3<br>Great Falls, MT 59405-5173 | Gagnon's<br>308 9th Ave S<br>Great Falls, MT 59405-4083 |
| General Unsecured Creditors<br>All in Care-Diocese of Great Falls<br>121 23rd St S<br>Great Falls, MT 59401-3997 | Giulia Marie Arcuri<br>224 Diamond Avenue<br>Newport Beach, CA 92662-1116 | Great Falls Tribune<br>PO Box 677334<br>Dallas, TX  75267-7334 |
| (c)HOLY FAMILY<br>112 1ST AVE<br>GLENTANA MT  59240-9709 | (p)HOLY FAMILY<br>ST LEO CHURCH<br>PO BOX 421<br>LEWISTOWN MT 59457-0421 | Holy Spirit Catholic School<br>2820 Central Ave<br>Great Falls, MT 59401-3412 |
| Holy Spirit Parish<br>Rev. Schlosser and Rev. Wilkins<br>201 44th St S<br>Great Falls, MT 59405-1653 | Holy Trinity Church<br>692 Stockett Rd<br>Centerville, MT 59480 | Immaculate Conception Church<br>Rev. William D'Souza<br>1223 16th St<br>Fort Benton, MT 59442 |
| Immaculate Conception Parish<br>509 N 12th Ave<br>Forsyth, MT 59327 | Immaculate Conception Parish<br>PO Box 789<br>Wolf Point, MT 59201-0789 | Innovative Postal Services<br>PO Box 2565<br>Great Falls, MT  59403-2565 |
| Instrumentalist Awards<br>1838 Techny Court<br>Northbrook, IL 60062-5474 | Internal Revenue Service<br>Centralized Insolvency Op.<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Joseph Blumel III<br>Law Offices of Joseph Blumel III<br>4407 N Division Street, Ste 900<br>Spokane, WA 99207-1660 |
| Joseph Steven Wilcox<br>c/o James Edmiston<br>Edmiston and Colton<br>310 Grand Avenue<br>Billings, MT 59101-5923 | Jostens<br>21336 Network Place<br>Chicago, IL  60673-1213 | KRTV-TV<br>PO Box 2557<br>Billings, MT 59103-2557 |
| Kay Walters<br>4142 5th Ave S<br>Great Falls, MT 59405-3724 | Knife River<br>PO Box 80066<br>Billings, MT 59108-0066 | Lee James and Craig Vernon<br>James, Vernon and Weeks<br>1626 Lincoln Way<br>Coeur D Alene, ID 83814-2459 |
| Lone Pony Web and Management<br>Tia Renee Buzzard<br>2932B Highway 153<br>Twisp, WA 98856-9725 | Marlin Leasing Corporation<br>300 Fellowship Rd<br>Mount Laurel, NJ 08054-1727 | Mary Queen of Peace<br>3411 S 34th St<br>Billings, MT 59101 |

Meadow Gold Dairies
PO Box 710966
Denver, CO 80271-0966

Memorial Monuments and Vaults
598 West Franklin
Meridian, ID 83642-2825

MetLife
PO Box 803323
Kansas City, MO 64180-3323

Metropolitan Utilities District
PO Box 3600
Omaha, NE 68103-0600

Milt Datsopoulos and Molly Howard
Datsopoulos, MacDonald & Lind
201 W Main ST STE 201
Missoula MT 59802-4326

Montana Department of Labor
Unemployment Division
PO Box 6339
Helena, MT 59604-6339

Montana Dept. of Public Health
Laboratory Services Bureau
PO Box 4369
Helena, MT 59604-4369

Montana Dept. of Revenue
PO Box 7701
Helena, MT 59604-7701

Montana State Fund
PO Box 31477
Billings, MT 59107-1477

Montana Waste Systems
PO Box 2645
Great Falls, MT 59403-2645

Montana-Dakota Utilities
PO Box 5600
Bismark, ND 58506-5600

Most Rev. Anthony M. Milone
7323 Shirley Street, Apt. 209
Omaha, NE 68124-1739

Mountain View Co-Op
PO Box 1299
Great Falls, MT 59403-1299

NORTHWESTERN ENERGY
11 E PARK ST
BUTTE, MT 59701-1711

National Laundry
700 Crescent Dr
Great Falls, MT 59404-3210

NorthWestern Energy
40 E Broadway
Butte, MT 59707-9394

OFFICE OF THE U.S. TRUSTEE
U.S. TRUSTEE'S OFFICE
LIBERTY CENTER SUITE 204
301 CENTRAL AVE
GREAT FALLS, MT 59401-3113

Omaha Public Power Dist.
PO Box 3995
Omaha, NE 68103-0995

One License.net
7343 South Mason Ave
Chicago, IL 60638-6274

Our Lady Of Mercy Mission
121 6th Ave W
Melstone, MT 59054

Our Lady of Loretto Parish
11723 E Helen St
Lodge Grass, MT 59050

Our Lady of Lourdes
409 13th St S
Great Falls, MT 59405-2398

Our Lady of Lourdes Church
PO Box 187
Poplar, MT 59255-0187

Our Lady of Ransom
PO Box 647
Chester, MT 59522-0647

Pharmacy 1
2900 12th Ave N
Billings, MT 59101-7503

Public Works Utilities
PO Box 30958
Billings, MT 59107-0958

QWEST CORPORATION DBA CENTURYLINK
931 14ST ST STE 900
DENVER CO 80202-2994

Queen of the Angels
PO Box 471
Glasgow, MT 59230-0471

Quill Corporation
PO Box 37600
Philadelphia, PA 19101-0600

Red's Fixit Shop
PO Box 20782
Billings, MT 59104-0782

| | | |
|---|---|---|
| Republic Service<br>PO Box 78829<br>Phoenix, AZ  85062-8829 | Rev. Anthony J. Schuster<br>c/o Joe and Stevi Schuster<br>2002 Wyndham Park Dr<br>Billings, MT 59102-8116 | Rev. Charles Gorman<br>2351 Solomon Ave, Apt 157<br>Billings, MT 59102-2885 |
| Rev. Daniel O'Rourke<br>1701 26th St S, Apt 2<br>Great Falls, MT  59405-5173 | Rev. James E. Birkmaier<br>The Lodge<br>1801 9th St S, Apt 225<br>Great Falls, MT 59405-5616 | Rev. James M. Sikora<br>1915 13th Ave S<br>Great Falls, MT  59405-4810 |
| Rev. Jerry Connolly<br>PO Box 456<br>Joliet, MT 59041-0456 | Rev. John J. Houlihan<br>2003 Woody Dr, Apt 4<br>Billings, MT  59102-2891 | Rev. John P. Krier<br>PO Box 449<br>Air Way Heights, WA  99001-0449 |
| Rev. Lothar Krauth<br>3724 8th Ave N<br>Great Falls, MT  59401-2229 | Rev. Marcel Vogel<br>1701 26th St S, Apt. 3<br>Great Falls, MT  59405-5173 | Rev. Peter E. Guthneck<br>St Mary Church<br>PO Box 3009<br>Box Elder, MT 59521-3009 |
| Rev. Richard J. Hopkins<br>c/o Tina Hopkins<br>26700 Cortrite Ave.<br>Hemet, CA 92545-9288 | Rev. Richard Osterman<br>c/o St. John Lutheran Ministry<br>3950 Rimrock Rd., Room 726<br>Billings, MT 59102 | Rev. Robert D. Grosch<br>St Patrick Co-Cathedral<br>215 N 31st St<br>Billings, MT 59101-1908 |
| Rev. Ted Szudera<br>PO Box 6507<br>Great Falls, MT  59406-6507 | Rev. Terrence P. Regan<br>PO Box 25<br>Great Falls, MT  59403-0025 | Rev. Thomas C. Harney<br>1440 Granite Ave, Apt B<br>Billings, MT  59102-0716 |
| Rev. Thomas M. Beggin<br>1631 41st St W<br>Billings, MT  59106-1742 | Rev. Thomas Tobin<br>PO Box 407<br>Ekalaka, MT  59324-0407 | Rev. William Cawley<br>1701 26th St S, Apt 4<br>Great Falls, MT 59405-5173 |
| Rev. William Hogan<br>The Lodge<br>1801 9th St S, Apt 105<br>Great Falls, MT 59405-5613 | SAINT LOUIS CONSULTATION CENTER<br>AKA SAINT LUKE CONSULTATION CENTER<br>8901 NEW HAMPSHIRE AVE<br>SILVER SPRING MD 20903-3611 | SS Cyril and Methodius<br>C/O ST BERNARD<br>226 WICKS LANE<br>BILLINGS MT 59105-3725 |
| Sacred Heart<br>P.O. Box 236<br>Fort Belknap, MT 59526-0236 | Sacred Heart Church<br>PO Box 647<br>Chester, MT 59522-0647 | Sacred Heart Mission<br>100 2nd Ave E<br>Hobson, MT 59452 |
| Sacred Heart Mission<br>201 44th St S<br>Great Falls, MT 59405-1653 | Sacred Heart Mission<br>225 2nd Ave E<br>Dodson, MT 59524 | Sacred Heart Mission<br>314 Clinton St<br>Bainville, MT 59212 |

| | | |
|---|---|---|
| Sacred Heart Parish<br>PO Box 36<br>Glendive, MT 59330-0036 | Sacred Heart Parish<br>Rev. Francis Schreiber<br>316 W Benham St<br>Glendive, MT 59330-1705 | Sacred Heart Parish<br>Rev. Masilamani Suvakkin<br>PO Box 309<br>Bridger, MT 59014-0309 |
| Sacred Heart Parish<br>Rev. Robert Oswald<br>120 N Montana Ave<br>Miles City, MT 59301-3510 | Schiff Harden<br>Everett Cygal<br>233 South Wacker, Ste. 6600<br>Chicago, IL 60606-6360 | Screening One, Inc.<br>PO Box 749363<br>Los Angeles, CA 90074-9363 |
| Snyder Drug<br>2515 6th Ave N<br>Great Falls, MT 59401-1996 | St Aloysius Parish<br>112 W Main St<br>Winnett, MT 59087 | St David Parish<br>225 N Wilber St<br>Broadus, MT 59317 |
| St Francis De Sales Mission<br>301 S Main St<br>Richey, MT 59259 | St Francis Of Assisi Parish<br>500 Wilson Ave<br>Saco, MT 59261 | St John The Evangelist Parish<br>210 W Center Ave<br>Baker, MT 59313-9137 |
| St Margaret Parish<br>623 Brewster St<br>Geraldine, MT 59446 | St Mary Church<br>Rev. Nelson and Rev. Sticha<br>101 S 7th St W<br>Malta, MT 59538 | St Mathias Parish<br>310 2nd St NE<br>Moore, MT 59464 |
| St Philip Bonitus Parish<br>404 Timmons St<br>Scobey, MT 59263 | St. Agnes Parish<br>1 N Word Ave<br>Red Lodge, MT 59068-9009 | St. Albert<br>304 Minnesota<br>Hinsdale, MT 59241 |
| St. Ann Cathedral<br>Rev. Oliver Doyle<br>715 3rd Ave N<br>Great Falls, MT 59401-1501 | St. Ann Mission<br>102 Shell St<br>Vida, MT 59274 | St. Ann Mission<br>13327 Mt Highway 200<br>Fort Shaw, MT 59443-9409 |
| St. Anthony Catholic Church<br>235 Main St E<br>Box Elder, MT 59521 | St. Anthony Church-Plevna<br>c/o St. John the Evangelist<br>PO Box 1519<br>Baker, MT 59313-1519 | St. Anthony Mission<br>1100 Main St<br>Denton, MT 59430 |
| St. Anthony Parish<br>413 3rd Ave W<br>Culbertson, MT 59218 | St. Anthony Parish<br>Rev. Barton Stevens<br>317 West 7th St<br>Laurel, MT 59044-2054 | St. Benedict Church<br>503 Main Street<br>Roundup, MT 59072-2497 |
| St. Bernard Mission<br>c/o St. Matthew, Rev. O'Neil<br>219 7th St SE<br>Sidney, MT 59270-5034 | St. Bernard's Parish<br>226 Wicks Lane<br>Billings, MT 59105-3799 | St. Catherine Mission<br>317 7th St W<br>Fairview, MT 59221 |

St. Charles Borromeo Mission
21228 S Pryor Gap Road
Pryor, MT 59066

St. Cyril Parish
100 Hill Ave
Geyser, MT 59447

St. Dennis Parish
76 Highway 1
Crow Agency, MT 59022

St. Francis Xavier Parish
PO Box 160
Circle, MT 59215-0160

St. Gabriel Parish
404 8th St W
Chinook, MT 59523

St. Honorata Mission
c/o St. Benedict Church
503 Main Street
Roundup, MT 59072-2425

St. Joan of Arc Parish
PO Box 1519
Baker, MT 59313-1519

St. John Church
PO Box 309
Bridger, MT 59014-0309

St. John the Baptist
412 Leavitt Ave
Jordan, MT 59337

St. Joseph
206 Orchard Ave
Hysham, MT 59038

St. Joseph
P.O. Box 789
Wolf Point, MT 59201-0789

St. Joseph Mission
PO Box 309
Bridger, MT 59014-0309

St. Joseph Parish
910 McLeod St
Big Timber, MT 59011-8097

St. Joseph Parish
Rev. Joseph Ponessa
716 N Custer Ave
Hardin, MT 59034

St. Joseph Parish
Rev. Patrick Zabrocki
301 N Main St
Plentywood, MT 59254-1649

St. Jude Thaddeus Parish
Rev. Daniel Wathen
624 4th St
Havre, MT 59501

St. Labre Parish
Tongue River Road
Ashland, MT 59003

St. Leo the Great Parish
Rev. Samuel Spiering
102 W Broadway St
Lewistown, MT 59457-1735

St. Margaret Mary Parish
320 Water Ave
Colstrip, MT 59323-9685

St. Margaret Mary Parish
400 Johannes
Big Sandy, MT 59520

St. Margaret Parish
206 1st Ave N
Clyde Park, MT 59018

St. Mark Parish
128 Castner St
Belt, MT 59412

St. Mary Catholic Church
Rev. Joseph Diekhans
11 W Quincy Ave
Chester, MT 59522

St. Mary Church
212 4th Ave
Custer, MT 59024

St. Mary Church
Rev. Leo McDowell
511 S F St
Livingston, MT 59047-3539

St. Mary Mission
100 Main St
Raynesford, MT 59469

St. Mary Parish
Rev. Gregory Staudinger
P.O. Box 956
Columbus, MT 59019-0956

St. Mathias
305 Kemp St
Ryegate, MT 59074

St. Matthew Parish
219 7th St SE
Sidney, MT 59270-5034

St. Michael
307 S Woodard St
Absarokee, MT 59001

| | | |
|---|---|---|
| St. Michael Mission<br>120 2nd Ave<br>Savage, MT 59262 | St. Patrick<br>401 Main St<br>Medicine Lake, MT 59247 | St. Patrick Co Cathedral<br>215 N 31st<br>Billings, MT 59101-1908 |
| St. Paul Indian Mission<br>#1 Mission Dr<br>Hays, MT 59527 | St. Peter<br>PO Box 217<br>Wibaux, MT 59353-0217 | St. Philip<br>P.O. Box 217<br>Wibaux, MT 59353-0217 |
| St. Pius X Catholic Church<br>Rev. Wayne Pittard<br>717 18th St W<br>Billings, MT 59102-4001 | St. Raphael Parish<br>Rev. Jose Valliparambil<br>412 3rd Ave N<br>Glasgow, MT 59230-1825 | St. Rose of Lima Church<br>Rev. Domenico Pizzonia<br>101 4th St W<br>Stanford, MT 59479 |
| St. Theresa Mission<br>212 N Main St<br>Lambert, MT 59243 | St. Theresa of the Little Flower<br>16638 Iowa<br>Broadview, MT 59015 | St. Thomas Aquinas<br>10610 Wing Rd<br>Hogeland, MT 59529-9641 |
| St. Thomas Mission<br>PO Box 187<br>Popular, MT 59255-0187 | St. Thomas The Apostle<br>Rev. Stephen Zabrocki<br>2055 Woody Dr<br>Billings, MT 59102-2803 | St. Thomas the Apostle<br>210 1st Ave SE<br>Harlem, MT 59526-9024 |
| St. William Mission<br>P.O. Box 646<br>Livingston, MT 59047-0646 | Steven J. Heim<br>U.S. Bank National Association<br>U.S. Bancorp Center<br>800 Nicollet Mall, BC-MN-H21N,<br>Minneapolis, Minnesota 55402-7000 | Susan Shannon on behalf of M.S.<br>Bryan L. Spoon<br>Spoon/Gordon Ballew<br>PO Box 8869<br>Missoula, MT 59807-8869 |
| Susan Shannon on behalf of M.S.<br>c/o Daniel Flaherty<br>Patrick Flaherty<br>PO Box 1968<br>Great Falls, MT 59403-1968 | The Lodge Senior Living Cntr<br>1801 9th St S<br>Great Falls, MT 59405-5608 | The St. Louis Consultation Cntr<br>1750 Brentwood Blvd., Ste 602<br>St. Louis, MO 63144-1342 |
| UI Contributions Bureau<br>PO Box 6339<br>Helena, MT 59604-6339 | US SECURITIES AND EXCHANGE COMMISSION<br>LOS ANGELES REGIONAL OFFICE<br>ATTN SANDRA LAVIGNA<br>444 S FLOWER ST STE 900<br>LOS ANGELES CA 90071-2934 | Universal Athletic Service<br>912 N 7th S Ave<br>Bozeman, MT 59715-2540 |
| Verizon<br>PO Box 660108<br>Dallas, TX 75266-0108 | Very Rev. Jay Peterson<br>1701 26th St S, Apt 1<br>Great Falls, MT 59405-5173 | W. Carl Mendenhall<br>Warden Thane P.C.<br>PO Box 4747<br>Missoula, MT 59806-4747 |
| World Library Publications<br>J.S. Paluch Co., Inc.<br>PO Box 2703<br>Schiller Park, IL 60176-0703 | AARON YORK<br>OFFICE OF THE US TRUSTEE<br>ATTN: LESLIE<br>301 CENTRAL AVENUE STE 204<br>GREAT FALLS, MT 59401-3113 | BONNIE SHUSTER<br>US DEPT OF JUSTICE<br>OFFICE OF THE US TRUSTEE<br>720 EAST PARK BLVD, SUITE 220<br>BOISE, ID 83712-7785 |

| | | |
|---|---|---|
| BRUCE A ANDERSON<br>ELSAESSER JARZABEK ANDERSON ELLIOT & MAC<br>320 E NEIDER AVE STE 102<br>COEUR D'ALENE, ID 83815-6007 | BRUCE ALAN ANDERSON<br>ELSAESSER ANDERSON, Chtd.<br>320 East Neider Avenue<br>Suite 102<br>COEUR D'ALENE, ID 83815-6007 | DENNIS W. BRAULICK<br>917 EAST 12th AVENUE<br>POST FALLS, ID 83854-9004 |
| Drew Blewett<br>Hoyt & Blewett PLLC<br>PO Box 2807<br>Great Falls, MT 59403-2807 | FORD ELSAESSER<br>PO BOX 2220<br>SANDPOINT, ID 83864-0909 | FORD ELSAESSER<br>ELSAESSER ANDERSON, CHTD.<br>PO BOX 1049<br>414 Church Street, Suite 201<br>SANDPOINT, ID 83864-0070 |
| GREGORY J HATLEY<br>DAVIS HATLEY HAFFEMAN & TIGHE PC<br>101 RIVER DRIVE NORTH<br>GREAT FALLS, MT 59401-2599 | Gary Dyer W.<br>U.S. Department of Justice<br>Office of the United States Trustee<br>920 W. Riverside Ave,<br>Suite 593<br>Spokane, WA 99201-1012 | JOSEPH PONESSA<br>710 NORTH CUSTER AVE<br>HARDIN, MT 59034-1527 |
| MAXON R. DAVIS<br>DAVIS, HATLEY, HAFFEMAN & TIGHE, P.C.<br>101 RIVER DRIVE NORTH<br>GREAT FALLS, MT 59401-2599 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Holy Family
530 Main St
Winifred, MT 59489

Addresses marked (c) above for the following entity/entities were corrected as required by the USPS Locatable Address Conversion System (LACS).

Holy Family
102 1st Ave N
Glentana, MT 59240

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Abuse Survivors | (u)BERKLEY RESEARCH GROUP | (u)BILLINGS CATHOLIC SCHOOLS |