Ford Elsaesser, ISB #2205
Bruce A. Anderson, ISB #3392
ELSAESSER ANDERSON, CHTD.
Attorneys at Law
320 East Neider Avenue, Suite 102
Coeur d'Alene, ID  83815
Tel:     (208) 667-2900
Fax:    (208) 667-2150
E-mail:  ford@eaidaho.com
E-mail:  bruce@eaidaho.com

*Attorneys for Debtor-in-Possession*

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

| In re: | Case No.:  17-60271-JDP |
|---|---|
| Roman Catholic Bishop of Great Falls, Montana, a Montana Religious Corporation Sole (Diocese of Great Falls), | Chapter 11 |
| Debtor-in-Possession. | |

**NOTICE OF APPLICATION FOR PROFESSIONAL FEES AND COSTS FOR UNKNOWN CLAIMS REPRESENTATIVE, HON. MICHAEL R. HOGAN (RET.); AND NOTICE**

NOTICE IS HEREBY GIVEN that UNKNOWN CLAIMS REPRESENTATIVE, HON. MICHAEL R. HOGAN (RET.), has submitted to the U.S. Bankruptcy Court for the District of Montana his Application for Professional Fees in the amount of $32,287.50 and costs in the amount of $740.50.  The proponent shall provide a copy of the application to any party requesting a copy, at no cost, within seven (7) days of the request.

DATED this 21st day of September, 2018.

ELSAESSER ANDERSON, CHTD.

*/s/ Bruce A. Anderson*
Bruce A. Anderson
Attorneys for Debtor-in-Possession

## NOTICE OF OPPORTUNITY TO RESPOND
## AND REQUEST A HEARING

**If you object to the application, you must file a written responsive pleading and request a hearing within fourteen (14) days of the date of the notice. The responding party shall schedule the hearing on the application at least twenty-one (21) days after the date of the response and request for hearing and shall include in the caption of the responsive pleading in bold and conspicuous print the date, time and location of the hearing by inserting in the caption the following:**

        **NOTICE OF HEARING**
        **Date: _____**
        **Time:_____**
        **Location:_____**

**If no response and request for hearing are timely filed, the Court may grant the relief requested as a failure to respond by any entity shall be deemed an admission that the relief requested should be granted.**

DATED this 21st day of September, 2018.      ELSAESSER ANDERSON, CHTD.

         */s/ Bruce A. Anderson*
         Bruce A. Anderson
         Attorneys for Debtor-in-Possession

## CERTIFICATE OF MAILING

    I, Bruce A. Anderson, declare as follows:

    I am employed by Elsaesser Anderson, Chtd., Coeur d'Alene, Idaho; I am over the age of eighteen years and not a party to this action. The firm's business address is 320 East Neider Avenue, Suite 102, Coeur d'Alene, Idaho 83815.

    I certify that on September 21, 2018, I served the foregoing NOTICE OF APPLICATION FOR PROFESSIONAL FEES AND COSTS FOR UNKNOWN CLAIMS REPRESENTATIVE, HON. MICHAEL R. HOGAN (RET.), AND NOTICE on all ECF participants as indicated on the Court's ECF system.

    Additionally, by regular first class mail, I mailed a copy to the parties on the attached MML\*, and to confidential claimant C.E.

    I swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated:      September 21, 2018
         ELSAESSER ANDERSON, CHTD.

         */s/ Bruce A. Anderson*
         Bruce A. Anderson
         Attorneys for Debtor-in-Possession

\* The attached list will not be mailed out to creditors, but will be on file with the United States Bankruptcy Court. A copy will be provided upon request.