# CHAPTER 11 POST-CONFIRMATION REPORT

Case No: 17-60271-11
Debtor: Roman Catholic Bishop of Great Falls, Montana
For Month Ended: September 2018

## SUMMARY OF RECEIPTS AND DISBURSEMENTS

1. Cash balance, beginning of month — $ 3,355,366
2. Cash receipts during month from all sources — 816,433
3. Cash disbursements during month, including plan payments — ( 2,500,661 )
4. Cash balance, end of month (or as of report date for final report) — $ 1,671,138

## BREAKDOWN OF AMOUNTS DISBURSED:

| | Paid During Month |
|---|---|
| **Disbursements for Operations** | $ 2,500,661 |

### Disbursements under Confirmed Plan

| | Paid During Month | Total Paid to Date | Total Pymts. Projected Under Plan |
|---|---|---|---|
| **1. ADMINISTRATIVE EXPENSES** | | | |
| Plan Trustee Fees/Expenses | $ 0 | $ 0 | $ 25,000 |
| Other Professional Fees/Expenses | 0 | 0 | 0 |
| Other Administrative Expenses | 0 | 0 | 1,000,000 |
| TOTAL ADMINISTRATIVE EXPENSES | $ 0 | $ 0 | $ 1,025,000 |
| **2. SECURED CREDITORS** | $ 0 | 0 | 0 |
| **3. PRIORITY CREDITORS** | $ 0 | 0 | 0 |
| **4. UNSECURED CREDITORS** | $ 12,000,000 | 12,000,000 | 12,106,021 |
| **5. EQUITY SECURITY HOLDERS** | $ 0 | 0 | 0 |
| **6. Other:** Unknown Claimants | $ 250,000 | 250,000 | 500,000 |
| **TOTAL PLAN PAYMENTS (lines 1 - 6)** | $ 0 | $ 0 | $ 13,631,021 |
| **TOTAL DISBURSEMENTS** | $ 0 | | |

## PLAN STATUS:

1. Have all payments been made as set forth in the confirmed plan? (If no, attach explanation.) — Yes ✓
2. Are all post-confirmation obligations current? (If no, attach explanation.) — Yes ✓
3. Projected date of application for final decree: October 15, 2018

*I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING POST CONFIRMATION REPORT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.*

Roman Catholic Bishop of Great Falls, Montana
Reorganized Debtor

Date: 10/25/18
Signature: [signed]
Title: Business Mgr.