DENNIS W. BRAULICK
917 EAST 12TH AVENUE
POST FALLS, IDAHO 83854
208-704-1737
pad_e2@hotmail.com

## UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT

## MONTANA

| In Re:<br>ROMAN CATHOLIC BISHOP OF GREAT FALLS –BILLINGS MONTANA A MONTANA RELIGIOUS CORPORATE SOLE | Case No. 17-60271-11<br><br>MOTION OF OBJECTION TO :<br><br>1. THE REDUCTION OF SETTLEMENT BY TWENTY NINE PERCENT 29% TO PAY OTHER ATTORNEYS WHO DID NOT REPRESENT THE VICTIM DENNIS W. BRAULICK<br><br>2. MOTION OF OBJECTION TO, ANY PAYMENTS TO THE FOLLOWING UNTIL THE VITIMS HAVE BEEN PAID:<br><br>a. FORD ELSAESSER, BRUCE A. ANDERSON, KATTIE ELSAESSER OF ELSASSER ANDERSSON, Chtd.<br>b. DAVIS, HATLEY, HAFFEMAN & TIGHE, PC<br>c. HON. MICHAEL R. HOGAN (RET.) |
|---|---|

MOTION OF OBJECTION TO TWENTY NINE PERCENT 29% OF ATTORNEY FEES
ON VICTIM DENNIS W. BRAULICK SETTLEMENT FOR OTHER ATTORNEY FEE
MOTION OF OBJECTION TO ALL NOTICES OF APPLICATION FOR
PROFESSIONAL FEES AND COST FOR UNKOWN CLAIMS
REPRESENTATIVE, HONOR. MICHEAL R HOGAN (RETIRED)
DAVIS, HATRLEY, HOFFEMAN & TIGHE, P.C.
ELSAESSER, ANDERSON, CHTD,
NOTICE OF MOTION OF OBJECTION TO FEES TO BE PAID ONLY ON
PAYMENT OF ALL VICTIMS PROPER SETTLEMENTS

DENNIS W. BRAULICK, ATTORNEY PRO SE, and as an Independent Creditor and Victim Move the UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MONTANA, in these two objection:

1. **MOTION OF OBJECTION OF THIS CREDITOR AND VICTIM TO BE ASSETS TWENTY NINE PERCENT (29%) OF THIS VICTIMS SETTLEMENT TO PAY OTHER ATTORNEY'S IN ANY POOL, FROM THE VICTIM DENNIS W. BRAULICK SETTELMENT OR ANY OTHER INDIPENDENT VICTIM IN THIS CASE.**

2. **MOTION OF OBJECTION TO, ANY PAYMENTS TO THE FOLLOWING UNTIL ALL THE VITIMS HAVE BEEN PROPERLY PAID**

3. **THESE PAYMENT OF ANY FUNDS FOR ATTORNEY FEES TO THE FOLLOWING;**

    A. **FORD ELSAESSER, BRUCE A. ANDERSON, KATTIE ELSAESSER OF ELSASSER ANDERSSON, Chtd.**
    B. **DAVIS, HATLEY, HAFFEMAN & TIGHE, PC**
    C. **HON. MICHAEL R. HOGAN (RET.)**

DENNIS W. BRAULICK makes these Objections on to the basis of and Pursuant to the **UNITED STATES BANKRUPCY CODES, 1101 to 1175, CHAPTER 11 REORGINIZATION.**

1. That DENNIS W. BRAULICK, Plaintiff, Victim, and Creditor, in now informing THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MONTANA, that the Victim, Plaintiff, and Disabled Veteran, and who is Severely been abused Victim and Creditor of the ROMAN CATHOLIC BISHOPS GREAT FALLS-BILLINGS MONTANA, MONTANA RELIGIOUS CORPORATRE, SOLE is filing a **MOTION OF OBJECTION OF THIS CREDITOR AND VICTIM TO BE ASSETS TWENTY NINE PERCENT (29%) OF THIS VICTIMS SETTLEMENT TO PAY OTHER ATTORNEY'S IN ANY POOL,**

2. That DENNIS W. BRAULICK, Plaintiff, Victim, and Creditor, does not agree to or support the automatic reduction to his settlement is THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MONTANA for the sole purpose of forming some sort of pool for the other Victim's Attorneys in this Settlement.

That unless otherwise indicated, all chapter and section references are to the Bankruptcy Code, 11 U.S.C. §§ 101-1532 (the "Code") and all rule references are to the Federal Rules of Bankruptcy Procedure 1001-9037.

3. That the Creditor and Victim Dennis W. Braulick is a sole and independent who represents himself, and had released his attorney for failure to assist and inform the Victim Creditor properly, and under §327, § 328 §330 or §331 did not evoke does not hold that, an as a matter of good practice asked for or sought any professional help from any attorney in this case, only and when a question was put to any of the attorneys who are involved with this case not only refused to talk to this Victim Dennis W. Braulick but told their clients not to talk to him, so there is no amount of the Settlement Fee of this so called Twenty Nine Percent 29% allowable to any set back of fee to be distributed to the group of attorneys in such a pool.

4. That DENNIS W. BRAULICK, Plaintiff, Victim, and Creditor parted from his attorney for what I felt was Attorney fraud and deception and just being there to collect a Forty Three Percent (43%) and had never informed this Victim that the Bankruptcy would reduce his claim by 43% and then failed to file complaints, exhibits, and go to Settlement Meeting, or even answer question on what was happening, thus we parted ways. The one Judge in Reno was so pro Catholic that he put a gag order on the Meeting to cover the fact that the **ROMAN CATHOLIC BISHOP OF GREAT FALLS –BILLINGS MONTANA, A MONTANA RELIGIOUS CORPORATESOLE** entity was truly not acting in good faith.

5. That DENNIS W. BRAULICK, Plaintiff, Victim, and Creditor, states that the claim to set this Twenty Nine Percent was remarked that us independents would not have a claim, if these Attorneys in this case had not brought it forward but the DENNIS W. BRAULICK, Plaintiff, Victim, and Creditor, states that the Attorney's are only responsible for their sole client's and only their Clients, and that the Independent and Pro se DENNIS W. BRAULICK, Plaintiff, Victim, and Creditor is thus that and has set his own claim and inquires to such as a victim of the **ROMAN CATHOLIC BISHOP OF GREAT FALLS –BILLINGS MONTANA A MONTANA RELIGIOUS CORPORATE SOLE.**

6. That DENNIS W. BRAULICK, Plaintiff, Victim, and Creditor, states that all claims of the Creditors and Victims **MOTION OF OBJECTION TO, ANY PAYMENTS TO THE FOLLOWING UNTIL ALL THE VITIMS HAVE BEEN PROPERLY PAID.**

7. DENNIS W. BRAULICK, Plaintiff, Victim, and Creditor, states that all claims to the Interest of this Settlement, Held in trust by the Bank Accounts of the **ROMAN CATHOLIC BISHOP OF GREAT FALLS –BILLINGS MONTA, A MONTANA RELIGIOUS CORPORATE SOLE., are the sole ownership of all the Victims in this Case.**

8. DENNIS W. BRAULICK, Plaintiff, Victim, and Creditor, request a hearing on these matters, to proceed.

9. I, DENNIS W. BRAULICK, Plaintiff, Victim, and Creditor also abject to the reduction of **Twenty Nine percent (29 %) of my claim** to somehow justify **paying others "ATTORNEYS" in this legal matter,** when the other attorney's would not talk with me on what their thoughts were or the Committee's secret dealings or decisions in this matter, frankly my believe that this is just bullshit, and this would then feel like I've been raped a second time by the attorneys and then the court.

10. I, DENNIS W. BRAULICK, Plaintiff, Victim, and Creditor, asks the United States Bankruptcy Court for the District of Montana approve the, MOTION **OF OBJECTION OF THIS CREDITOR AND VICTIM TO BE ASSETS TWENTY NINE PERCENT (29%) OF THIS VICTIMS SETTLEMENT TO PAY OTHER ATTORNEY'S IN ANY POOL, FROM THE VICTIM DENNIS W. BRAULICK SETTELMENT OR ANY OTHER INDIPENDENT VICTIM IN THIS CASE. And the MOTION OF OBJECTION TO, ANY PAYMENTS TO THE FOLLOWING UNTIL ALL THE VITIMS HAVE BEEN PROPERLY PAID!**

That, DENNIS W. BRAULICK, Plaintiff, Victim, and Creditor, requests all assistances that the UNITED STATES BANKRUPTCY COURT DISTRICT OF MONTAN, can and may bestow in a just, proper, caring and in the best interest of DENNIS W. BRAULICK, Plaintiff, Victim, and Creditor and Disabled Veteran Attorney Pro se.

RESPECTIVELY SUBMITTED, this 29th Day of October, 2018.

DENNIS W. BRAULICK, VICTIM, CREDITOR ATTORNEY PRO Se

## CERTIFICATE OF SERVICE

I certify that on the 29th Day of October, 2018, I herby Certify that a true and correct copy of the foregoing:

1. MOTION OF OBJECTION TO: THE REDUCTION OF SETTLEMENT BY TWENTY NINE PERCENT 29% TO PAY OTHER ATTORNEYS, WHO DID NOT REPRESENT THE VICTIM DENNIS W. BRAULICK,

2. MOTION OF OBJECTION TO ALL NOTICES OF APPLICATION FOR PROFESSIONAL FEES AND COST FOR UNKOWN CLAIMS REPRESENTATIVE, HONOR. MICHEAL R HOGAN (RETIRED)
DAVIS, HATRLEY, HOFFEMAN & TIGHE, P.C. ELSAESSER, ANDERSON, CHTD,

3. NOTICE OF MOTION OF OBJECTION TO FEES TO BE PAID ONLY ON PAYMENT OF ALL VICTIMS PROPER SETTLEMENTS

Were Mailed a Copy to the below individuals.

| | |
|---|---|
| UNITED STATE BANKRUPTCY COURT FOR THE DISTRICT OF MONTANA FEDERAL BUILDING 400 NORTH MAIN BUTTE, MONTANA 59701 TELEPHONE 406-497- 1240 | [ ] MAILED, FIRST CLASS PREPAID POSTAGE [X] HAND DELIVERED [ ] FAXED |
| UNITED STATE TRUSTEE OFFICE OF THE UNIT STATES TRUSTEE 301 CENTRAL AVERNUE SOUTH, SUITE 204 FEDERAL BUILDING GREAT FALLS, MONTANA 59401 | [X] MAILED, FIRST CLASS PREPAID [ ] HAND DELIVERED [ ] FAXED |
| ELSAESSER, ANDERSON CHTD, FORD ELSAESSER, ESQ. BRKUCE A. ANDERSON, ESQ. 320 EAST NIEDER AVENUE SUITE 102 COEUR d' ALENE, IDAHO 83815 | [X] MAILED, FIRST CLASS PREPAID POSTAGE [ ] HAND DELIVERED [ ] FAXED |

| | |
|---|---|
| ATTORNEYS FOR THE COMMITTEE PACHULSKI STANG ZIEHL & JONES LLP<br>PACHULSKI STANG ZEIHL AND JONES LLP<br>10100 SANTA MONICA BOULEVARD, SUITE 1300<br>LOSW ANGELAS CALIFORNIA 90067<br>ATTENTION JAMES L. STANG Esq. | [X] MAILED, FIRST CLASS PREPAID POSTAGE<br>[ ] HAND DELIVERED<br>[ ] FAXED |
| ILAN D. SCHARF<br>780 THIRD AVENUE, 36TH FLOOR<br>NEW YORK, NEW YORK  10017<br>ATTENTIOM ILAN D. SCHARF Esq. | [X] MAILED, FIRST CLASS PREPAID POSTAGE<br>[ ] HAND DELIVERED<br>[ ] FAXED |
| DENNIS W. BRAULICK<br>917 EAST 12TH AVENUE<br>COUER d' ALENE IDAHO 83854 | [ ] MAILED, FIRST CLASS PREPAID POSTAGE<br>[G] HAND DELIVERED<br>[ ] FAXED |

RESPECTIVELY SUBMITTED, this 29th Day of October, 2018.

_____
DENNIS W. BRAULICK, VICTIM, CREDITOR ATTORNEY PRO Se