UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

In re:

**ROMAN CATHOLIC BISHOP OF GREAT FALLS, MONTANA, A MONTANA RELIGIOUS CORPORATE SOLE,**

Debtor.

Case No. **17-60271-11**

# *O R D E R*

In this Chapter 11 bankruptcy, the Debtor filed on September 20, 2018, a Final Application for Professional Fees and Costs for Elsaesser Anderson, Chtd. at ECF No. 432 seeking an award of fees in the amount of $138,159.25 and costs in the amount of $7,884.55, plus final approval of the interim fees and costs for Debtor's counsel, Ford Elsaesser, Bruce Anderson and Elsaesser Anderson, Chtd., and a Final Application for Professional Fees and Costs for Special Counsel Davis, Hatley, Haffeman & Tighe, PC at ECF No. 434 seeking an award of fees and costs in the amount of $26,139.23 plus final approval of the prior interim awards of fees and costs. Debtor also filed on September 21, 2018, a Final Application for Professional Fees and Costs for Unknown Claims Representative, Hon. Michael R. Hogan (Ret.) At ECF No. 437 seeking an award of fees and costs in the amount of $33,028.00 plus final approval of the prior interim awards of fees and costs. The above applications were each accompanied by a Notice, with service to parties-in-interest pursuant to Mont. LBR 2002-4 and LBF 18, of the opportunity to respond and request a hearing, and advising that if no response and request for hearing is filed within 14 days, "the Court may grant the relief

requested as a failure to respond by any entity shall be deemed an admission that the relief requested should be granted." The applications of Elsaesser Anderson, Chtd. and Special Counsel Davis, Hatley, Haffeman & Tighe, PC were served upon Dennis W. Braulick at 917 East 12th Avenue, Post Falls, ID 83854-9004. The applications filed on behalf of Special Counsel Davis, Hatley, Haffeman & Tighe, PC and Unknown Claims Representative, Hon. Michael R. Hogan (Ret.) were granted by Orders entered October 17, 2018, and the application filed on behalf of Elsaesser Anderson, Chtd. was approved by Order entered October 19, 2018.

On October 29, 2018, Dennis W. Braulick filed an objection to the fee applications. Upon review of the objection,

IT IS ORDERED that a hearing on Dennis W. Braulick's objections to this Court's approval of the fee applications filed at ECF Nos. 432, 434 and 437 shall be held **Tuesday, November 13, 2018, at 02:00 p.m,** or as soon thereafter as the parties can be heard, in the 2ND FLOOR COURTROOM, FEDERAL BUILDING, 400 N. MAIN, BUTTE, MONTANA; and any response to Dennis W. Braulick's objections shall be filed on or before **Friday, November 9, 2018.**

Dated: October 30, 2018

_____
Honorable Jim D. Pappas
United States Bankruptcy Judge