MATTHEW K. BABCOCK, CPA/CFF, CFE, CIRA
BERKELEY RESEARCH GROUP, LLC
201 South Main Street, Suite 450
Salt Lake City, UT 84111
Telephone: 801-364-6233
Facsimile: 801-355-9926
E-mail: mbabcock@thinkbrg.com

Financial Advisor to the Official Committee of Unsecured Creditors

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| In re: | Chapter 11 |
| Roman Catholic Bishop of Great Falls, Montana, A Montana Religious Corporation Sole (Diocese Of Great Falls – Billings), | Bankruptcy Case No. 17-60271-JDP |
| Debtor-In-Possession | |

## **SUMMARY SHEET**

Berkeley Research Group LLC respectfully provides the following summary with respect to its *First And Final Application For Professional Fees And Costs*:

1. Total compensation and expenses requested:

    First And Final Application: $54,092.20

2. Total compensation and expenses previously awarded by the Court:

    None

3. Name and applicable billing rate for each person who billed time during the Application Period:

1

| Professional | Position | Hourly Rate (2017) | Hourly Rate (2018) |
|---|---|---|---|
| Judd, David | Managing Director | | $ 640.00 |
| Shields, Paul | Managing Director | | 560.00 |
| Babcock, Matthew | Associate Director | $ 470.00 | |
| Babcock, Matthew | Associate Director | | 485.00 |
| Anthon, Sherry | Paraprofessional | | 185.00 |
| Calder, Victoria | Paraprofessional | | 90.00 |

4. Total hours and total amount of billing for each person who billed time during the Application Period:

| Professional | Position | Hourly Rate (2017) | Hourly Rate (2018) | Total Time | Amount Requested |
|---|---|---|---|---|---|
| Judd, David | Managing Director | | $ 640.00 | 0.3 | $ 192.00 |
| Shields, Paul | Managing Director | | 560.00 | 5.4 | 3,024.00 |
| Babcock, Matthew | Associate Director | $ 470.00 | | 13.0 | 6,110.00 |
| Babcock, Matthew | Associate Director | | 485.00 | 82.5 | 40,012.05 |
| Anthon, Sherry | Paraprofessional | | 185.00 | 18.3 | 3,385.50 |
| Calder, Victoria | Paraprofessional | | 90.00 | 14.6 | 1,314.00 |
| **Total Hours** | | | | | 134.1 |
| **Total Fees** | | | | | $ 54,038.00 |
| **Total Expenses** | | | | | $ 54.20 |

5. Computation of blended hourly rate for persons who billed time during the Application Period:

$54,038.00 / 134.1 Hours = $402.97 / Hour

DATED this 31st day of October, 2018 at Salt Lake City, Utah.

BERKELEY RESEARCH GROUP, LLC

By: /s/ Matthew K. Babcock
Matthew K. Babcock, CPA/CFF, CFE, CIRA

Accountant and Financial Advisor for the Official Committee of Unsecured Creditors

2