# EXHIBIT A



## ROMAN CATHOLIC BISHOP OF GREAT FALLS
**October 16, 2017 through October 5, 2018**
Invoice #71190
Tax ID #27-1451273

| | |
|---|---:|
| Professional Services | $ 54,038.00 |
| Expenses Incurred | 54.20 |
| **Professional Services & Expenses** | **$ 54,092.20** |

AMOUNTS ARE STATED IN U.S. DOLLARS

BRG, LLC Fed ID No. 27-1451273

**Please remit payments by check to:**

Berkeley Research Group, LLC
2200 Powell Street, Suite 1200
Emeryville CA 94608

**Please remit payments by wire or ACH to:**

| | |
|---|---|
| Bank Name: | PNC Bank, N.A. |
| SWIFT: | PNCCUS33 |
| ABA #: | 031207607 |
| Account Name: | Berkeley Research Group, LLC |
| Account #: | 8026286672 |
| Reference: | 71190 |

Remittance advices are to be sent to:
remitadvice@thinkbrg.com



**ROMAN CATHOLIC BISHOP OF GREAT FALLS**
October 16, 2017 through October 5, 2018
PROFESSIONAL SERVICES - TIMEKEEPER SUMMARY

|  | 2017 RATE | 2018 RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| <u>Managing Director</u> | | | | |
| David Judd | | $ 640.00 | 0.3 | $ 192.00 |
| Paul Shields | | 560.00 | 5.4 | 3,024.00 |
| <u>Associate Director</u> | | | | |
| Matt Babcock | $ 470.00 | | 13.0 | 6,110.00 |
| Matt Babcock | | 485.00 | 82.5 | 40,012.50 |
| <u>Paraprofessional</u> | | | | |
| Sherry Anthon | | 185.00 | 18.3 | 3,385.50 |
| Victoria Calder | | 90.00 | 14.6 | 1,314.00 |
| **TOTAL** | | | **134.1** | **$ 54,038.00** |



## ROMAN CATHOLIC BISHOP OF GREAT FALLS
October 16, 2017 through October 5, 2018
PROFESSIONAL SERVICES - TASK CODE SUMMARY

| TASK CODE | DESCRIPTION | AVERAGE RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| 220.00 | Document Analysis (Monthly Operating Reports) | $ 484.42 | 30.9 | $ 14,968.50 |
| 230.00 | Document Analysis (Financial) | 299.86 | 28.9 | 8,666.00 |
| 330.00 | Asset Analysis (Real Property) | 248.65 | 24.4 | 6,067.00 |
| 450.00 | Adversary Proceeding Analysis | 470.00 | 11.1 | 5,217.00 |
| 460.00 | Motion To Dismiss Analysis | 493.84 | 34.1 | 16,840.00 |
| 950.00 | Fee Application Preparation & Hearing | 485.00 | 4.7 | 2,279.50 |
| | **Total Professional Services** | **$ 402.97** | **134.1** | **$ 54,038.00** |



**ROMAN CATHOLIC BISHOP OF GREAT FALLS**
October 16, 2017 through October 5, 2018
PROFESSIONAL SERVICES - TIME DESCRIPTIONS

| DATE | NAME | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| **Task Code: 220.00** | | **Document Analysis (Monthly Operating Reports)** | | | |
| 10/18/17 | Babcock, M | Analyzed Monthly Operating Reports (April 2017 - September 2017) and discussed same with Counsel. | 0.6 | $ 470.00 | $ 282.00 |
| 10/18/17 | Babcock, M | Spoke with Counsel regarding Monthly Operating Reports and additional data to be requested from Debtor. | 0.3 | 470.00 | 141.00 |
| 10/20/17 | Babcock, M | Identified additional MOR data to be requested from Debtor and provided listing to counsel. | 0.3 | 470.00 | 141.00 |
| 01/17/18 | Babcock, M | Analyzed MORs for October through December 2017. | 0.7 | 485.00 | 339.50 |
| 01/19/18 | Babcock, M | Analyzed MORs from April through December 2017 in preparation for call with Debtor's CFO. | 0.8 | 485.00 | 388.00 |
| 01/23/18 | Babcock, M | Prepared for and spoke with Debtor's CFO in order to discuss MORs and supplemental data requests to be provided. | 0.8 | 485.00 | 388.00 |
| 02/15/18 | Babcock, M | Analyzed supporting documentation provided by Debtor for MORs (April 2017 - January 2018). | 1.5 | 485.00 | 727.50 |
| 02/16/18 | Babcock, M | Continued analysis of supporting documentation provided by Debtor for MORs (April 2017 - January 2018). | 2.7 | 485.00 | 1,309.50 |
| 02/21/18 | Babcock, M | Continued analysis of supporting documentation provided by Debtor for MORs (April 2017 - January 2018). | 0.7 | 485.00 | 339.50 |
| 02/23/18 | Babcock, M | Analyzed MOR balance sheet activity (April 2017 - January 2018). | 0.8 | 485.00 | 388.00 |
| 02/23/18 | Babcock, M | Analyzed MOR profit and loss statement activity (April 2017 - January 2018). | 0.7 | 485.00 | 339.50 |
| 02/23/18 | Babcock, M | Analyzed MOR cash activity (April 2017 - January 2018). | 3.6 | 485.00 | 1,746.00 |
| 02/28/18 | Babcock, M | Analyzed MOR balance sheet activity (April 2017 - January 2018) for Diocese and GFCCHS. | 1.6 | 485.00 | 776.00 |
| 02/28/18 | Babcock, M | Analyzed MOR profit and loss statement activity (April 2017 - January 2018) for Diocese and GFCCHS. | 1.5 | 485.00 | 727.50 |
| 02/28/18 | Babcock, M | Analyzed MOR cash activity (April 2017 - January 2018) for Diocese and GFCCHS. | 1.4 | 485.00 | 679.00 |
| 03/01/18 | Babcock, M | Continued analysis of MOR balance sheet activity (April 2017 - January 2018) for Diocese and GFCCHS. | 2.2 | 485.00 | 1,067.00 |
| 03/01/18 | Babcock, M | Continued analysis of MOR profit and loss statement activity (April 2017 - January 2018) for Diocese and GFCCHS. | 2.1 | 485.00 | 1,018.50 |
| 03/01/18 | Babcock, M | Continued analysis of MOR cash activity (April 2017 - January 2018) for Diocese and GFCCHS. | 1.6 | 485.00 | 776.00 |
| 03/08/18 | Babcock, M | Examined MORs and identified follow-up questions for upcoming discussion with Debtor CFO. | 0.5 | 485.00 | 242.50 |
| 03/22/18 | Babcock, M | Analyzed February 2018 MOR. | 0.5 | 485.00 | 242.50 |
| 03/23/18 | Babcock, M | Updated February 2018 MOR analysis. | 1.1 | 485.00 | 533.50 |
| 03/26/18 | Babcock, M | Analyzed MOR financial statements and related supporting data for April 2017 through February 2018. | 1.9 | 485.00 | 921.50 |
| 03/26/18 | Babcock, M | Prepared for and spoke with Debtor's CFO regarding MOR financial data from April 2017 through February 2018. | 2.1 | 485.00 | 1,018.50 |



**ROMAN CATHOLIC BISHOP OF GREAT FALLS**
October 16, 2017 through October 5, 2018
PROFESSIONAL SERVICES - TIME DESCRIPTIONS

| DATE | NAME | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 03/27/18 | Babcock, M | Analyzed financial statements and cash receipt and disbursement activity reported in MOR for April 2017 through February 2018. | 0.9 | 485.00 | 436.50 |
| | | **Total for Task Code 220.00** | **30.9** | | **$ 14,968.50** |
| **Task Code: 230.00** | | **Document Analysis (Financial)** | | | |
| 12/06/17 | Babcock, M | Examined case files and records detailing DLF activity. | 0.7 | $ 470.00 | $ 329.00 |
| 02/26/18 | Anthon, S | Analyzed diocese balance sheets and income statements. | 2.4 | 185.00 | 444.00 |
| 02/27/18 | Anthon, S | Analyzed high school balance sheets. | 3.1 | 185.00 | 573.50 |
| 02/28/18 | Anthon, S | Continued analysis of high school balance sheets and income statements. | 3.6 | 185.00 | 666.00 |
| 03/22/18 | Anthon, S | Prepared comparative analysis of prior year balance sheets and income statements. | 5.3 | 185.00 | 980.50 |
| 03/23/18 | Anthon, S | Updated comparative analysis of prior year income statements. | 3.9 | 185.00 | 721.50 |
| 03/27/18 | Babcock, M | Analyzed audited financial statements for 2009 through 2016. | 3.3 | 485.00 | 1,600.50 |
| 04/03/18 | Shields, P | Evaluated diocese financial information and participated on call with counsel regarding case issues and analysis to perform. | 2.0 | 560.00 | 1,120.00 |
| 04/12/18 | Babcock, M | Analyzed Diocese audited financial statements from 2011 through 2017. | 0.6 | 485.00 | 291.00 |
| 04/13/18 | Babcock, M | Analyzed Diocese audited Analyzed CFEM audited financial statements from 2013 through 2016. | 1.1 | 485.00 | 533.50 |
| 04/13/18 | Babcock, M | Analyzed CFEM audited financial statements from 2013 through 2016. | 1.3 | 485.00 | 630.50 |
| 04/13/18 | Babcock, M | Analyzed bank account statements (2012 - 2018). | 0.8 | 485.00 | 388.00 |
| 04/13/18 | Babcock, M | Analyzed investment account statements (2012 - 2018). | 0.8 | 485.00 | 388.00 |
| | | **Total for Task Code 230.00** | **28.9** | | **$ 8,666.00** |
| **Task Code: 330.00** | | **Asset Analysis (Real Property)** | | | |
| 02/06/18 | Babcock, M | Analyzed properties identified in Debtor's bankruptcy filings and discussed related issues with Committee Counsel. | 1.6 | $ 485.00 | $ 776.00 |
| 02/07/18 | Babcock, M | Analyzed real property identified in Debtor's bankruptcy filings and coordinated additional analysis by staff. | 0.6 | 485.00 | 291.00 |
| 02/07/18 | Calder, V | Analyzed real estate / property holdings. | 2.6 | 90.00 | 234.00 |
| 02/08/18 | Babcock, M | Evaluated real property identified in Debtor's bankruptcy filings. | 0.8 | 485.00 | 388.00 |
| 02/08/18 | Calder, V | Continued analysis of real estate / property holdings. | 5.1 | 90.00 | 459.00 |
| 02/09/18 | Babcock, M | Examined and updated analysis of real property identified in Debtor's bankruptcy filings. | 0.5 | 485.00 | 242.50 |
| 02/09/18 | Calder, V | Continued analysis of real estate / property holdings. | 5.8 | 90.00 | 522.00 |
| 02/12/18 | Babcock, M | Revised analysis of real property identified in Debtor's bankruptcy filings. | 3.0 | 485.00 | 1,455.00 |
| 02/12/18 | Calder, V | Revised analysis of real estate / property holdings. | 0.1 | 90.00 | 9.00 |



**ROMAN CATHOLIC BISHOP OF GREAT FALLS**
October 16, 2017 through October 5, 2018
PROFESSIONAL SERVICES - TIME DESCRIPTIONS

| DATE | NAME | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 02/13/18 | Babcock, M | Finalized real property analysis and provided same to Committee Counsel. | 1.3 | 485.00 | 630.50 |
| 02/13/18 | Calder, V | Updated analysis of real estate / property holdings. | 0.2 | 90.00 | 18.00 |
| 02/16/18 | Babcock, M | Updated real property analysis. | 1.1 | 485.00 | 533.50 |
| 02/21/18 | Babcock, M | Updated real property analysis and provided same to Committee Counsel. | 0.9 | 485.00 | 436.50 |
| 02/21/18 | Calder, V | Revised analysis of real estate / property holdings. | 0.8 | 90.00 | 72.00 |
| | | **Total for Task Code 330.00** | **24.4** | | **$ 6,067.00** |
| **Task Code: 450.00** | | **Adversary Proceeding Analysis** | | | |
| 10/16/17 | Babcock, M | Examined and updated complaint. | 0.5 | $ 470.00 | $ 235.00 |
| 10/17/17 | Babcock, M | Reviewed complaint, examined related financial / accounting records produced by Debtor and updated complaint based on findings. | 1.1 | 470.00 | 517.00 |
| 10/18/17 | Babcock, M | Continued review and update of complaint, including examination of related financial / accounting records produced by Debtor. | 1.3 | 470.00 | 611.00 |
| 10/18/17 | Babcock, M | Spoke with Counsel regarding complaint. | 0.2 | 470.00 | 94.00 |
| 10/23/17 | Babcock, M | Revised complaint and examined related financial and accounting records. | 3.8 | 470.00 | 1,786.00 |
| 12/05/17 | Babcock, M | Reviewed analysis of restricted assets in advance of call with Committee Counsel. | 0.5 | 470.00 | 235.00 |
| 12/06/17 | Babcock, M | Spoke with Committee Counsel regarding complaint and other related case issues. | 0.3 | 470.00 | 141.00 |
| 12/06/17 | Babcock, M | Examined case files and records detailing restricted accounts asserted by Debtor. | 0.3 | 470.00 | 141.00 |
| 12/08/17 | Babcock, M | Examined documents provided by Debtor and responded to inquiries from Committee Counsel regarding restricted / nonrestricted assets and parishes. | 1.4 | 470.00 | 658.00 |
| 12/11/17 | Babcock, M | Spoke with Committee Counsel regarding complaint and followed-up on related items. | 0.4 | 470.00 | 188.00 |
| 12/12/17 | Babcock, M | Revised complaint, including review of Debtor's schedules and MORs. | 0.8 | 470.00 | 376.00 |
| 12/13/17 | Babcock, M | Revised complaint and provided same to Committee Counsel for review. | 0.5 | 470.00 | 235.00 |
| | | **Total for Task Code 450.00** | **11.1** | | **$ 5,217.00** |
| **Task Code: 460.00** | | **Motion To Dismiss Analysis** | | | |
| 03/23/18 | Babcock, M | Examined audited financial statements in conjunction with analysis of Debtor's motion to dismiss bankruptcy. | 1.9 | $ 485.00 | $ 921.50 |
| 03/26/18 | Babcock, M | Spoke with Committee Counsel regarding motion to dismiss | 0.3 | 485.00 | 145.50 |



**ROMAN CATHOLIC BISHOP OF GREAT FALLS**
October 16, 2017 through October 5, 2018
PROFESSIONAL SERVICES - TIME DESCRIPTIONS

| DATE | NAME | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 03/27/18 | Babcock, M | Prepared for and spoke with Committee Counsel regarding opposition to motion to dismiss. | 0.8 | 485.00 | 388.00 |
| 03/27/18 | Babcock, M | Prepared document request list related to objection to motion to dismiss. | 1.0 | 485.00 | 485.00 |
| 03/27/18 | Shields, P | Meeting regarding case background and issues related to motion to dismiss. | 1.4 | 560.00 | 784.00 |
| 03/27/18 | Shields, P | Call with counsel and follow up evaluation regarding objection to motion to dismiss. | 0.7 | 560.00 | 392.00 |
| 03/28/18 | Babcock, M | Analyzed case files and records and updated document request list related to objection to motion to dismiss. | 2.3 | 485.00 | 1,115.50 |
| 03/28/18 | Babcock, M | Prepared for and spoke with Committee Counsel regarding opposition to motion to dismiss and related document request. | 0.5 | 485.00 | 242.50 |
| 03/28/18 | Shields, P | Prepared document request related to motion to dismiss. | 0.6 | 560.00 | 336.00 |
| 03/29/18 | Babcock, M | Finalized document request related to motion to dismiss. | 0.6 | 485.00 | 291.00 |
| 04/03/18 | Babcock, M | Prepared for and spoke with Committee Counsel regarding opposition to motion to dismiss. | 0.8 | 485.00 | 388.00 |
| 04/03/18 | Babcock, M | Analyzed bank account, DLF and other activity related to opposition to motion to dismiss. | 1.7 | 485.00 | 824.50 |
| 04/03/18 | Judd, D | Conference call with Matt Babcock and Paul Shields regarding the assets to be included in a potential payout analysis. | 0.3 | 640.00 | 192.00 |
| 04/04/18 | Babcock, M | Analyzed bank account, DLF and other activity related to opposition to motion to dismiss. | 3.1 | 485.00 | 1,503.50 |
| 04/04/18 | Shields, P | Reviewed status of analysis. | 0.1 | 560.00 | 56.00 |
| 04/05/18 | Babcock, M | Analyzed bank account, DLF and other activity related to opposition to motion to dismiss. | 0.7 | 485.00 | 339.50 |
| 04/06/18 | Babcock, M | Prepared for and participated in conference call with Committee counsel in order to discuss issues related to opposition to | 0.9 | 485.00 | 436.50 |
| 04/06/18 | Babcock, M | Analyzed bank account, DLF and other activity related to opposition to motion to dismiss. | 1.2 | 485.00 | 582.00 |
| 04/06/18 | Shields, P | Reviewed case issues and summary schedules. | 0.6 | 560.00 | 336.00 |
| 04/09/18 | Babcock, M | Updated analysis of bank account, DLF and other activity related to opposition to motion to dismiss. | 4.4 | 485.00 | 2,134.00 |
| 04/09/18 | Babcock, M | Revised Opposition To Debtor's Motion To Dismiss and discussed related issues with Committee Counsel. | 1.3 | 485.00 | 630.50 |
| 04/10/18 | Babcock, M | Updated Opposition To Debtor's Motion To Dismiss. | 0.5 | 485.00 | 242.50 |
| 04/12/18 | Babcock, M | Analyzed historical monthly balances in bank accounts in conjunction with opposition to motion to dismiss. | 1.7 | 485.00 | 824.50 |
| 04/16/18 | Babcock, M | Updated asset analysis in conjunction with opposition to motion to dismiss. | 2.2 | 485.00 | 1,067.00 |
| 04/17/18 | Babcock, M | Updated asset analysis in conjunction with opposition to motion to dismiss. | 1.3 | 485.00 | 630.50 |
| 04/18/18 | Babcock, M | Revised asset analysis in conjunction with opposition to motion to dismiss. | 1.6 | 485.00 | 776.00 |
| 04/19/18 | Babcock, M | Updated asset analysis in conjunction with opposition to motion to dismiss. | 0.8 | 485.00 | 388.00 |



**ROMAN CATHOLIC BISHOP OF GREAT FALLS**
October 16, 2017 through October 5, 2018
PROFESSIONAL SERVICES - TIME DESCRIPTIONS

| DATE | NAME | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 04/30/18 | Babcock, M | Reviewed case files and records in conjunction with settlement. | 0.8 | 485.00 | 388.00 |
| | | **Total for Task Code 460.00** | **34.1** | | **$ 16,840.00** |
| **Task Code: 950.00** | | **Fee Application Preparation & Hearing** | | | |
| 10/01/18 | Babcock, M | Reviewed and categorized time descriptions for inclusion in fee application. | 0.5 | $ 485.00 | $ 242.50 |
| 10/02/18 | Babcock, M | Prepared fee application narrative and exhibits. | 1.0 | 485.00 | 485.00 |
| 10/03/18 | Babcock, M | Updated and finalized fee application narrative and exhibits. | 3.2 | 485.00 | 1,552.00 |
| | | **Total for Task Code 950.00** | **4.7** | | **$ 2,279.50** |
| | | **Total Professional Services** | **134.1** | | **$ 54,038.00** |



**ROMAN CATHOLIC BISHOP OF GREAT FALLS**
October 16, 2017 through October 5, 2018
**EXPENSES**

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/16/18 | Federal Express | $ 54.20 |
| | **Total Expenses** | **$ 54.20** |