DENNIS.W. BRAULICK)
917 EAST 12TH AVENUE
POST FALLS, IDAHO 83854
208-704-1737
VICTIM, CREDITOR,
DISAVBLED VETERAN
Plaintiff Pro Se

# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT

# MONTANA

| In Re: ROMAN CATHOLIC BISHOP OF GREAT FALLS –BILLINGS MONTANA A MONTANA RELIGIOUS CORPORATE SOLE | Case No. 17-60271-11<br>NOTICE OF HEARING FOR THE MOTIONS OF OBJECTION TO :<br>1. THE REDUCTION OF SETTLEMENT BY TWENTY NINE PERCENT 29% TO PAY OTHER ATTORNEYS WHO DID NOT REPRESENT THE VICTIM DENNIS W. BRAULICK<br>2. MOTION OF OBJECTION TO, ANY PAYMENTS TO THE FOLLOWING UNTIL THE VITIMS HAVE BEEN PAID:<br>   a. FORD ELSAESSER, BRUCE A. ANDERSON, KATTIE ELSAESSER OF ELSASSER ANDERSSON, Chtd.<br>   b. DAVIS, HATLEY, HAFFEMAN & TIGHE, PC<br>   c. HON. MICHAEL R. HOGAN (RET.) |
|---|---|

1.    Please take Notice: DENNIS W. BRAULICK filed a NOTICE OF HEARING FOR THE FOLLOWING:

   - MOTION OF OBJECTION TO TWENTY NINE PERCENT 29% OF ATTORNEY FEES ON VICTIM DENNIS W. BRAULICK SETTLEMENT FOR

OTHER ATTORNEY FEE
- MOTION OF OBJECTION TO ALL NOTICES OF APPLICATION FOR PROFESSIONAL FEES AND COST FOR UNKOWN CLAIMS REPRESENTATIVE, HONOR. MICHEAL R HOGAN (RETIRED) DAVIS, HATRLEY, HOFFEMAN & TIGHE, P.C. ELSAESSER, ANDERSON, CHTD,
- NOTICE OF MOTION OF OBJECTION TO FEES TO BE PAID ONLY ON PAYMENT OF ALL VICTIMS PROPER SETTLEMENTS

2. The Hearing will be Heard in the, UNITED STATE BANKRUPTCY COURT FOR THE DISTRICT OF M ONTANA, FEDERAL BUILDING 400 NORTH MAIN, BUTTE, MONTANA 59701 TELEPHONE 406-497- 1240

3. NOVEMBER 13, 2018, at THE HOUR OF 2:00 P.M.

Respectively Submitted this 31st Day of October 2018

_____
DENNIS W. BRAULICK VICTIM/CREDITOR
PLAINTIFF, ATTORNEY PRO SE

# CERTIFICATE OF SERVICE

I certify that on the 31ST Day of October, 2018, I herby Certify that a true and correct copy of the foregoing:

THE NOTICE OF HEARING FOR THE FOLLOWING:

1. MOTION OF OBJECTION TO: THE REDUCTION OF SETTLEMENT BY TWENTY NINE PERCENT 29% TO PAY OTHER ATTORNEYS, WHO DID NOT REPRESENT THE VICTIM DENNIS W. BRAULICK,

2. MOTION OF OBJECTION TO ALL NOTICES OF APPLICATION FOR PROFESSIONAL FEES AND COST FOR UNKOWN CLAIMS REPRESENTATIVE, HONOR. MICHEAL R HOGAN (RETIRED) DAVIS, HATRLEY, HOFFEMAN & TIGHE, P.C. ELSAESSER, ANDERSON, CHTD,

3. NOTICE OF MOTION OF OBJECTION TO FEES TO BE PAID ONLY ON PAYMENT OF ALL VICTIMS PROPER SETTLEMENTS

Were Mailed a Copy to the below individuals.

UNITED STATE BANKRUPTCY COURT FOR THE DISTRICT OF M ONTANA
FEDERAL BUILDING
400 NORTH MAIN
BUTTE, MONTANA 59701
TELEPHONE 406-497- 1240

[X] MAILED, FIRST CLASS PREPAID POSTAGE
[ ] HAND DELIVERED
[ ] FAXED

UNITED STATE TRUSTEE
OFFIC E OF THE UNIT
STATES TRUSTEE
301 CENTRAL AVERNUE SOUTH, SUITE 204
FEDERAL BUILDING
GREAT FALLS, MONTANA 59401

[X] MAILED, FIRST CLASS PREPAID
[ ] HAND DELIVERED
[ ] FAXED

ELSAESSER, ANDERSON
CHTD,
FORD ELSAESSER, ESQ.
BRKUCE A. ANDERSON, ESQ.
320 EAST NIEDER AVENUE SUITE 102

[X] MAILED, FIRST CLASS PREPAID POSTAGE
[ ] HAND DELIVERED
[ ] FAXED

COEUR d' ALENE, IDAHO 83815
ATTORNEYS FOR THE                         [X] MAILED, FIRST CLASS PREPAID POSTAGE
COMMITTEE PACHULSKI STANG                 [ ] HAND DELIVERED
ZIEHL & JONES LLP                         [ ] FAXED
PACHULSKI STANG ZEIHL AND JONES LLP
10100 SANTA MONICA BOULEVARD, SUITE 1300
LOSW ANGELAS CALIFORNIA 90067
ATTENTION JAMES L. STANG Esq.


ILAN D. SCHARF                            [X] MAILED, FIRST CLASS PREPAID POSTAGE
780 THIRD AVENUE, 36TH FLOOR         [ ] HAND DELIVERED
NEW YORK, NEW YORK  10017                 [ ] FAXED
ATTENTIOM ILAN D. SCHARF Esq.


DENNIS W. BRAULICK                        [X] MAILED, FIRST CLASS PREPAID POSTAGE
917 EAST 12TH AVENUE                 [ ] HAND DELIVERED
COUER d' ALENE IDAHO 83854                [ ] FAXED


RESPECTIVELY SUBMITTED, this 31ST Day of October, 2018.

_____
**DENNIS W. BRAULICK, VICTIM, CREDITOR ATTORNEY PRO Se**