STATE OF MONTANA } SS
COUNTY OF CASCADE }
I HEREBY CERTIFY THAT THE INSTRUMENT TO WHICH THIS CERTIFICATE IS ANNEXED, IS A TRUE, COMPLETE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE.
WITNESS MY HAND AND SEAL OF OFFICE
OCT 3 1 2018
Date
RINA FT MOORE
Clerk and Records/Auditor/Surveyor
By_____ DEPUTY

DENNIS. W. BRAULICK)
917 EAST 12TH AVENUE
POST FALLS, IDAHO 83854
208-704-1737
VICTIM, CREDITOR,
DISAVBLED VETERAN
Plaintiff Pro Se

## MONTANA EIGHTH JUDICIAL DISTRICT COURT,

## CASCADE, COUNTY

| | |
|---|---|
| DENNIS W. BRAULICK, ) | |
|     VICTIM, CREDITER, ) | CAUSE NO. 17-60271-11 |
|     PLAINTIFF ) | CAUSE NO. 11-1078 and OTHER CIVIL |
| ) | CASES TO BE CONSOLIDATED |
| -VS- ) | |
| ) | |
| ROMAN CATHOLIC BISHOPS OF ) | LIS PENDENS |
| GREAT FALLS-BILLINGS MONTANA ) | |
| A MONANA RELIGIOUS CORPORATE ) | |
| SOLE, and the ) | |
| COLLEGE OF GREAT FALLS, ) | |
| GREAT FALLS, MONTANA ) | |
| ) | |
|     DEBTOR    DEFENDANT. ) | |

NOTICE IS HEREBY GIVEN that a action to foreclose the Deed of Trust held by, THE COLLEGE OF GREAT FALLS and its Estate, is pending in the above-entitled matter, which Deed of Trust covers the following described property;

    A Tracts of land located of Land in the North Half of the Northeast Quarter (N1/2NE1/4) of Section (18), Town-ship (20) North, Range Four (4) East, M.M., Cascade County, Montana, **From Cascade County Plat maps by TD&H Thomas, Dean & Hoskins, Inc.**

said Tract as follows:

F0016117 LP
Total Pages: 5 R 5.00 By:bhanson 10/31/2018 02:12.49 PM
Cascade County, Rina Ft Moore - Clerk & Recorder

Beginning at a point on the south line of the N1/2 Sec. 18 Twp. 20 N., Rg. 4 East M.M., which point lies South 89*54' East 160 feet from the southwest corner of the said N1/2NE1/4, extending thence Twenty Street of Huy Addition to Great Falls, Cascade, Montana, produced South, thence89*56' East 1210.5 feet, thence South1223.7 feet along the West Line of Twenty-Third Street of Eleventh Addition to Great Falls, Cascade, Montana produced South, thence North 89*54' West 1210.7 Feet along the South line of the N1/2NE1/4 to the place beginning and containing an area of 34.1 Acres, more or less, also known as lot A Replat of Lincoln Height, Great Falls, Cascade County, Montana; and

- A Tract of Land in the South Half of the Northeast Quarter (S1/2NE1/4) of Section Eighteen (18), Town-Ship Twenty (20) North, Range Four (4) East, M.M, Cascade County, Montana, described as follows, to-wit: Beginning at a point on the north line of the S1/2NE1/4 of Sec. 18, Twp. 20, N. Rg. 4 East, which point lies South 89*54' East 49.7 feet from the northeast corner of the SW1/4NE1/4 of Sec. 18, extending thence South 1091.0 feet; thence South 89*42' West 1210.0 feet; thence North 1101.5 feet: thence South 89*54' East 1210.0 feet to a place of beginning, and containing an acre of 30.46 acres, more or les, said tract beginning also known and described as lot B of the Replat of Lincoln Heights, Cascade County, Montana

- A tract of land in the S1/2NW1/4 and the NW1/4SE1/4 of Section 18, Twp 20 North, Range 4 East, M.P.M., particularly described as follows, to wit: Starting at the Center Corner of Section 18, thence South 0*23' East408.0 feet, thence North 0*12' East 855.5 feet, thence North 89*42' East 1043.1, thence South 0*03' West 221.7 feet, thence South89*42' West 130.2 feet, South 0*02' West 1335.9 feet, thence South89*40' West 1329.7 feet, thence North 0*23' East 703.7 feet to the Point of Beginning; containing 40.04 acres, more or less.

- A 0.952 acre tract of land located in the NE ¼ of Section 18, Township 20 North Range 4 East, P.M.M. City of Great Falls, Cascade County, Montana, and being more particularly Described as Described in Exhibit A, according to official map of plat thereof on file of record in the office of the Cascade County Clerk and Recorder: Deed Reference: PL, P-2015-0000030 PL.

  Starting at the 20 Street North Corner of Original Line of Parcel 2 S89*56' 486.00', then N 54*40' 103.43', then S 89*56W 605.00'then south 732.03 ', then a line south 89*54East 1210.7, then North 660.73 to the Beginning

The above Descriptions and Deeds and together with all the tenements, hereditament and appurtenances thereto belonging, and the reversion and reversion, remainder and remainders, rent, issues and profits thereof; and also all estate, right, title, interest, property, possession, claim and demand whatsoever as well in law of equity, of said Party of the First PART, of, in or to the

said premises and every part and parcel thereof on them. The above deeds and plats are subject to a total resurvey and a correct current Deed then to be assessed before a Foreclosure sale would begin.

The Above described real estate situated in GREAT FALL, MONTANA, CASCADE County, is involved in said suit, to wit:

The nature of the lien, right or interest sought to be enforced is as follows: DENNIS W. BRAULICK, VICTIM, CREDITOR AND PLAINTIFF, and on behalf of the other Two Independence VICTIMS, and other 84 Victims of Sexual Abuse brings this action to confirm title, remove clouds from title and to compel Defendants to convey legal title to the above described mineral interest based on the fact that, : DENNIS W. BRAULICK, VICTIM, CREDITOR AND PLAINTIFF, is filling for said interest and the Defendants ROMAN CATHOLIC BISHOPS OF GREAT FALLS-BILLINGS MONTANA , A MONANA RELIGIOUS CORPORAT E SOLE and/or their successors in interest have failed to convey the above described mineral interest and, therefore, Defendants hold the interest in trust for the benefit of the DENNIS W. BRAULICK VICTIM, CREDITOR AND PLAINTIFF, and on behalf of the other Two Independence Victims, and other 84 Victims of Sexual Abuse by the ROMAN CATHOLIC BISHOPS OF GREAT FALLS-BILLINGS MONTANA , A MONANA RELIGIOUS CORPORAT E SOLE, and the COLLEGE OF GREAT FALLS, GREAT FALLS, MONTANA.        )

WITNESS MY SIGNATURE this 31st DAY of OCTOBER, 2018.

Respectfully submitted,

_____
DENNIS W. BRAULICK

STATE OF MONTANA   )
                   :ss
COUNTY OF CASCADE  )

On this 31st Day of OCTOBER, 2018, before me, a Notary Public for the State of Montana, in Cascade County, personally appear before me, DENNIS W. BRAULICK, known to me by his Montana Driver's Identification, and that he is executed the foregoing instrument and acknowledged to me the same.

_____ MONTANA
NOTARY PUBLIC FOR THE STATE OF ~~NORTH DAKOTA~~
RESIDING IN CASCADE COUNTY, MT.
COMMISSION EXPIRES:_____

EVA M. MCDUNN
NOTARY PUBLIC for the
State of Montana
Residing at Great Falls, Montana
My Commission Expires
February 25, 2021

# CERTIFICATE OF SERVICE

I certify that on the 31ST Day of October, 2018, I hereby Certify that a true and correct copy of the foregoing:

THE NOTICE OF HEARING FOR THE FOLLOWING:

1. MOTION OF OBJECTION TO: THE REDUCTION OF SETTLEMENT BY TWENTY NINE PERCENT 29% TO PAY OTHER ATTORNEYS, WHO DID NOT REPRESENT THE VICTIM DENNIS W. BRAULICK,

2. MOTION OF OBJECTION TO ALL NOTICES OF APPLICATION FOR PROFESSIONAL FEES AND COST FOR UNKOWN CLAIMS REPRESENTATIVE, HONOR. MICHEAL R HOGAN (RETIRED)
DAVIS, HATRLEY, HOFFEMAN & TIGHE, P.C. ELSAESSER, ANDERSON, CHTD,

3. NOTICE OF MOTION OF OBJECTION TO FEES TO BE PAID ONLY ON PAYMENT OF ALL VICTIMS PROPER SETTLEMENTS

Were Mailed a Copy to the below individuals.

| | |
|---|---|
| UNITED STATE BANKRUPTCY COURT FOR THE DISTRICT OF MONTANA FEDERAL BUILDING 400 NORTH MAIN BUTTE, MONTANA 59701 TELEPHONE 406-497-1240 | [X] MAILED, FIRST CLASS PREPAID POSTAGE [ ] HAND DELIVERED [ ] FAXED |
| UNITED STATE TRUSTEE OFFICE OF THE UNIT STATES TRUSTEE 301 CENTRAL AVERNUE SOUTH, SUITE 204 FEDERAL BUILDING GREAT FALLS, MONTANA 59401 | [X] MAILED, FIRST CLASS PREPAID [ ] HAND DELIVERED [ ] FAXED |
| ELSAESSER, ANDERSON CHTD, FORD ELSAESSER, ESQ. BRKUCE A. ANDERSON, ESQ. 320 EAST NIEDER AVENUE SUITE 102 | [X] MAILED, FIRST CLASS PREPAID POSTAGE [ ] HAND DELIVERED [ ] FAXED |

LIS PENDENS                                                                                                               PAGE 4

COEUR d' ALENE, IDAHO 83815
ATTORNEYS FOR THE                          [X] MAILED, FIRST CLASS PREPAID POSTAGE
COMMITTEE PACHULSKI STANG         [ ] HAND DELIVERED
ZIEHL & JONES LLP                              [ ] FAXED
PACHULSKI STANG ZEIHL AND JONES LLP
10100 SANTA MONICA BOULEVARD, SUITE 1300
LOSW ANGELAS CALIFORNIA 90067
ATTENTION JAMES L. STANG Esq.

ILAN D. SCHARF                                    [X] MAILED, FIRST CLASS PREPAID POSTAGE
780 THIRD AVENUE, 36TH FLOOR        [ ] HAND DELIVERED
NEW YORK, NEW YORK 10017            [ ] FAXED
ATTENTIOM ILAN D. SCHARF Esq.

DENNIS W. BRAULICK                          [X] MAILED, FIRST CLASS PREPAID POSTAGE
917 EAST 12TH AVENUE                        [ ] HAND DELIVERED
COUER d' ALENE IDAHO 83854            [ ] FAXED

RESPECTIVELY SUBMITTED, this 31ST Day of October, 2018.

_____
DENNIS W. BRAULICK, VICTIM CREDITOR ATTORNEY PRO Se