Ford Elsaesser, ISB #2205
Bruce A. Anderson, ISB #3392
ELSAESSER ANDERSON, CHTD.
320 East Neider Avenue, Suite 102
Coeur d'Alene, ID 83815
Tel:    (208) 667-2900
Fax:    (208) 667-2150
E-mail: ford@eaidaho.com
E-mail: brucea@eaidaho.com

Attorneys for Debtor-in-Possession

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| In re: | Chapter 11 |
| Roman Catholic Bishop of Great Falls, Montana, a Montana Religious Corporate Sole (Diocese of Great Falls), | Case No. 17-60271 |
| Debtor-in-Possession. | |

## SECOND AMENDED MOTION FOR FINAL DECREE IN CHAPTER 11 CASE

COMES NOW, the Roman Catholic Bishop of Great Falls, a Montana Religious Corporate Sole ("Diocese of Great Falls" or "Debtor"), by and through undersigned counsel Bruce A. Anderson of Elsaesser Anderson, Chtd., and respectfully moves the Court to enter a Final Decree in the above-entitled case, pursuant to 11 U.S.C. § 350 and Rule 3022, F.R.B.P. The undersigned represents to the Court the following:

1. The Order confirming the Modified First Amended Joint Plan has become final;
2. Any deposits required by the Plan have been distributed;
3. Any property proposed by the Plan to be transferred has been transferred;
4. The Debtor or successor of the Debtor under the Plan has assumed the operations of or the management of the property dealt with by the Plan;
5. The payments under the Plan have commenced;
6. All motions, contested matters, and adversary proceedings brought by the Debtor have been fully resolved;
7. All Monthly Operating Reports due through this date have been prepared, properly executed and filed with the Court; and,

8.    All quarterly fees due to the United States Trustee pursuant to 28 U.S.C. § 1930(a)(6) have been paid in full.

DATED this 4th day of January, 2019.

ELSAESSER ANDERSON, CHTD.


/s/ Bruce A. Anderson
Bruce A. Anderson
Attorney for Debtor


## NOTICE OF OPPORTUNITY TO RESPOND
## AND REQUEST A HEARING

**If you object to the relief in this motion or wish the Court reconsider its Order, you must file a written responsive pleading and request a hearing within fourteen (14) days of the date of the motion. The responding party shall schedule a hearing on the motion at least twenty-one (21) days after the date of the response and request for hearing and shall include in the caption of the responsive pleading in bold and conspicuous print the date, time and location of the hearing by inserting in the caption the following:**

**NOTICE OF HEARING**
**Date: _____**
**Time:_____**
**Location:_____**

**If no objections are timely filed, the Court may grant the relief requested as a failure to respond by any entity shall be deemed an admission that the relief requested should be granted.**

DATED this 4th day of January, 2019

ELSAESSER ANDERSON, CHTD.


/s/ Bruce A. Anderson
Bruce A. Anderson

<u>CERTIFICATE OF SERVICE</u>

I, Bruce A. Anderson, declare as follows:

I am employed by Elsaesser Anderson, Chtd., Coeur d'Alene, Idaho; I am over the age of eighteen years and not a party to this action; the firm's business address is 320 East Neider Avenue, Suite 102, Coeur d'Alene, Idaho 83815.

I certify that on January 4, 2019, I served the foregoing on all ECF participants as indicated on the Court's ECF system.

Additionally, by regular first class mail, I mailed a copy to the parties on the attached MML*, and to confidential claimant C.E.

I swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: January 4, 2019                  /s/ *Bruce A. Anderson*
                                        Bruce A. Anderson


* The attached list will not be mailed out to creditors, but will be on file with the United States Bankruptcy Court. A copy will be provided upon request.

Label Matrix for local noticing
0977-2
Case 17-60271-JDP
U.S. Bankruptcy Court, District of Montana
Butte
Thu Jan  3 09:32:12 MST 2019

Montana State Fund
PO Box 4759
Helena, MT 59604-4759

OFFICE OF THE U.S. TRUSTEE
US DEPT OF JUSTICE
720 PARK BLVD, STE 220
BOISE, ID 83712-7785

OFFICE OF THE US TRUSTEE
US DEPT OF JUSTICE
720 PARK BLVD, STE 220
BOISE, ID 83712-7785

Oblates Fathers Western Province, Inc.
391 Michigan Ave. N.E.
Washington, D.C. 20017-1587

PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd.
#1300
Los Angeles, CA 90067-4114

ROMAN CATHOLIC BISHOP OF GREAT FALLS, MONTAN
P.O. BOX 1399
GREAT FALLS, MT 59403-1399

U.S. Province of the Missionary Oblates of M
391 Michigan Ave. N.E.
Washington, D.C. 20017-1516

U.S. Bankruptcy Court, District of MT
Room 263 Federal Building
400 North Main
Butte, MT 59701-8866

34 Abuse Claimants 'Doe Group'
Bryan Smith and Vito de la Cruz
Tamaki Law Offices
1340 N. 16th Avenue, Suite C
Yakima, WA 98902-7106

38 Abuse Claimants 'Becker Group'
Timothy Kosnoff, Kosnoff Law
Metro Office Park, Metro Park 7
Street 1, Suite 204 Guyanabo
San Juan, PR 00968

ABUSE SURVIVORS
DATSOPOULOS, MACDONALD & LIND
201 W MAIN ST STE 201
MISSOULA MT 59802-4326

Anderson Family Pharmacy
2828 10th Ave S
Great Falls, MT 59405-3241

Arkadin, Inc.
Attn: Tonya Booth
1501 E Woodfield Rd, 400E
Schaumburg, IL 60173-6047

Billings Construction Supply
5514 King Ave E
Billings, MT 59101-4641

Billings Gazette Communications
PO Box 31238
Billings, MT 59107-1238

Blessed Kateri Tekakwitha
PO Box 509
Lodge Grass, MT 59050-0509

Blessed Sacrament Parish
630 Cheyenne Ave
Lame Deer, MT 59043

Bruce A. Anderson
Elsaesser Jarzabek Anderson Elliott & Ma
320 East Neider Avenue
Suite 102
Coeur D Alene, ID 83815-6007

CENTURYLINK COMMUNICATIONS LLC
931 14TH ST STE 900
DENVER CO 80202-2994

Career Quest
724 1st Ave S
Great Falls, MT 59401-3702

Carquest Auto Parts
PO Box 404875
Atlanta, GA 30384-4875

Catholic Foundation of Eastern MT
P.O. Box 1345
Great Falls, MT 59403-1345

Catholic Management Services
4457 Willow Road
Suite 100
Pleasanton, CA 94588-8554

Century Link
PO Box 91155
Seattle, WA 98111-9255

Christ the King
13268 S 5TH St
Busby, MT 59016

Christian Brothers Retirement Savings
1205 Windham Parkway
Romeoville, IL 60446-1672

Christina Cowick
4432 6th Ave S
Great Falls, MT 59405-3736

City of Great Falls
Utility Billing Department
PO Box 5021
Great Falls, MT 59403-5021

Corpus Christi Church
Rev. Ryan Erlenbush
410 22nd Ave NE
Great Falls, MT 59404-1513

Culligan
401 Huffman Ave
Great Falls, MT 59404-3298

Daniel Fasy
Fasy Law
1752 NW Market St, #1502
Seattle, WA 98107-5264

Dex Media
PO Box 79167
Phoenix, AZ 85062-9167

Diocese of Helena
PO Box 1729
Helena, MT 59624-1729

Energy West
PO Box 2229
Great Falls, MT 59403-2229

First Lease, Inc.
1 Walnut Grove Dr
Suite 300
Horsham, PA 19044-2201

Fr. Marcel Vogel
1701 26th St S
Apt #3
Great Falls, MT 59405-5173

Gagnon's
308 9th Ave S
Great Falls, MT 59405-4083

General Unsecured Creditors
All in Care-Diocese of Great Falls
121 23rd St S
Great Falls, MT 59401-3997

Giulia Marie Arcuri
224 Diamond Avenue
Newport Beach, CA 92662-1116

Great Falls Tribune
PO Box 677334
Dallas, TX 75267-7334

(c)HOLY FAMILY
112 1ST AVE
GLENTANA MT 59240-9709

(p)HOLY FAMILY
ST LEO CHURCH
PO BOX 421
LEWISTOWN MT 59457-0421

Holy Spirit Catholic School
2820 Central Ave
Great Falls, MT 59401-3412

Holy Spirit Parish
Rev. Schlosser and Rev. Wilkins
201 44th St S
Great Falls, MT 59405-1653

Holy Trinity Church
692 Stockett Rd
Centerville, MT 59480

Immaculate Conception Church
Rev. William D'Souza
1223 16th St
Fort Benton, MT 59442

Immaculate Conception Parish
509 N 12th Ave
Forsyth, MT 59327

Immaculate Conception Parish
PO Box 789
Wolf Point, MT 59201-0789

Innovative Postal Services
PO Box 2565
Great Falls, MT 59403-2565

Instrumentalist Awards
1838 Techny Court
Northbrook, IL 60062-5474

Internal Revenue Service
Centralized Insolvency Op.
P.O. Box 7346
Philadelphia, PA 19101-7346

Joseph Blumel III
Law Offices of Joseph Blumel III
4407 N Division Street, Ste 900
Spokane, WA 99207-1660

Joseph Steven Wilcox
c/o James Edmiston
Edmiston and Colton
310 Grand Avenue
Billings, MT 59101-5923

Jostens
21336 Network Place
Chicago, IL 60673-1213

KRTV-TV
PO Box 2557
Billings, MT 59103-2557

Kay Walters
4142 5th Ave S
Great Falls, MT 59405-3724

Knife River
PO Box 80066
Billings, MT 59108-0066

Lee James and Craig Vernon
James, Vernon and Weeks
1626 Lincoln Way
Coeur D Alene, ID 83814-2459

Lone Pony Web and Management
Tia Renee Buzzard
2932B Highway 153
Twisp, WA 98856-9725

Marlin Leasing Corporation
300 Fellowship Rd
Mount Laurel, NJ 08054-1727

Mary Queen of Peace
3411 S 34th St
Billings, MT 59101

Meadow Gold Dairies
PO Box 710966
Denver, CO  80271-0966

Memorial Monuments and Vaults
598 West Franklin
Meridian, ID 83642-2825

MetLife
PO Box 803323
Kansas City, MO  64180-3323

Metropolitan Utilities District
PO Box 3600
Omaha, NE  68103-0600

Milt Datsopoulos and Molly Howard
Datsopoulos, MacDonald & Lind
201 W Main ST STE 201
Missoula MT 59802-4326

Montana Department of Labor
Unemployment Division
PO Box 6339
Helena, MT  59604-6339

Montana Dept. of Public Health
Laboratory Services Bureau
PO Box 4369
Helena, MT  59604-4369

Montana Dept. of Revenue
PO Box 7701
Helena, MT 59604-7701

Montana State Fund
PO Box 31477
Billings, MT  59107-1477

Montana Waste Systems
PO Box 2645
Great Falls, MT 59403-2645

Montana-Dakota Utilities
PO Box 5600
Bismark, ND  58506-5600

Most Rev. Anthony M. Milone
7323 Shirley Street, Apt. 209
Omaha, NE 68124-1739

Mountain View Co-Op
PO Box 1299
Great Falls, MT  59403-1299

NORTHWESTERN ENERGY
11 E PARK ST
BUTTE, MT 59701-1711

National Laundry
700 Crescent Dr
Great Falls, MT 59404-3210

NorthWestern Energy
40 E Broadway
Butte, MT 59707-9394

Omaha Public Power Dist.
PO Box 3995
Omaha, NE  68103-0995

One License.net
7343 South Mason Ave
Chicago, IL 60638-6274

Our Lady Of Mercy Mission
121 6th Ave W
Melstone, MT 59054

Our Lady of Loretto Parish
11723 E Helen St
Lodge Grass, MT 59050

Our Lady of Lourdes
409 13th St S
Great Falls, MT 59405-2398

Our Lady of Lourdes Church
PO Box 187
Poplar, MT 59255-0187

Our Lady of Ransom
PO Box 647
Chester, MT 59522-0647

Pharmacy 1
2900 12th Ave N
Billings, MT 59101-7503

Public Works Utilities
PO Box 30958
Billings, MT 59107-0958

QWEST CORPORATION DBA CENTURYLINK
931 14ST ST STE 900
DENVER CO 80202-2994

Queen of the Angels
PO Box 471
Glasgow, MT 59230-0471

Quill Corporation
PO Box 37600
Philadelphia, PA  19101-0600

Red's Fixit Shop
PO Box 20782
Billings, MT 59104-0782

Republic Service
PO Box 78829
Phoenix, AZ  85062-8829

Rev. Anthony J. Schuster
c/o Joe and Stevi Schuster
2002 Wyndham Park Dr
Billings, MT 59102-8116

Rev. Charles Gorman
2351 Solomon Ave, Apt 157
Billings, MT 59102-2885

Rev. Daniel O'Rourke
1701 26th St S, Apt 2
Great Falls, MT  59405-5173

Rev. James E. Birkmaier
The Lodge
1801 9th St S, Apt 225
Great Falls, MT 59405-5616

Rev. James M. Sikora
1915 13th Ave S
Great Falls, MT 59405-4810

Rev. Jerry Connolly
PO Box 456
Joliet, MT  59041-0456

Rev. John J. Houlihan
2003 Woody Dr, Apt 4
Billings, MT  59102-2891

Rev. John P. Krier
PO Box 449
Air Way Heights, WA  99001-0449

Rev. Lothar Krauth
3724 8th Ave N
Great Falls, MT  59401-2229

Rev. Marcel Vogel
1701 26th St S, Apt. 3
Great Falls, MT 59405-5173

Rev. Peter E. Guthneck
St Mary Church
PO Box 3009
Box Elder, MT 59521-3009

Rev. Richard J. Hopkins
c/o Tina Hopkins
26700 Cortrite Ave.
Hemet, CA 92545-9288

Rev. Richard Osterman
c/o St. John Lutheran Ministry
3950 Rimrock Rd., Room 726
Billings, MT 59102

Rev. Robert D. Grosch
St Patrick Co-Cathedral
215 N 31st St
Billings, MT 59101-1908

Rev. Ted Szudera
PO Box 6507
Great Falls, MT 59406-6507

Rev. Terrence P. Regan
PO Box 25
Great Falls, MT  59403-0025

Rev. Thomas C. Harney
1440 Granite Ave, Apt B
Billings, MT  59102-0716

Rev. Thomas M. Beggin
1631 41st St W
Billings, MT 59106-1742

Rev. Thomas Tobin
PO Box 407
Ekalaka, MT  59324-0407

Rev. William Cawley
1701 26th St S, Apt 4
Great Falls, MT 59405-5173

Rev. William Hogan
The Lodge
1801 9th St S, Apt 105
Great Falls, MT 59405-5613

SAINT LOUIS CONSULTATION CENTER
AKA SAINT LUKE CONSULTATION CENTER
8901 NEW HAMPSHIRE AVE
SILVER SPRING MD 20903-3611

SS Cyril and Methodius
C/O ST BERNARD
226 WICKS LANE
BILLINGS MT 59105-3725

Sacred Heart
P.O. Box 236
Fort Belknap, MT 59526-0236

Sacred Heart Church
PO Box 647
Chester, MT 59522-0647

Sacred Heart Mission
100 2nd Ave E
Hobson, MT 59452

Sacred Heart Mission
201 44th St S
Great Falls, MT 59405-1653

Sacred Heart Mission
225 2nd Ave E
Dodson, MT 59524

Sacred Heart Mission
314 Clinton St
Bainville, MT 59212

Sacred Heart Parish
PO Box 36
Glendive, MT 59330-0036

Sacred Heart Parish
Rev. Francis Schreiber
316 W Benham St
Glendive, MT 59330-1705

Sacred Heart Parish
Rev. Masilamani Suvakkin
PO Box 309
Bridger, MT 59014-0309

Sacred Heart Parish
Rev. Robert Oswald
120 N Montana Ave
Miles City, MT 59301-3510

Schiff Harden
Everett Cygal
233 South Wacker, Ste. 6600
Chicago, IL 60606-6360

Screening One, Inc.
PO Box 749363
Los Angeles, CA  90074-9363

Snyder Drug
2515 6th Ave N
Great Falls, MT 59401-1996

St Aloysius Parish
112 W Main St
Winnett, MT 59087

St David Parish
225 N Wilber St
Broadus, MT 59317

St Francis De Sales Mission
301 S Main St
Richey, MT 59259-9011

St Francis Of Assisi Parish
500 Wilson Ave
Saco, MT 59261

St John The Evangelist Parish
210 W Center Ave
Baker, MT 59313-9137

St Margaret Parish
623 Brewster St
Geraldine, MT 59446

St Mary Church
Rev. Nelson and Rev. Sticha
101 S 7th St W
Malta, MT 59538

St Mathias Parish
310 2nd St NE
Moore, MT 59464

St Philip Bonitus Parish
404 Timmons St
Scobey, MT 59263

St. Agnes Parish
1 N Word Ave
Red Lodge, MT 59068-9009

St. Albert
304 Minnesota
Hinsdale, MT 59241

St. Ann Cathedral
Rev. Oliver Doyle
715 3rd Ave N
Great Falls, MT 59401-1501

St. Ann Mission
102 Shell St
Vida, MT 59274

St. Ann Mission
13327 Mt Highway 200
Fort Shaw, MT 59443-9409

St. Anthony Catholic Church
235 Main St E
Box Elder, MT 59521

St. Anthony Church-Plevna
c/o St. John the Evangelist
PO Box 1519
Baker, MT 59313-1519

St. Anthony Mission
1100 Main St
Denton, MT 59430

St. Anthony Parish
413 3rd Ave W
Culbertson, MT 59218

St. Anthony Parish
Rev. Barton Stevens
317 West 7th St
Laurel, MT 59044-2054

St. Benedict Church
503 Main Street
Roundup, MT 59072-2497

St. Bernard Mission
c/o St. Matthew, Rev. O'Neil
219 7th St SE
Sidney, MT 59270-5034

St. Bernard's Parish
226 Wicks Lane
Billings, MT 59105-3799

St. Catherine Mission
317 7th St W
Fairview, MT 59221

St. Charles Borromeo Mission
21228 S Pryor Gap Road
Pryor, MT 59066

St. Cyril Parish
100 Hill Ave
Geyser, MT 59447

St. Dennis Parish
76 Highway 1
Crow Agency, MT 59022

St. Francis Xavier Parish
PO Box 160
Circle, MT 59215-0160

St. Gabriel Parish
404 8th St W
Chinook, MT 59523

St. Honorata Mission
c/o St. Benedict Church
503 Main Street
Roundup, MT 59072-2425

St. Joan of Arc Parish
PO Box 1519
Baker, MT 59313-1519

St. John Church
PO Box 309
Bridger, MT 59014-0309

St. John the Baptist
412 Leavitt Ave
Jordan, MT 59337

St. Joseph
206 Orchard Ave
Hysham, MT 59038

St. Joseph
P.O. Box 789
Wolf Point, MT 59201-0789

St. Joseph Mission
PO Box 309
Bridger, MT 59014-0309

St. Joseph Parish
910 McLeod St
Big Timber, MT 59011-8097

St. Joseph Parish
Rev. Joseph Ponessa
716 N Custer Ave
Hardin, MT 59034

St. Joseph Parish
Rev. Patrick Zabrocki
301 N Main St
Plentywood, MT 59254-1649

St. Jude Thaddeus Parish
Rev. Daniel Wathen
624 4th St
Havre, MT 59501

St. Labre Parish
Tongue River Road
Ashland, MT 59003

St. Leo the Great Parish
Rev. Samuel Spiering
102 W Broadway St
Lewistown, MT 59457-1735

St. Margaret Mary Parish
320 Water Ave
Colstrip, MT 59323-9685

St. Margaret Mary Parish
400 Johannes
Big Sandy, MT 59520

St. Margaret Parish
206 1st Ave N
Clyde Park, MT 59018

St. Mark Parish
128 Castner St
Belt, MT 59412

St. Mary Catholic Church
Rev. Joseph Diekhans
11 W Quincy Ave
Chester, MT 59522

St. Mary Church
212 4th Ave
Custer, MT 59024

St. Mary Church
Rev. Leo McDowell
511 S F St
Livingston, MT 59047-3539

St. Mary Mission
100 Main St
Raynesford, MT 59469

St. Mary Parish
Rev. Gregory Staudinger
P.O. Box 956
Columbus, MT 59019-0956

St. Mathias
305 Kemp St
Ryegate, MT 59074

St. Matthew Parish
219 7th St SE
Sidney, MT 59270-5034

St. Michael
307 S Woodard St
Absarokee, MT 59001

St. Michael Mission
120 2nd Ave
Savage, MT 59262

St. Patrick
401 Main St
Medicine Lake, MT 59247

St. Patrick Co Cathedral
215 N 31st
Billings, MT 59101-1908

St. Paul Indian Mission
#1 Mission Dr
Hays, MT 59527

St. Peter
PO Box 217
Wibaux, MT 59353-0217

St. Philip
P.O. Box 217
Wibaux, MT 59353-0217

St. Pius X Catholic Church
Rev. Wayne Pittard
717 18th St W
Billings, MT 59102-4001

St. Raphael Parish
Rev. Jose Valliparambil
412 3rd Ave N
Glasgow, MT 59230-1825

St. Rose of Lima Church
Rev. Domenico Pizzonia
101 4th St W
Stanford, MT 59479

St. Theresa Mission
212 N Main St
Lambert, MT 59243

St. Theresa of the Little Flower
16638 Iowa
Broadview, MT 59015

St. Thomas Aquinas
10610 Wing Rd
Hogeland, MT 59529-9641

St. Thomas Mission
PO Box 187
Popular, MT 59255-0187

St. Thomas The Apostle
Rev. Stephen Zabrocki
2055 Woody Dr
Billings, MT 59102-2803

St. Thomas the Apostle
210 1st Ave SE
Harlem, MT 59526-9024

St. William Mission
P.O. Box 646
Livingston, MT 59047-0646

Steven J. Heim
U.S. Bank National Association
U.S. Bancorp Center
800 Nicollet Mall, BC-MN-H21N,
Minneapolis, Minnesota 55402-7000

Susan Shannon on behalf of M.S.
Bryan L. Spoon
Spoon Gordon Ballew
PO Box 8869
Missoula, MT 59807-8869

Susan Shannon on behalf of M.S.
c/o Daniel Flaherty
Patrick Flaherty
PO Box 1968
Great Falls, MT 59403-1968

The Lodge Senior Living Cntr
1801 9th St S
Great Falls, MT 59405-5608

The St. Louis Consultation Cntr
1750 Brentwood Blvd., Ste 602
St. Louis, MO 63144-1342

UI Contributions Bureau
PO Box 6339
Helena, MT 59604-6339

US SECURITIES AND EXCHANGE COMMISSION
LOS ANGELES REGIONAL OFFICE
ATTN SANDRA LAVIGNA
444 S FLOWER ST STE 900
LOS ANGELES CA 90071-2934

Universal Athletic Service
912 N 7th S Ave
Bozeman, MT 59715-2540

Verizon
PO Box 660108
Dallas, TX 75266-0108

Very Rev. Jay Peterson
1701 26th St S, Apt 1
Great Falls, MT 59405-5173

W. Carl Mendenhall
Warden Thane P.C.
PO Box 4747
Missoula, MT 59806-4747

World Library Publications
J.S. Paluch Co., Inc.
PO Box 2703
Schiller Park, IL 60176-0703

BONNIE SHUSTER
US DEPT OF JUSTICE
OFFICE OF THE US TRUSTEE
720 EAST PARK BLVD, SUITE 220
BOISE, ID 83712-7785

BRUCE A ANDERSON
ELSAESSER JARZABEK ANDERSON ELLIOT & MAC
320 E NEIDER AVE STE 102
COEUR D'ALENE, ID 83815-6007

BRUCE ALAN ANDERSON
ELSAESSER ANDERSON, Chtd.
320 East Neider Avenue
Suite 102
COEUR D'ALENE, ID 83815-6007

DENNIS W. BRAULICK
917 EAST 12th AVENUE
POST FALLS, ID 83854-9004

Drew Blewett
Hoyt & Blewett PLLC
PO Box 2807
Great Falls, MT 59403-2807

FORD ELSAESSER
PO BOX 2220
SANDPOINT, ID 83864-0909

FORD ELSAESSER
ELSAESSER ANDERSON, CHTD.
PO BOX 1049
414 Church Street, Suite 201
SANDPOINT, ID 83864-0070

GREGORY J HATLEY
DAVIS HATLEY HAFFEMAN & TIGHE PC
101 RIVER DRIVE NORTH
GREAT FALLS, MT 59401-2599

Gary Dyer W.
U.S. Department of Justice
Office of the United States Trustee
920 W. Riverside Ave,
Suite 593
Spokane, WA 99201-1012

JOSEPH PONESSA
710 NORTH CUSTER AVE
HARDIN, MT 59034-1527

MAXON R. DAVIS
DAVIS, HATLEY, HAFFEMAN & TIGHE, P.C.
101 RIVER DRIVE NORTH
GREAT FALLS, MT 59401-2599

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Holy Family
530 Main St
Winifred, MT 59489


Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).


Holy Family
102 1st Ave N
Glentana, MT 59240


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Abuse Survivors                          (u)BERKLEY RESEARCH GROUP                (u)BILLINGS CATHOLIC SCHOOLS