# CHAPTER 11 POST-CONFIRMATION REPORT

Case No: 17-60271-11
Debtor: Roman Catholic Bishop of Great Falls, Montana
For Month Ended: February 2019

## SUMMARY OF RECEIPTS AND DISBURSEMENTS

1. Cash balance, beginning of month — $ 740,308
2. Cash receipts during month from all sources — 550,876
3. Cash disbursements during month, including plan payments — ( 693,361 )
4. Cash balance, end of month (or as of report date for final report) — $ 597,823

## BREAKDOWN OF AMOUNTS DISBURSED:

**Disbursements for Operations** — Paid During Month: $ 678,640

**Disbursements under Confirmed Plan**

| | Paid During Month | Total Paid to Date | Total Pymts. Projected Under Plan |
|---|---|---|---|
| **1. ADMINISTRATIVE EXPENSES** | | | |
| Plan Trustee Fees/Expenses | $ 7,311 | $ 21,143 | $ 25,000 |
| Other Professional Fees/Expenses | 0 | 0 | 0 |
| Other Administrative Expenses | 7,410 | 1,095,156 | 1,000,000 |
| TOTAL ADMINISTRATIVE EXPENSES | $ 14,721 | $ 1,116,299 | $ 1,025,000 |
| **2. SECURED CREDITORS** | $ 0 | 0 | 0 |
| **3. PRIORITY CREDITORS** | $ 0 | 0 | 0 |
| **4. UNSECURED CREDITORS** | $ 0 | 12,000,000 | 12,106,021 |
| **5. EQUITY SECURITY HOLDERS** | $ 0 | 0 | 0 |
| **6. Other:** Unknown Claimants | $ 0 | 250,000 | 500,000 |
| **TOTAL PLAN PAYMENTS (lines 1 - 6)** | $ 14,721 | $ 13,366,299 | $ 13,631,021 |

**TOTAL DISBURSEMENTS** — $ 693,361

## PLAN STATUS:

1. Have all payments been made as set forth in the confirmed plan? (If no, attach explanation.) — Yes ✓
2. Are all post-confirmation obligations current? (If no, attach explanation.) — Yes ✓
3. Projected date of application for final decree: November 30, 2018

*I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING POST CONFIRMATION REPORT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.*

Date: 3/7/2019

Roman Catholic Bishop of Great Falls, Montana
Reorganized Debtor
Signature: [signed] Chantal Murphy
Title: Business Mgr.

United States Trustee-District of Montana

UST-3
December 2017