# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MONTANA

|  |  |
|---|---|
| In re:<br><br>Roman Catholic Bishop of Great Falls, Montana,<br>a Montana Religious Corporation Sole,<br><br><br>Reorganized Debtor. | ) Chapter 11<br>)<br>)<br>) Bankruptcy Case No. 17-60271-JDP<br>)<br>)<br>)<br>) |

## NOTICE REGARDING TREATMENT OF UNKNOWN TORT CLAIMS

     PLEASE TAKE NOTICE that on March 31, 2017, the Roman Catholic Bishop of Great Falls Montana, a Religious Corporation Sole (the "Debtor") commenced a case under chapter 11 of Title 11 of the United States Code.

     PLEASE TAKE FURTHER NOTICE that on August 22, 2018, the United States Bankruptcy Court for the District of Montana (the "Court") entered its *Order Confirming Modified First Amended Plan of Reorganization Proposed by the Roman Catholic Bishop of Great Falls, Montana* (the "Confirmation Order") [Docket No. 426] and its *Finding of Fact and Conclusions of Law Regarding Modified First Amended Plan of Reorganization Proposed by the Roman Catholic Bishop of Great Falls, Montana* (the "Findings and Conclusions") [Docket No. 425]. Pursuant to the Confirmation Order and the Findings and Conclusions, the Court confirmed the *Modified First Amended Plan of Reorganization Proposed by the Roman Catholic Bishop of Great Falls, Montana* (the "Plan") [Docket No. 422].

     PLEASE TAKE FURTHER NOTICE that on June 17, 2018, the Court entered its *Order Appointing Unknown Claims Representative* (the "UCR Order") [Docekt No. 383]. Pursuant to the Court appointed Michael R. Hogan as the Unknown Claims Representative (the "UCR").

     PLEASE TAKE FURTHER NOTICE that on July 30, 2018, the UCR filed the Unknown Claims Representative's Report and Recommendations (the "UCR Report") [Docket No. 412]. The UCR Report recommended establishment of a trust to be funded with up to $1 million in the manner described therein to last for a duration of eight (8) years from the date of establishment of a trust pursuant to the terms of a plan of reorganization.

     PLEASE TAKE FURTHER NOTICE that pursuant to the Plan, the Diocese of Great Falls-Billings Tort Claimant Trust (the "Trust") was established as of the Effective Date (as defined in the Plan). The Trust is tasked with administering, among other things, Unknown Tort Claims.

PLEASE TAKE FURTHER NOTICE that the Plan classified holders of Unknown Creditors (as defined in the Plan) as holders of Class 4 Claims under the Plan, and provided for treatment of such Claims pursuant to Section 7.2 of the Plan. The Plan also provided for establishment of an Unknown Tort Claims Reserve Fund, which inadvertently failed to disclose the amount of such fund. The Debtor intended to adopt the recommendations in the UCR Report regarding the funding and duration of the Unknown Tort Claims Reserve Fund. As such, the Trust and the Diocese will implement the recommendations of the UCR as provided in the UCR Report with respect to the amount and duration of the Unknown Tort Claims Reserve Fund. The Trust will provide compensation for Unknown Tort Claimants pursuant to the terms of the Plan.

| | |
|---|---|
| Ford Elsaesser | James I. Stang |
| Bruce A. Anderson | Ilan D. Scharf |
| ELSAESSER ANDERSON, CHTD. | PACHULSKI STANG ZIEHL & JONES LLP |
| 414 Church St., Suite 201 | 10100 Santa Monica Blvd, 13th Floor |
| Sandpoint, ID 83864 | Los Angeles, CA 90067 |
| | |
| Counsel to the Debtor | Counsel to the Trust |